C3CV1048 mot ext time
1006

FILED

OCT 6  10 04 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFTON S. FREEDMAN, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:03CV1048 (PCD) *AMU* |
| | ) | |
| AMERICA ONLINE, INC., THE TOWN | ) | |
| OF FAIRFIELD, DETECTIVE WILLIAM | ) | |
| YOUNG AND DETECTIVE DAVID | ) | |
| BENSEY (Individually and in their official | ) | |
| capacities as police officers for the Town of | ) | OCTOBER 3, 2003 |
| Fairfield), | ) | |
| | ) | |
|     Defendants | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANT
AMERICA ONLINE INC.'S MOTION TO DISMISS**

Pursuant to Local Civil Rule 9(b), plaintiff Clifton S. Freedman, hereby moves for an

extension of time until October 31, 2003 to file papers in opposition to defendant America

Online's motion to dismiss.  In support of this motion, plaintiff submits the attached

memorandum of law.  The plaintiff has attempted to contact the defendant's counsel to

ascertain its position with respect to this motion, but has not yet heard back from counsel.

Plaintiff's counsel previously granted defendant's counsel a one month extension to file its

motion to dismiss.

/32442/2/52702v1
10/03/03-SPT/

<div style="writing-mode: vertical">10/15/03.  GRANTED.  The plaintiff's motion for extension of time until 10/31/03 to file a response to defendant's motion to dismiss is hereby granted.  SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.</div>