UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 30  12 03 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>　　　　Plaintiff | )<br>)<br>) |
| v. | )   Civil Action No. 3:03CV1048 (PCD)<br>) |
| AMERICA ONLINE, INC., THE TOWN<br>OF FAIRFIELD, DETECTIVE WILLIAM<br>YOUNG AND DETECTIVE DAVID<br>BENSEY (Individually and in their official<br>capacities as police officers for the Town of<br>Fairfield),<br>　　　　Defendants | )<br>)<br>)<br>)<br>)   OCTOBER 30, 2003<br>)<br>)<br>) |

## REPORT OF PARTIES' PLANNING MEETING

**Date Complaint Filed:**      June 12, 2003

**Date Complaint Served:**     June 12, 2003

**Date of Defendant's Appearance:**   August 8, 2003
                               For defendant America Online, Inc.

                               July 8, 2003
                               For defendants Town of Fairfield, Detective
                               William Young, and Detective David Bensey

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, the parties conferred by telephone on September 16, 2003. The participants were:

Daniel J. Klau
H. James Pickerstein
Calvin K. Woo
Pepe & Hazard LLP
For Plaintiff, Clifton S. Freedman

Rowena A. Moffett
Brenner, Saltzman & Wallman, LLP
For Defendant, America Online, Inc.

/32442/2/53502v1
10/30/03-SPT/

*[Margin annotations: "APPROVED & ADOPTED. Discovery is to be completed by 3/31/04; dispositive motions are to be filed on or before 4/30/04, compliant with the Supplemental Order. /s/ ORDERED/ Peter C. Dorsey, U.S. District Judge  10/31/03"]*