UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 3:03CV1048 (PCD) |
| v. ) | |
| ) | |
| AMERICA ONLINE, INC., THE TOWN OF ) | |
| FAIRFIELD, DETECTIVE WILLIAM YOUNG ) | |
| AND DETECTIVE DAVID BENSEY ) | |
| (Individually and in their official capacities as ) | |
| police officers for the Town of Fairfield), ) | |
| ) | |
| Defendants. ) | November 18, 2003 |

### NOTICE OF FILING OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND/OR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the Plaintiff on this day served upon all defendants a Motion for Partial Judgment on the Pleadings and/or Partial Summary Judgment.

THE PLAINTIFF
CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Phone: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)<br>
The Law Offices of Robert Y. Altchiler<br>
191 Post Road West<br>
Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 18 day of November, 2003 to the following:

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06507

Samir Jain
C. Colin Rushing
2445 M Street, N.W.
Washington, DC 20037

Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Daniel J. Klau (ct17957)