# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
Nov 21  3 56 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CLIFTON S. FREEDMAN,
          Plaintiff,

v.

AMERICA ONLINE, INC., ET AL.,

          Defendants.

CASE NO.: 3:03-CV-1048 (PCD)

September 11, 2003

## DEFENDANT AMERICA ONLINE, INC.'S MOTION TO DISMISS

Defendant America Online, Inc. ("AOL") hereby moves this Court for an Order dismissing Plaintiff's claims as to AOL on the grounds that a forum selection clause in the Member Agreement between AOL and Plaintiff provides that "exclusive jurisdiction" for such claims "resides in the courts of Virginia." The reasons for this relief are set forth more fully in the accompanying Memorandum.

WHEREFORE, AOL respectfully requests that Plaintiff's claims against AOL be dismissed.

**ORAL ARGUMENT NOT REQUESTED.**

DEFENDANT
AMERICA ONLINE, INC.

By: _____
Rowena A. Moffett, Esq. (ct19811)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Telephone: (203) 772-2600
Fax: (203) 562-2098


Samir Jain (ct25048)
C. Colin Rushing (ct25049)
Wilmer, Cutler & Pickering
2445 M Street NW
Washington, DC  20037
Telephone: (202) 663-6805
Fax: (202) 663-6363

*Of Counsel*
Laura Jehl
America Online, Inc.
22000 AOL Way
Dulles, Virginia  20166-9323


*Attorneys for Defendant America Online, Inc.*

2

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 11th day of September, 2003 upon:

Daniel J. Klau
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Thomas M. Murtha
Mark A. Perkins
Maher & Murtha
528 Clinton Ave.
P.O. Box 901
Bridgeport, CT 06601.

Rowena A. Moffett, Esq.

3