UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>   Plaintiff,<br><br>v.<br><br>AMERICA ONLINE, INC., THE TOWN<br>OF FAIRFIELD, DETECTIVE WILLIAM<br>YOUNG AND DETECTIVE DAVID<br>BENSEY (Individually and in their official<br>capacities as police officers for the Town of<br>Fairfield),<br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 3:03CV1048 (PCD)<br>)<br>)<br>)<br>)<br>)<br>) OCTOBER 13, 2003<br>)<br>)<br>) |

### PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, plaintiff Clifton S. Freedman ("Mr. Freedman") hereby makes the following initial disclosures:

**A. Individuals Likely To Have Discoverable Information:**

On information and belief, the following individuals are likely to have discoverable information that Mr. Freedman may use to support his claims:

**Name:** Mr. Clifton S. Freedman
**Address:** 10 Wynnwood Drive
     Fairfield, CT 06825
**Telephone:** (202) 374-8624
**Subject(s) of Information:** The facts set forth in Mr. Freedman's complaint that support his causes of action and the damages he incurred as a result.

**Name:** Detective William Young
**Address:** Fairfield Police Department
     100 Reef Road
     Fairfield, CT 06824
**Subject(s) of Information:** His actions, as well as those of Detective David Bensey ("Det. Bensey"), and any other individuals employed by the Fairfield Police Department and the defendant Town of Fairfield ("Fairfield"), which support the causes of action set forth in Mr.

Freedman's complaint. These actions include, but are not limited to, the efforts to procure Mr. Freedman's personal subscriber information from defendant America Online, Inc. ("AOL"). Moreover, he will provide information as to the practices and procedures of the Fairfield Police Department for preparing, executing, and sending warrant applications.

**Name:** Detective David Bensey
**Address:** Fairfield Police Department
100 Reef Road
Fairfield, CT 06824

**Subject(s) of Information:** His actions, as well as those of Detective William Young ("Det. Young"), and any other individuals employed by the Fairfield Police Department and the defendant Fairfield, which support the causes of action set forth in Mr. Freedman's complaint. These actions include, but are not limited to, the efforts to procure Mr. Freedman's personal subscriber information from defendant AOL. Moreover, he will provide information as to the practices and procedures of the Fairfield Police Department for preparing, executing, and sending warrant applications.

**Name:** Police Chief Joseph Sambrook
**Address:** Fairfield Police Department
100 Reef Road
Fairfield, CT 06824

**Subject(s) of Information:** The actions of Det. Young, Det. Bensey, and any other individuals employed by the Fairfield Police Department and the defendant Fairfield, which support the causes of action set forth in Mr. Freedman's complaint. These actions include, but are not limited to, the efforts to procure Mr. Freedman's personal subscriber information from defendant AOL. Moreover, he will provide information as to the practices and procedures of the Fairfield Police Department for preparing, executing, and sending warrant applications.

**Name:** Jen Sheridan
**Address:** Unknown to Plaintiff (Information is in the possession of defendant AOL)

**Subject(s) of Information:** Her actions, as well as those of any other individuals employed by defendant AOL, which support the causes of action set forth in Mr. Freedman's complaint. These actions include, but are not limited to, the efforts to provide Mr. Freedman's personal subscriber information to defendants Det. Young, Det. Bensey, Fairfield, and the Fairfield Police Department. Moreover, she will provide information as to defendant AOL's procedures for handling and responding to subpoenas, warrants, and other requests for subscriber information by law enforcement.

**Name:** Carrie Davis
**Address:** Unknown to Plaintiff (Information is in the possession of defendant AOL)

**Subject(s) of Information:** Her actions, as well as those of any other individuals employed by defendant AOL, which support the causes of action set forth in Mr. Freedman's complaint. These actions include, but are not limited to, the efforts to provide Mr. Freedman's personal subscriber information to defendants Det. Young, Det. Bensey, Fairfield, and the Fairfield

/32442/2/52847v1
10/13/03-SPT/

Police Department. Moreover, she will provide information as to defendant AOL's procedures for handling and responding to subpoenas, warrants, and other requests for subscriber information by law enforcement.

**Name:** John Metsopoulous
**Subject(s) of Information:** Facts pertaining to the "Go John Go Away" Town of Fairfield First Selectman campaign against John Metsopoulous as set forth in Mr. Freedman's complaint.

**Name:** Mary Carol-Mirylees
**Subject(s) of Information:** Facts pertaining to the "Go John Go Away" Town of Fairfield First Selectman campaign against John Metsopoulous, and the substance of the "Gomarygoaway" email as set forth in Mr. Freedman's complaint. Additionally, she will have information as to her "Run Mary Run" Town of Fairfield First Selectman campaign.

**Name:** Kathy Siano
**Subject(s) of Information:** Facts pertaining to the "Go John Go Away" Town of Fairfield First Selectman campaign against John Metsopoulous, and the substance of the "Gomarygoaway" email as set forth in Mr. Freedman's complaint. Additionally, she will have information as to Mary Carol Mirylees's "Run Mary Run" Town of Fairfield First Selectman campaign.

**Name:** Sandy Mulligan
**Subject(s) of Information:** Facts pertaining to the "Go John Go Away" Town of Fairfield First Selectman campaign against John Metsopoulous, the substance of the "Gomarygoaway" email, and her case/incident report with the Fairfield Police Department, as set forth in Mr. Freedman's complaint. Additionally, she will have information as to Mary Carol Mirylees's "Run Mary Run" Town of Fairfield First Selectman campaign.

**Name:** Deedee Brandt
**Subject(s) of Information:** Facts pertaining to the "Go John Go Away" Town of Fairfield First Selectman campaign against John Metsopoulous, the substance of the "Gomarygoaway" email, and her case/incident report with the Fairfield Police Department as set forth in Mr. Freedman's complaint. Additionally, she will have information as to Mary Carol Mirylees's "Run Mary Run" Town of Fairfield First Selectman campaign.

**Name:** Vincent Biondi
**Subject(s) of Information:** Facts pertaining to the "Go John Go Away" Town of Fairfield First Selectman campaign against John Metsopoulous and the substance of the "Gomarygoaway" email, as set forth in Mr. Freedman's complaint, and the facts in support of paragraph "23" of Mr. Freedman's complaint.

Name:       E. Penny Hug
**Subject(s) of Information:** Facts pertaining to the 2003 Town of Fairfield First Selectman election.

B. <u>Description of Documents That May Support Claims:</u>

The following documents are annexed hereto and may be used to support Mr. Freedman's claims:

1. Copies of webpages from the www.anybodybutjohn.com website. <u>See</u> Exhibit "A" annexed hereto.

2. Copies of webpages from the www.runmaryrun.com website. <u>See</u> Exhibit "B" annexed hereto.

3. Copies of the warrant application, affidavits, and fax coversheet submitted by defendants Det. Bensey and Det. Young to defendant AOL. <u>See</u> Exhibit "C" annexed hereto.

4. Copies of defendant AOL's fax coversheet from its Legal Compliance and Investigations department, and Mr. Freedman's personal subscriber information, which includes his address, phone numbers, account status, membership information, software information, billing and account information, all of his screen names, and the activity of all of his screen names within, provided by defendant AOL to Det. Bensey and Det. Young. <u>See</u> Exhibit "D" annexed hereto.

The following document may be used to support Mr. Freedman's claims:

1. The e-mail sent by Mr. Freedman on or about March 31, 2003. On information and belief, this document is in the possession of the defendants.

C. <u>Computation of Damages:</u>

To be provided.

D. <u>Insurance:</u>

Not applicable.

PLAINTIFF,
CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Tel: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY 10022
(212) 541-2422

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 13th day of October, 2003, to:

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT  06511

Samir Jain (Pro Hac Vice)
C. Colin Rushing (Pro Hac Vice)
2445 M Street, N.W.
Washington, DC  20037

Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

Calvin K. Woo

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFTON S. FREEDMAN,<br>  Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 3:03CV1048 (PCD) |
| AMERICA ONLINE, INC., THE TOWN<br>OF FAIRFIELD, DETECTIVE WILLIAM<br>YOUNG AND DETECTIVE DAVID<br>BENSEY (Individually and in their official<br>capacities as police officers for the Town of<br>Fairfield), | )<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>OCTOBER 24, 2003 |
|   Defendants. | )<br>) | |

### PLAINTIFF'S SUPPLEMENT TO HIS RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, plaintiff Clifton S. Freedman ("Mr. Freedman") hereby supplements his initial disclosures dated October 13, 2003:

**A. Individuals Likely To Have Discoverable Information:**

**Name:** John Metsopoulous
**Address:** 245 Unquowa Road
    Fairfield, CT 06824

**Name:** Mary Carol-Mirylees
**Address:** 1365 Mill Hill Terrace
    Southport, CT 06890

**Name:** Kathy Siano
**Address:** 664 Fairfield Beach Road
    Fairfield, CT 06824

**Name:** Sandy Mulligan
**Address:** 278 Papurah Road
    Fairfield, CT 06824

/32442/2/53611v1
10/24/03-SPT/

| | |
|---|---|
| **Name:** | Deedee Brandt |
| **Address:** | 490 Hulls Farm Road |
| | Fairfield, CT 06824 |
| | |
| **Name:** | Vincent Biondi |
| **Address:** | 664 Fairfield Beach Road |
| | Fairfield, CT 06824 |
| | |
| **Name:** | E. Penny Hug |
| **Address:** | 47 Woodridge Avenue |
| | Fairfield, CT 06824 |

PLAINTIFF,
CLIFTON S. FREEDMAN

By: *[signature]*
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Tel: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY 10022
(212) 541-2422

2

/32442/2/5361 lv1
10/24/03-SPT/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 24th day of October, 2003, to:

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06511

Samir Jain (Pro Hac Vice)
C. Colin Rushing (Pro Hac Vice)
2445 M Street, N.W.
Washington, DC 20037

Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

_____
Calvin K. Woo

/32442/2/53611v1
10/24/03-SPT/