FILED

DEC 4  3 25 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>Plaintiff, | : |
| VS. | :    CIVIL ACTION NO.<br>:    303CV1048 (PCD) |
| AMERICA ONLINE, INC.,<br>THE TOWN OF FAIRFIELD,<br>DETECTIVE WILLIAM YOUNG,<br>and DETECTIVE DAVID BENSEY,<br>Defendants. | :<br>:<br>:<br>:<br>:    DECEMBER 2, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned defendants hereby move for an enlargement of time until December 24, 2003 in which to file an Objection to Plaintiff's Motion for Partial Judgment On The Pleadings And/Or Partial Summary Judgment dated November 18, 2003. The undersigned represents that this is the defendants' first request for additional time and that more time is needed for the undersigned to consult with his clients prior to filing an Objection.

Pursuant to Local Rule of Civil Prodcedure 7(b), contact was made with plaintiff's counsel, Daniel J. Klau, and counsel for the co-defendant, Collin Rushing, and they have no objection to this enlargement of time.

THE DEFENDANTS, The Town of Fairfield,
Detective William Young and
Detective David Bensey

BY _____
Mark A. Perkins
Maher and Murtha, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT 06601-0901
Phone (203) 367-2700
Fed Bar #CT-22419

This is to certify that a copy of the foregoing was sent on this 2nd day of December, 2003 to:

Daniel J. Klau, Esq.
H. James Pickerstein, Esq.
Calvin K. Wood, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06507

Samir Jain, Esq.
C. Colin Rushing, Esq.
2445 M Street, N.W.
Washington, DC 20037

Robert Y. Altschiler, Esq.
590 Madison Avenue
New York, NY 10022

BY _____
Mark A. Perkins

2