FILED
Dec 4  3 25 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN,
   Plaintiff,

VS                                         CIVIL ACTION NO.
                                            303CV1048 (PCD)
AMERICA ONLINE, INC.,
THE TOWN OF FAIRFIELD,
DETECTIVE WILLIAM YOUNG,
and DETECTIVE DAVID BENSEY,
   Defendants.                      DECEMBER 2, 2003

## MOTION FOR ENLARGEMENT OF TIME

The undersigned defendants hereby move for an enlargement of time until December 24, 2003 in which to file an Objection to Plaintiff's Motion for Partial Judgment On The Pleadings And/Or Partial Summary Judgment dated November 18, 2003. The undersigned represents that this is the defendants' first request for additional time and that more time is needed for the undersigned to consult with his clients prior to filing an Objection.

Pursuant to Local Rule of Civil Prodcedure 7(b), contact was made with plaintiff's counsel, Daniel J. Klau, and counsel for the co-defendant, Collin Rushing, and they have no objection to this enlargement of time.

---

12/08/03. GRANTED. The defendants' motion for extension of time until 12/24/03 to file their objection to plaintiff's motion for partial judgment and or partial summary judgment is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.