# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 3:03CV1048 (PCD) |
| AMERICA ONLINE, INC., THE TOWN OF FAIRFIELD, DETECTIVE WILLIAM YOUNG AND DETECTIVE DAVID BENSEY (Individually and in their official capacities as police officers for the Town of Fairfield),<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    DECEMBER 24, 2003<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Rule 9(e) of the Local Rules for the United States District Court of Connecticut and Fed. R. Civ. P. 59(e), Plaintiff Clifton S. Freedman moves that the Court reconsider its December 5, 2003 ruling granting Defendant America Online Inc.'s ("AOL") motion to dismiss. In lieu of dismissal, Mr. Freedman respectfully requests the Court to transfer his claim against AOL to the United States District Court for the Eastern District of Virginia. As is more fully articulated in the accompanying memorandum of law in support hereof, reconsideration in favor of a transfer is appropriate under the circumstances in this case.

/32442/2/55368v1
12/24/03-SPT/

THE PLAINTIFF
CLIFTON S. FREEDMAN

By: _____

Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
(860) 522-5175
(860) 522-2796 fax


Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY 10022
(212) 541-2422

2

/32442/2/55368v1
12/24/03-SPT/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 24th day of December, 2003 to the following:

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06507

Samir Jain
C. Colin Rushing
2445 M Street, N.W.
Washington, DC 20037

Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

_____
Calvin K. Woo

3

/32442/2/55368v1
12/24/03-SPT/