UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>      Plaintiff,<br><br>v.<br><br>AMERICA ONLINE, INC., THE TOWN<br>OF FAIRFIELD, DETECTIVE WILLIAM<br>YOUNG AND DETECTIVE DAVID<br>BENSEY (Individually and in their official<br>capacities as police officers for the Town of<br>Fairfield),<br><br>      Defendants. | Civil Action No. 3:03CV1048 (PCD)<br><br>DECEMBER 24, 2003 |

### MEMORANDUM OF LAW IN SUPPORT OF
### PLAINTIFF'S MOTION FOR RECONSIDERATION

By Memorandum of Decision (the "Decision") dated December 5, 2003 and entered on the docket on December 8, the Court granted America Online, Inc.'s ("AOL") motion to dismiss based upon a forum selection clause in AOL's contract with the plaintiff. The Court granted the motion without prejudice to the plaintiff refiling his claims against AOL in a court compliant with the contract's forum selection clause. Decision at 13. The plaintiff respectfully requests that the Court reconsider its decision dismissing the case and, instead, transfer the claims against AOL to the United States District Court for the Eastern District of Virginia.

The plaintiff fully intends to prosecute its claims against AOL, even though the Court has determined that it cannot do so in Connecticut. Transferring the AOL claims to the Eastern District of Virginia would prevent undue delay and avoid costs that the plaintiff will incur if he is required to "start from scratch" by refiling his case. Moreover, transferring the

1

AOL claims to the Eastern District of Virginia will not prejudice AOL, as it will have to defend this action under either scenario.

In its motion to dismiss, AOL agreed in principle that a transfer to the Eastern District of Virginia would be appropriate if the Court declined to dismiss the case outright. See AOL's Memorandum to Motion to Dismiss at 6-7 n.4 (suggesting that if the Court were to decline to dismiss the claims against AOL, it should at least transfer them to the Eastern District of Virginia). The Court recognized AOL's reference to a potential transfer in its Decision. Decision at 13 n.5. Indeed, it appears that the Court would have been willing to transfer the case to the Eastern District had the plaintiff expressed a preference for that court, as opposed to a Virginia state court.

For all of the foregoing reasons, the plaintiff respectfully moves the Court to reconsider its December 5 ruling, vacate its order of dismissal, and enter a new order transferring the claims against defendant America Online, Inc. to the Eastern District of Virginia.

THE PLAINTIFF
CLIFTON S. FREEDMAN

By: _____

    Daniel J. Klau (ct17957)
    H. James Pickerstein (ct05094)
    Calvin K. Woo (ct24951)
    Pepe & Hazard LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT 06103-4302
    (860) 522-5175
    (860) 522-2796 fax


    Robert Y. Altchiler (ct24247)
    The Law Offices of Robert Y. Altchiler
    590 Madison Avenue
    New York, NY 10022
    (212) 541-2422

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 24th day of December, 2003 to the following:

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06507

Samir Jain
C. Colin Rushing
2445 M Street, N.W.
Washington, DC 20037

Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

_____
Calvin K. Woo

4

/32442/2/55404v1
12/24/03-SPT/