FILED
Dec 29  2 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN, :
    Plaintiff, :
 :
VS. : CIVIL ACTION NO.
 : 303CV1048 (PCD)
AMERICA ONLINE, INC., :
THE TOWN OF FAIRFIELD, :
DETECTIVE WILLIAM YOUNG, :
and DETECTIVE DAVID BENSEY, :
    Defendants. : DECEMBER 23, 2003

## MOTION FOR ENLARGEMENT OF TIME

The undersigned defendants hereby move for an enlargement of time until December 31, 2003 in which to file an Objection to Plaintiff's Motion for Partial Judgment On The Pleadings And/Or Partial Summary Judgment dated November 18, 2003. The undersigned represents that this is the defendants' second request for additional time and that more time is needed for the undersigned to consult with his clients and to execute an Affidavit prior to filing an Objection.

Pursuant to Local Rule of Civil Prodcedure 7(b), contact was made with plaintiff's counsel, Daniel J. Klau, on December 22, 2003, and he has no objection to this enlargement of time.

THE DEFENDANTS, The Town of Fairfield,
Detective William Young and
Detective David Bensey

BY _____
    Mark A. Perkins
    Maher and Murtha, LLC
    528 Clinton Avenue - P.O. Box 901
    Bridgeport, CT 06601-0901
    Phone (203) 367-2700
    Fed Bar #CT-22419

This is to certify that a copy of the foregoing was sent on this 23rd day of December, 2003 to:

Daniel J. Klau, Esq.
H. James Pickerstein, Esq.
Calvin K. Wood, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT 06507

Samir Jain, Esq.
C. Colin Rushing, Esq.
2445 M Street, N.W.
Washington, DC 20037

Robert Y. Altschiler, Esq.
590 Madison Avenue
New York, NY 10022

BY _____
    Mark A. Perkins

2