

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN,
    Plaintiff,

V.

AMERICA ONLINE, INC, ET AL,
    Defendants,

CIVIL ACTION
NO. 3:03 CV1048 (PCD)

DECEMBER 30, 2003

## NOTICE OF FILING DEFENDANTS' OBJECTION
## TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The defendants, the Town of Fairfield, Detective William Young, and Detective David Bensey, hereby give notice that a copy of the defendants' Objection to Plaintiff's Motion for Partial Summary Judgment has been forwarded to all counsel of record on this 30th day of December, 2003.

    THE DEFENDANTS, The Town of Fairfield,
    Detective William Young and
    Detective David Bensey

    BY _____
    Mark A. Perkins
    Maher and Murtha, LLC
    528 Clinton Avenue - P.O. Box 901
    Bridgeport, CT 06601-0901
    Phone (203) 367-2700
    Fed Bar #CT-22419

This is to certify that a copy of the foregoing was sent on this 30th day of December, 2003 to:

| | |
|---|---|
| Daniel J. Klau, Esq.<br>H. James Pickerstein, Esq.<br>Calvin K. Wood, Esq.<br>Pepe & Hazard, LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103-4302 | Samir Jain, Esq.<br>C. Colin Rushing, Esq.<br>2445 M Street, N.W.<br>Washington, DC 20037 |
| David R. Schaefer, Esq.<br>Rowena A. Moffett, Esq.<br>Brenner, Saltzman & Wallman, LLP<br>271 Whitney Avenue<br>New Haven, CT 06507 | Robert Y. Altschiler, Esq.<br>590 Madison Avenue<br>New York, NY 10022 |

BY _____
Mark A. Perkins

Case 3:03-cv-01048-PCD   Document 37   Filed 12/31/2003   Page 2 of 2