UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN : | |
| : | |
| -vs- : | Civil No. 3:03 cv 1048 (PCD) |
| : | |
| AMERICA ONLINE, INC., ET ALS : | |

ENDORSEMENT ORDER

     Defendants' motion for extension of time until December 31, 2003 to file an objection to Plaintiff's Motion for Partial Judgment on the Pleadings and/or Partial Summary Judgment (Doc. #36) is hereby GRANTED NUNC PRO TUNC.

    SO ORDERED.

    Dated at New Haven, Connecticut, January 6, 2004.

                                          _____/s/_____
                                                   Peter C. Dorsey, Senior
                                                   United States District Judge