UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| AMERICA ONLINE, INC., THE TOWN OF | ) |
| FAIRFIELD, DETECTIVE WILLIAM YOUNG | ) |
| AND DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities as | ) |
| police officers for the Town of Fairfield), | ) |
| | ) |
| Defendants. | ) November 18, 2003 |

## LOCAL RULE 9(C)1 STATEMENT

In support of its Motion for Partial Judgment on the Pleadings and/or Partial Summary Judgment, Plaintiff submits this statement of undisputed facts pursuant to Local Rule 9(c)(1):

1. On or about April 1, 2003, defendants Young and Bensey jointly executed a State of Connecticut Superior Court Search and Seizure Warrant Application. *See* Rule 26(f) Report at p.6, ¶6, annexed hereto as Exhibit ("Ex.") A. The warrant application does not bear a judicial signature and was never submitted to a judge for approval. *See* Ex. A at p.7, ¶ 8; Fairfield Defendants' Answer to the Complaint at 2, ¶17. They sent the warrant application to AOL via facsimile. *See* Ex. A at 6, ¶6.

2. On April 7, 2003 AOL responded to the warrant application by faxing Mr. Freedman's subscriber information to defendants Young and Bensey. *See* Ex. A at p.7, ¶10. This information included Mr. Freedman's name, address, phone numbers, account status,

1

/32442/2/53931v1
11/06/03-SPT/