# Fairfield Police Department

## CASE/INCIDENT REPORT — SUPPLEMENTARY

Page 1 of 1

| Field | Value |
|---|---|
| CFS NO. | 0300008524 |
| INCIDENT DATE | 03/31/2003 |
| DAY | |
| TIME | 15:00 |
| DATE OF RPT | 04/01/2003 |
| TIME OF RPT | 09:25 |
| TYPE OF INCIDENT | INVESTIGATION-INTERNET CRIME |
| CASE X-REFERENCE | |
| INCIDENT CD | 551 |
| INVESTIGATING OFFICER | Detective Young, William |
| BADGE NO | 137 |
| DIVISION | Detective Bureau |
| DIVISION NO. | |
| REFERENCE DIVISION | Detective Bureau |
| REFERENCE DIVISION NO. | |
| UNIT ID | Detective |
| TYPIST | WYOUNG |
| DATE TYPED | 04/01/2003 |
| TIME TYPED | 09:25 |
| STREET NO. | 100 |
| STREET NAME AND TYPE | Reef Road |
| APARTMENT NO / LOCATION | |
| INTERSECTING STREET NAME AND TYPE | |
| STATUS | |
| TOWN CD | 051 |

**OFFENSE:** Harassment

| | LOCAL X-REF CODE | IBR CODE | ATT/COMP | OFFENSE DESCRIPTION |
|---|---|---|---|---|
| | 0858 | 90A | Completed | Residence/home |

STATUS CODE C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS |
|---|---|---|---|---|---|---|
| C | Brandt, Deedee | F | W | 07/24/1951 | (203) 255-6988 | 490 Hulls Farm Road Fairfield CT |
| C | Mulligan, Sandra | F | W | 12/11/1958 | (203) 255-5416 | 278 Papurah Rd Fairfield CT |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | OP STATE & NO. | CT 074165931 | | | | | |
| | | | | | | | CT 243293096 | | | | | |

SEE FOLDER IN DETECTIVE BUREAU

UNDER INVESTIGATION

OFFICER SIGNATURE: [signature]
SUPERVISOR SIGNATURE: [signature]

SUBSCRIBED & SWORN BEFORE ME: NOTARY
THIS ___ DAY OF ___ YR ___

**POLICE DEPT. - FAIRFIELD, CONN.**  CASE NO. <u>03-8524</u>
**SUPPLEMENTARY OFFENSE REPORT**  DATE   <u>04/11/03</u>
<u>**REPORT OF DETECTIVE WILLIAM D YOUNG JR**</u>  PAGE  <u>1</u> of <u>3</u>

On March 31, 2003, Dee Dee Brandt, age 51, of 490 Hulls Farm Rd., Fairfield and Sandra Mulligan, age 44, of 278 Papurah Rd., Fairfield telephoned the Fairfield Police Department after both received an unusual and alarming electronic mail message (email) on their home computer. The email which stated **The End is Near** was sent by unknown person(s) using the screen name <u>GoMaryGoAway@aol.com</u> was received by Brandt and Mulligan on March 31, 2003, at 9:38am and 9:56am, respectively. There was no Header or Footer information attached to the email. Neither Brandt nor Mulligan know the identity of the sender and are concerned for their safety, not fully understanding the context of the message.

Brandt, a 6-year member of the Town of Fairfield Representative Town Meeting (RTM) for the Third District stated her email address, <u>DDBrandtCT@aol.com</u> is listed in the Town of Fairfield Public Directory and is accessible to anyone. Brandt added that she is active in Town politics and has voted on a number of issues, which may not be favored by some.

Mulligan, a member of the Town of Fairfield Board of Education stated that her email address, <u>sandym@optonline.net</u> is listed in the Town of Fairfield Public Directory and is accessible to anyone. Mulligan also added that she is active in Town politics and has voted on a number of issues, which may not be favored by some.

Both Brandt and Mulligan requested a police investigation, and both signed a Fairfield Police Department "Internet/Computer Harassment Statement Form." A copy of both emails were printed and placed in the file folder.

A Search and Seizure Warrant application was completed requesting subscriber information for the screen name <u>GoMaryGoAway@aol.com</u> and forwarded to Custodian of Records, Attn: Compliance and Investigation Unit, American Online, 22000 AOL Way, Dulles, Virginia, 20166

Mulligan stated that during the last political campaign for Town Selectman a web site was established by the Fairfield Firefighters supporting Kenneth Flatto (Democrat) and not incumbent John Metsopoulos (Republican). The screen name for the web site was <u>GoJohnGoAway@aol.com</u> . A new election is slated for September 2003. One of the possible

SIGNED: _____  SIGNED: _____
     DETECTIVE WILLIAM D YOUNG JR              CAPTAIN PAUL DYER

**POLICE DEPT. - FAIRFIELD, CONN.**
**SUPPLEMENTARY OFFENSE REPORT**

**REPORT OF DETECTIVE WILLIAM D YOUNG JR**

CASE NO. 03-8524
DATE    04/11/03
PAGE    2 of 3

candidates for the Selectman position is Mary Carol Mirylees (Republican) presently serving on the Board of the Fairfield Police Commission. Mulligan acknowledged that besides being a friend she is also a supporter of Mirylees for Selectman. Mulligan believes that the unknown writer of the email **GoMaryGoAway@aol.com** maybe using the same "smear" tactics against Mirylees as used in the earlier election campaign against Metsopoulos.

I contacted Brandt who also acknowledged that she is a friend of Mirylees.

On April 7, 2003, Jen Sheridan, Fraud Investigator, Compliance and Investigations, American Online Legal Department forwarded the results of my request as listed in the Search and Seizure Warrant application requesting subscriber information for the screen name **GoMaryGoAway@aol.com**.

The American Online (AOL) subscriber was identified as Clifton Freedman of 10 Wynn Wood Dr., Fairfield. The account is active and Freedman has been an AOL member since May 23, 2000. His screen names, besides the one listed above is as follows: clifmv(*), badbutgood55, amanandlife, knockingsoftly, alancapital, and callinggently. Accompanying AOL subscriber information was Freedman's logon account which verified that Freedman was "online" under the screen name **GoMaryGoAway** at the times the emails were sent and received by Mulligan and Brandt.

A check for Connecticut license information revealed that Freedman, age 56, DOB 01/20/1947 has a valid Connecticut license 016577116, expiring 01/20/2005. His address is listed as 10 Wynn Wood Dr., Fairfield.

NCIC and SPRC checks were negative.

A reverse telephone look-up using Internet Directory Assistance "Anywho.com" for 203-374-8624 which is listed on Freedman's AOL account revealed that Freedman is the telephone subscriber for that number which is listed to 10 Wynn Wood Dr., Fairfield. No information was found for the second telephone number listed (203-521-9032).

SIGNED: _____
DETECTIVE WILLIAM D YOUNG JR

SIGNED: _____
CAPTAIN PAUL DYER

| | |
|---|---|
| **POLICE DEPT. - FAIRFIELD, CONN.**<br>**SUPPLEMENTARY OFFENSE REPORT** | CASE NO. 03-8524<br>DATE    04/11/03 |
| **REPORT OF DETECTIVE WILLIAM D YOUNG JR** | PAGE    3 of 3 |

    I notified Mulligan and Brandt of the above findings. Mulligan stated that she suspected Freedman was behind the email but was not positive. Both requested that Freedman be warned.

    On April 10, 2003, at approximately 6:45pm I went to 10 Wynn Wood Dr., Fairfield where I met with Freedman and informed him of the complaint. Freedman admitted sending the email **"The End is Near"** under the screen name **GoMaryGoAway** to a few political colleagues. Freedman stated his intent was not to alarm or harass anyone by sending the email. He sent it as a harmless joke. Freedman did however admit that the screen name was a "retort" from a prior political campaign aimed against John Metsopoulos who was running for reelection and who he regarded as a friend. Freedman stated by sending the email he was implying that Mary Carol Mirylees' political career was at an end. Freedman who was admittedly embarrassed did not fully understand why the police were investigating a harmless prank stating that in hindsight he never would have sent the email if he knew it would cause all this commotion.

    Freedman was warned not to contact "political colleagues" in a surreptitious manner. Freedman acknowledged that he understood.

# CASE CLOSED

SIGNED: _____  SIGNED: _____
DETECTIVE WILLIAM D YOUNG JR          CAPTAIN PAUL DYER

| | |
|---|---|
| **POLICE DEPT. - FAIRFIELD, CONN.** <br> **SUPPLEMENTARY OFFENSE REPORT** | **CASE NO:03-8524** <br> DATE  04/16/2003 |
| **REPORT OF LIEUTENANT CHRIS LYDDY:** | PAGE   1 of 1 |

On 04/16/2003, at 1330 hours, Clifton Freedman called this officer requesting to discuss the investigation. Freedman stated that when Detective Young came to his home on 4/10/2003, he indicated that it was to inform him of the incident and that the complaint had been withdrawn. Freedman stated that he did not believe he was warned at any time. Freedman maintains that he did not do anything wrong or illegal. Freedman stated that he has a constitutional right to express his opinion in emails as a matter of free speech.

I informed Freedman that I would add his comments to report.

**Case closed**

SIGNED: _____   SIGNED: _____
LIEUTENANT CHRIS LYDDY                        CAPTAIN PAUL DYER

**POLICE DEPT. - FAIRFIELD, CONN.**
**SUPPLEMENTARY OFFENSE REPORT**

**REPORT OF DETECTIVE WILLIAM D YOUNG JR**

CASE NO. 03-8524
DATE    06/20/03
PAGE    1 of 1

On June 18, 2003, I spoke to Sandra Mulligan regarding an email that she had received on April 2, 2003, two days after she received the original anonymous email. The content **The End is Near** was the same, however it was now sent to seven other recipients including her. One of recipients using the screen name DoroD506@aol.com responded to the email "Yikes! I did laugh...couldn't help myself". Mulligan responded back to DoroD506@aol.com "You thought something about this was funny? Please explain. Sandy Mulligan". DoroD506@aol.com responded back "Didn't the same message go out once before about someone else? Sandy, do you know who sent us this? Mulligan did not respond.

Mulligan stated that it was her belief that prior to her learning the identity of the sender, Clifton Freedman, on April 7, 2003, Freedman learned of the police investigation and forwarded the email to some of his constituents in an attempt to show that he had not targeted just three specific individuals. Mulligan stated that after the above emails were sent back and forth she suspected that Freedman was possibly behind the original anonymous email. Freedman's logon account provided by AOL verified that Freedman was "online" under the screen name **GoMaryGoAway** at the time the above email was forwarded. Copies of the above mentioned emails were placed in the file folder.

# CASE CLOSED

SIGNED: _____    SIGNED: _____
DETECTIVE WILLIAM D YOUNG JR                CAPTAIN PAUL DYER

**Sandy**

| | |
|---|---|
| **From:** | GoMaryGoAway@aol.com |
| **Sent:** | Monday, March 31, 2003 9:56 AM |
| **To:** | sandym@optonline.net |
| **Subject:** | The End Is Near |

1

**Sandy**

| | |
|---|---|
| **From:** | GoMaryGoAway@aol.com |
| **Sent:** | Monday, March 31, 2003 9:56 AM |
| **To:** | sandym@optonline.net |
| **Subject:** | The End Is Near |

| | |
|---|---|
| Subj: | **The End is Near** |
| Date: | 3/31/2003 9:38:35 AM Eastern Standard Time |
| From: | Go Mary Go Away |
| To: | DDBrandtCt |

**Lyddy, Chris**

| | |
|---|---|
| From: | GoMaryGoAway@aol.com |
| Sent: | Monday, March 31, 2003 9:39 AM |
| To: | DDBrandtCt@aol.com |
| Subject: | The End is Near |

1

**Lyddy, Chris**

| | |
|---|---|
| **From:** | Sandy [sandym@optonline.net] |
| **Sent:** | Monday, March 31, 2003 3:53 PM |
| **To:** | clyddy@town.fairfield.ct.us |
| **Subject:** | FW: The End Is Near |

-----Original Message-----
From: GoMaryGoAway@aol.com [mailto:GoMaryGoAway@aol.com]
Sent: Monday, March 31, 2003 9:56 AM
To: sandym@optonline.net
Subject: The End Is Near

1

Subj: **The End Is Near**
Date: 03/31/2003 9:55:51 AM Eastern Standard Time
From: Go Mary Go Away
To: KSIAN

**Sandy**

| | |
|---|---|
| From: | GoMaryGoAway@aol.com |
| Sent: | Wednesday, April 02, 2003 6:16 PM |
| To: | twalsh@optonline.net; DoroD506@aol.com; Dwej61@aol.com; JWalsh1000@aol.com; KSIAN@aol.com; KSKCWALSH@aol.com; sandym@optonline.net |
| Subject: | The End is Near |

1

| | |
|---|---|
| From: | GoMaryGoAway@aol.com |
| Sent: | Wednesday, April 02, 2003 6:16 PM |
| To: | twalsh@optonline.net; DoroD506@aol.com; Dwej61@aol.com; JWalsh1000@aol.com; KSIAN@aol.com; KSKCWALSH@aol.com; sandym@optonline.net |
| Subject: | The End is Near |

## Sandy

**From:** DoroD506@aol.com
**Sent:** Wednesday, April 02, 2003 7:48 PM
**To:** GoMaryGoAway@aol.com; twalsh@optonline.net; Dwej61@aol.com; JWalsh1000@aol.com; KSIAN@aol.com; KSKCWALSH@aol.com; sandym@optonline.net
**Subject:** Re: The End is Near

Yikes! I did laugh...couldn't help myself.

6/18/2003

## Sandy

**From:** DoroD506@aol.com
**Sent:** Wednesday, April 02, 2003 7:48 PM
**To:** GoMaryGoAway@aol.com; twalsh@optonline.net; Dwej61@aol.com; JWalsh1000@aol.com; KSIAN@aol.com; KSKCWALSH@aol.com; sandym@optonline.net
**Subject:** Re: The End is Near

Yikes! I did laugh...couldn't help myself.

# Sandy

**From:** Sandy [sandym@optonline.net]
**Sent:** Wednesday, April 02, 2003 8:05 PM
**To:** 'DoroD506@aol.com'
**Subject:** RE: The End is Near

You thought something about this was funny? Please explain.

Sandy Mulligan

> -----Original Message-----
> **From:** DoroD506@aol.com [mailto:DoroD506@aol.com]
> **Sent:** Wednesday, April 02, 2003 7:48 PM
> **To:** GoMaryGoAway@aol.com; twalsh@optonline.net; Dwej61@aol.com; JWalsh1000@aol.com; KSIAN@aol.com; KSKCWALSH@aol.com; sandym@optonline.net
> **Subject:** Re: The End is Near
>
> Yikes! I did laugh...couldn't help myself.

6/18/2003

## Sandy

**From:** DoroD506@aol.com
**Sent:** Wednesday, April 02, 2003 8:15 PM
**To:** sandym@optonline.net
**Subject:** Re: The End is Near

didn't the same message go out once before about someone else? Sandy, do you know who sent us this?

6/18/2003

## FAIRFIELD POLICE DEPARTMENT

## INTERNET/COMPUTER HARASSMENT STATEMENT FORM

I, _Sandra Mulligan_ of _278 Papvrah Road_,

The internet service subscriber, make the following complaint to the Fairfield Police Department knowing that false complaints are punishable by law.

I have received __1__ harassing and/or obscene electronic mail (E-Message) messages on my computer on the following dates, _3/31/03_.

I wish the Police to investigate, and if they find out who is responsible, I want him/her arrested and I am willing to testify in court if necessary.

_____
Complainant's Signature

Dated: _4/1/03_

Sworn and subscribed before me on this _1st_ day of _April, 2003_.

_____
Notary

_____
Witness

# FAIRFIELD POLICE DEPARTMENT

## INTERNET/COMPUTER HARASSMENT STATEMENT FORM

I, _DeeDee Brandt_ of _490 Hulls Farm Rd. Southport, Ct._

The internet service subscriber, make the following complaint to the Fairfield Police Department knowing that false complaints are punishable by law.

I have received __1__ (harassing) and/or obscene electronic mail (E-Message) messages on my computer on the following dates, _March 31, 2003_.

I wish the Police to investigate, and if they find out who is responsible, I want him/her arrested and I am willing to testify in court if necessary.

_DeeDee Brandt_
Complainant's Signature

Dated: _April 1, 2003_

Sworn and subscribed before me on this _1st_ day of _April 2003_.

_[signature]_
Notary

_____
Witness