

# FAIRFIELD POLICE
# DETECTIVE BUREAU

100 REEF RD. FAIRFIELD, CT 06430
DETECTIVE TELEPHONE: 203-254-4840
MAIN TELEPHONE:        203-254-4800
DETECTIVE FAX:          203-254-4885
E-MAIL: Dbureau@town.fairfield.ct.us
WEB Page www.fpdct.com



Date   4/1/2003

## FAX TRANSMITTAL

Number of Pages ......6......
(including this sheet)

TO:  America Online Legal Dept.        FROM:  Det. William Young

**COMMENTS**

Requesting subscriber information, screen names, and account information pertaining to screen name GOMARYGOAWAY

*Thank You in Advance*
*Bill Young*

NOTE:

The sender of this document is a Criminal Justice Agency responsible for the management of privileged information subject to certain State and Federal Disclosure Laws. The contents of this document may include such information. As either an intended or unintended recipient of such information, you are warned that any disclosure or other unauthorized use of this document or information contained in it may constitute a violation of law. If you have received this material in error or are otherwise unable to route it to the intended recipient, you are requested to contact the sender immediately.

AFFIDAVIT AND APPLICATION
SEARCH AND SEIZURE WARRANT
JD-CR-61  9-93
C.G.S. 54-33a, 54-33j

STATE OF CONNECTICUT
SUPERIOR COURT

FORM JD-CR-52 MUST ALSO BE COMPLETED

File # 03-8524

PAGE 1 OF 6



### INSTRUCTIONS TO THE APPLICANT

FILE A COPY OF THE APPLICATION FOR THE WARRANT AND ALL AFFIDAVITS UPON WHICH THE WARRANT IS BASED, IN A SEALED ENVELOPE, WITH THE CLERK OF THE COURT FOR THE GEOGRAPHICAL AREA WITHIN WHICH THE SEARCH WILL BE CONDUCTED NO LATER THAN THE NEXT BUSINESS DAY FOLLOWING THE ISSUANCE OF THE WARRANT. INDICATE THE POLICE DEPARTMENT, CASE NUMBER AND THE DATE OF ISSUANCE ON THE FRONT

### INSTRUCTIONS TO G.A. CLERK

1. PRIOR TO THE EXECUTION OF THE WARRANT, DO NOT DISCLOSE ANY INFORMATION PERTAINING TO THE APPLICATION FOR THE WARRANT OR ANY AFFIDAVITS UPON WHICH THE WARRANT IS BASED.

2. UPON EXECUTION AND RETURN OF THE WARRANT, AFFIDAVITS WHICH ARE THE SUBJECT OF AN ORDER DISPENSING WITH THE REQUIREMENT OF GIVING A COPY TO THE OWNER, OCCUPANT OR PERSON WITHIN FORTY-EIGHT HOURS SHALL REMAIN IN THE CUSTODY OF THE CLERKS OFFICE IN A SECURE LOCATION APART FROM THE REMAINDER OF THE COURT FILE.

TO: A Judge of the Superior Court

The undersigned, being duly sworn, complains on oath that the undersigned has probable cause to believe that certain property, to wit:

Subscriber information in the form of records, detailed billing information, screen names, applications for service, and date service provided pertaining to screen name GOMARYGOAWAY

☐ IS POSSESSED, CONTROLLED, DESIGNED OR INTENDED FOR USE OR WHICH IS OR HAS BEEN OR MAY BE USED AS A MEANS OF COMMITTING THE CRIMINAL OFFENSE OF:

☐ WAS STOLEN OR EMBEZZLED FROM:

CONSTITUTES EVIDENCE OF THE FOLLOWING OFF OR THAT A PARTICULAR PERSON PARTICIPATED IN THE COMMISSION OF THE OFFENSE OF

☒ Harassment in the Second Degree, CGS 53a-183

☐ IS IN POSSESSION, CUSTODY OR CONTROL OF A JOURNALISTIC OR NEWS ORGANIZATION, TO WIT:

   ☐ AND SUCH PERSON OR ORGANIZATION HAS COMMITTED OR IS COMMITTING THE OFFENSE WHICH IS RELATED TO SUCH PROPERTY

   ☐ AND SUCH PROPERTY CONSTITUTES CONTRABAND OR AN INSTRUMENTALITY OF THE CRIMINAL OFFENSE OF:

AND IS WITHIN OR UPON A CERTAIN PERSON, PLACE, OR THING, TO WIT:

Custodian of Records, Attn: Compliance and Investigation Unit, American Online, 22000 AOL Way, Dulles, Virginia, 20166

The undersigned, Det. William Young, being duly sworn, does depose and state that he is member of the Fairfield Police Department since December 8, 1980. At all times mentioned herein I was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

The undersigned, Det. David Bensey, being duly sworn, does depose and state that he is a member of the Fairfield Police Department since October 8, 1980. At all times mentioned herein I was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

1. That on March 31, 2003, Dee Dee Brandt, age 51 of 490 Hulls Farm Rd., Fairfield, an American Online (AOL) Internet service subscriber telephoned the Fairfield Police Department to report that she as received an alarming electronic mail message (E-Mail) on her home computer from an unknown person(s).

2. That the E-Mail sent on March 31, 2003 at 9:38:35 am (Eastern Standard Time) stated in the subject box **The End is Near**. The E-Mail was sent by unknown person(s) using the screen name **GoMaryGoAway@aol.com**. There was no Header or Footer information attached to the E-Mail. Brandt, a 6 year member of the Town of Fairfield Representative Town Meeting (RTM) for the the Third District stated her E-Mail address (DDBrandtCT) is listed in the Town of Fairfield Public Directory and is accessible to anyone. Brandt stated she is active in Town politics and has voted on a number of issues that may not be favored by some. Brandt is concerned for her safety not fully understanding the context of the message.

The undersigned ("x" one)   ☒ has not presented this application in any other court or to any judge.
                            ☐ has presented this application in another court to another judge (specify)

This application consists of this form plus    0    pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| Fairfield | 4-1-03 | Det. William Young |
| Fairfield | 4/1/03 | Det. [signature] |
| JURAT Subscribed and sworn to before me on: | DATE | SIGNED (Judge of the Superior Court) |

The E-Mail message was saved on Brandt's computer, and a copy was printed

3. That on March 31, 2003, Sandra Mulligan, age 44 of 278 Papurah Rd., Fairfield, an Optimum Online Internet service subscriber telephoned the Fairfield Police Department to report that she as received an alarming electronic mail message (E-Mail) on her home computer from an unknown person(s).

4. That the E-Mail sent on March 31, 2003 at 9:56 am (Eastern Standard Time) stated in the subject box **The End is Near**. The E-Mail was sent by unknown person(s) using the screen name **GoMaryGoAway@aol.com**. There was no Header or Footer information attached to the E-Mail. Mulligan, a member of the Town of Fairfield Board of Education stated that her E-Mail address (sandym@optonline.net) is listed in the Town of Fairfield Public Directory and is accessible to anyone. Mulligan stated as a member of the Board of Education she has voted on a number of issues that may not be favored by some. Mulligan is concerned for her safety not fully understanding the context of the message.

The E-Mail message was saved on Mulligan's computer, and a copy was printed

5. That based on the aforementioned facts and circumstances, the affiants have probable cause to believe that America Online (AOL) has records in the form of account information, billing information, history, and detailed billing, for the screen name **GoMaryGoAway**. That this information will aid in the investigation to identify the person(s) responsible for the harassing and alarming message sent on March 31, 2003 and respectfully requests a search and seizure warrant be issued.

The undersigned ("x" one)   ☒ has not presented this application in any other court or to any judge.
                            ☐ has presented this application in another court to another judge (specify)

This application consists of this form plus   0   pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into said place or thing, search the same, and take into custody all such property.

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| Bridgeport | 4-1-03 | William ( signature ) |
| Fairfield | 4/1/03 | Des ( signature ) |

JURAT  Subscribed and sworn to before me on:  DATE   SIGNED (Judge of the Superior Court)

**AFFIDAVIT REQUESTING DISPENSATION**
**WITH**
**REQUIREMENT OF DELIVERY**
pursuant to 54-33c, Connecticut General
Statutes

TO:  A Judge of the Superior Court

For the reasons set forth below, the undersigned, being duly sworn, requests that the judge dispense with the requirement of C.G.S. 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein within forty-eight hours:

☐ The personal safety of a confidential informant would be jeopardized by the giving of the affidavit at such time:

☐ The search is part of an continuing investigation which would be adversely affected by the giving of a copy of the affidavit at such time

☐ The giving of such affidavits at such time would require disclosure of information or material prohibited from being disclosed by chapter 959a of the general statutes.

and the specific details with regard to such reasons are as follows:

The undersigned further requests this affidavit also be included in such nondelivery.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| Bridgeport | 4-1-03 | [signature] |
| Fairfield | 4/1/03 | [signature] |
| JURAT Subscribed and sworn to before me on: | DATE | SIGNED (Judge of the Superior Court) |

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

The foregoing Affidavit and Application for Search and Seizure Warrant having been presented to and been considered by the undersigned, a Judge of the Superior Court, the undersigned (a) is satisfied therefrom that the grounds exist for said application, and (b) finds that said affidavit establishes grounds and probable cause for the undersigned to issue this Search and Seizure Warrant, such probable cause being the following: From said affidavit, the undersigned finds that there is probable cause for the undersigned to believe that the property described in the foregoing affidavit and application is within or upon the person, if any, named or described in the foregoing affidavit and application, or the place or thing, if any described in the foregoing affidavit and application, under the conditions and circumstances set forth in the foregoing affidavit and application, and that, therefore, a Search and Seizure Warrant should issue for said property.

NOW THEREFORE, by Authority of the State of Connecticut, I hereby command any Police Officer of a regularly organized police department, any State Policeman, or any conservation officer, special conservation officer or patrolman acting pursuant to C.G.S. 26-6 to whom these presents shall come by within ten days after the date of this warrant to

☐ enter into or upon and search the place or thing described in the foregoing affidavit and application, to wit:

Custodian of Records, Attn: Compliance and Investigation Unit, American Online, 22000 AOL Way, Dulles, Virginia, 20166

☐ search the person described in the foregoing affidavit and application to wit:

for the property described in the foregoing affidavit and application to wit:

Subscriber information in the form of records, detailed billing information, screen names, applications for service, and date service provided pertaining to screen name GOMARYGOAWAY

☐ Submit the property described in the foregoing affadavit and application to laboratory analysis and examination, to wit:

and upon finding said property to seize the same, take and keep it in custody until further order of the court, and with reasonable promptness make due return of this warrant accompanied by a written inventory of property seized

The foregoing request that the judge dispense with the requirement of C.G.S. 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein and that the affidavit in support of such request also be included in such nondelivery is hereby

☐ **GRANTED for a period of** [not to exceed 2 weeks beyond date warrant is executed]

This order, or any extension thereof, dispensing with said requirement shall not limit disclosure of such affidavits to the attorney for a person arrested in connection with or subsequent to the execution of the search warrant unless, upon motion of the prosecuting authority within two weeks of such arraignment the court finds that the state's interest in continuing nondisclosure substantially outweighs the defendants right to disclosure.

☐ Denied

| Signed at | , Connecticut, on: | Date | SIGNED (Judge of the Superior Court) |



**AMERICA ONLINE**
INCORPORATED

## AOL Legal Compliance and Investigations

### STATEMENT OF CONFIDENTIALITY

THE INFORMATION CONTAINED IN THIS FAX IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY FORM OF DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS FAX WAS SENT TO YOU IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY PHONE.

Total Number of Pages, including Cover: __7__

Name: __Det. William Young__

Location: __Fairfield P.D.__

FAX #: __(203) 254-4885__

Date: __4 / 7 /2003__

From:   Jen Sheridan, Fraud Investigator
        Compliance and Investigations
        America Online Legal Department
        Direct Line:   (703) 265-3298 *
        Fax #:         (703) 265-2305

AOL Legal File #: __S1 - PDT - 42374__

*Please note that my voicemail fills up <u>very</u> quickly due to the high volume of subpoenas we process. If you require any further assistance in this matter, please FAX me a copy of this cover sheet, along with your question and I will get back to you as soon as possible.

Re: __"Go Mary Go Away"__

Enclosed please find the records which, consistent with the Electronic Communications Privacy Act, 18 U.S.C. §2703 (c)(1)(C)(as amended), respond to your request regarding your file # __03-8524__
If this matter results in an arrest or prosecution, or if you have any questions regarding our response, please contact me at (703) 265-3298.

fax cover sheet

**clifmv - 007-3806-017 - SecurID: 0**

**Name and address:**
0073806017
CLIF FREEDMAN
10 WYNN WOOD DRIVE
FAIRFIELD, CT 06432 US

**Business:** United States (AOL)
**Account status:** Active
**Account type:** Normal
**Member since:** 00-05-23 07:32:51
**Software version:** 8.0 for Windows (1021)
**Validator:** 8964   1104
**Brand:** aol

**Phone number(s):** Evening: 2033748624, Day: 2035219032
**Screen names:** clifmv(*), amanandlife, badbutgood55, knockingsoftly, alancapital, callinggently, gomarygoaway
**Last Session:** 03-04-07 09:11 as knockingsoftly (Unknown node

**Comment:**
**Billing info:** VISA (Call), CLIFTON FREEDMAN, Bill date 22nd
**Sec. Bill Contact:**
**Usage caps:** No usage caps
**Account groups:** Promo 125807, PI=72, Unlimited Monthly Plan, AG=73
**Balances:** No free time or account credits pending.
**Service:** AOL
**Products:** UNKNOWN, Narrow band
**Block login:** None

[Prev]   [Next]

| Date | Time | User | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|---|---|
| 03-04-07 | 09:11 | knockingsoftly | 0 | 1 | 0.00 | | | |
| 03-04-07 | 08:36 | clifmv | 0 | 45 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03-04-06 | 12:25 | clifmv | 0 | 13 | 0.00 | 0.00 | 0.00 | |
| 03-04-06 | 11:25 | clifmv | 0 | 60 | 0.00 | 0.00 | 0.00 | |
| 03-04-06 | 11:08 | clifmv | 0 | 13 | 0.00 | 0.00 | 0.00 | |
| 03-04-06 | 10:56 | clifmv | 0 | 10 | 0.00 | 0.00 | 0.00 | |
| 03-04-05 | 12:09 | clifmv | 0 | 8 | 0.00 | 0.00 | 0.00 | |
| 03-04-04 | 12:41 | clifmv | 0 | 409 | 0.00 | 0.00 | 0.00 | |
| 03-04-04 | 12:04 | clifmv | 0 | 21 | 0.00 | 0.00 | 0.00 | |
| 03-04-04 | 10:17 | clifmv | 0 | 75 | 0.00 | 0.00 | 0.00 | |
| 03-04-04 | 07:56 | clifmv | 0 | 28 | 0.00 | 0.00 | 0.00 | |
| 03-04-03 | 23:13 | knockingsoftly | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-03 | 23:01 | clifmv | 0 | 12 | 0.00 | 0.00 | 0.00 | |
| 03-04-03 | 08:07 | clifmv | 0 | 345 | 0.00 | 0.00 | 0.00 | |
| 03-04-03 | 08:07 | knockingsoftly | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-03 | 08:06 | clifmv | 0 | 2 | 0.00 | 0.00 | 0.00 | |
| 03-04-03 | 00:06 | clifmv | 0 | 2 | 0.00 | 0.00 | 0.00 | |
| 03-04-03 | 00:05 | alancapital | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-03 | 00:05 | callinggently | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 23:31 | clifmv | 0 | 34 | 0.00 | 0.00 | 0.00 | |
| 03-04-02 | 23:31 | gomarygoaway | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 23:30 | amanandlife | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 23:30 | badbutgood55 | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 23:29 | alancapital | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 23:28 | gomarygoaway | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 20:48 | clifmv | 0 | 160 | 0.00 | 0.00 | 0.00 | |
| 03-04-02 | 20:45 | gomarygoaway | 0 | 4 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 20:42 | clifmv | 0 | 4 | 0.00 | 0.00 | 0.00 | |
| 03-04-02 | 20:40 | gomarygoaway | 0 | 2 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 18:17 | clifmv | 0 | 143 | 0.00 | 0.00 | 0.00 | |
| 03-04-02 | 18:16 | knockingsoftly | 0 | 2 | 0.00 | 0.00 | | 0.00 |
| *03-04-02 | 18:13 | gomarygoaway | 0 | 4 | 0.00 | 0.00 | | 0.00 |
| 03-04-02 | 17:41 | clifmv | 0 | 32 | 0.00 | 0.00 | 0.00 | |
| 03-04-02 | 10:39 | clifmv | 1 | 282 | 0.00 | 0.00 | 0.00 | |
| 03-04-01 | 15:54 | clifmv | 0 | 108 | 0.00 | 0.00 | 0.00 | |
| 03-04-01 | 12:07 | clifmv | 0 | 4 | 0.00 | 0.00 | 0.00 | |
| 03-04-01 | 08:19 | clifmv | 0 | 1 | 0.00 | 0.00 | 0.00 | |
| 03-04-01 | 07:58 | callinggently | 0 | 21 | 0.00 | 0.00 | | 0.00 |
| 03-04-01 | 07:52 | clifmv | 0 | 7 | 0.00 | 0.00 | 0.00 | |
| 03-04-01 | 07:49 | knockingsoftly | 0 | 3 | 0.00 | 0.00 | | 0.00 |
| 03-04-01 | 07:25 | clifmv | 0 | 24 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 17:34 | clifmv | 0 | 94 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 12:21 | clifmv | 0 | 16 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 12:08 | gomarygoaway | 0 | 13 | 0.00 | 0.00 | | 0.00 |
| 03-03-31 | 12:03 | clifmv | 0 | 6 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 10:23 | clifmv | 0 | 66 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 10:23 | gomarygoaway | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-03-31 | 09:56 | clifmv | 0 | 27 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 09:53 | gomarygoaway | 0 | 3 | 0.00 | 0.00 | | 0.00 |
| 03-03-31 | 09:50 | clifmv | 0 | 3 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 09:40 | clifmv | 0 | 2 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 09:35 | gomarygoaway | 0 | 5 | 0.00 | 0.00 | | 0.00 |
| 03-03-31 | 09:34 | clifmv | 0 | 1 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 09:34 | gomarygoaway | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-03-31 | 08:30 | clifmv | 0 | 64 | 0.00 | 0.00 | 0.00 | |
| 03-03-31 | 08:28 | knockingsoftly | 0 | 2 | 0.00 | 0.00 | | 0.00 |
| 03-03-31 | 07:58 | clifmv | 0 | 30 | 0.00 | 0.00 | 0.00 | |
| 03-03-30 | 23:45 | clifmv | 0 | 27 | 0.00 | 0.00 | 0.00 | |
| 03-03-30 | 13:09 | callinggently | 0 | 12 | 0.00 | 0.00 | | 0.00 |
| 03-03-30 | 13:08 | knockingsoftly | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-03-30 | 13:02 | clifmv | 0 | 7 | 0.00 | 0.00 | 0.00 | |
| 03-03-30 | 00:26 | clifmv | 0 | 16 | 0.00 | 0.00 | 0.00 | |
| 03-03-30 | 00:25 | knockingsoftly | 0 | 1 | 0.00 | 0.00 | | 0.00 |
| 03-03-30 | 00:19 | clifmv | 0 | 7 | 0.00 | 0.00 | 0.00 | |
| 03-03-29 | 08:32 | clifmv | 0 | 261 | 0.00 | 0.00 | 0.00 | |
| 03-03-29 | 08:32 | callinggently | 0 | 1 | 0.00 | 0.00 | | 0.00 |

Monday, April 07, 2003    America Online:JenSheridan1    Page 1

```
03-03-29 08:25  clifmv          0      7    0.00
03-03-29 08:24  badbutgood55    0      1    0.00          0.00          0.00
03-03-29 08:24  alancapital     0      1    0.00          0.00          0.00
03-03-29 08:23  amanandlife     0      1    0.00          0.00          0.00
03-03-29 08:23  knockingsoftly  0      1    0.00          0.00          0.00
03-03-29 08:01  clifmv          0     22    0.00    0.00          0.00
03-03-28 10:40  clifmv          0    354    0.00    0.00          0.00
03-03-28 10:20  clifmv          0      6    0.00    0.00          0.00
03-03-28 09:33  clifmv          0     21    0.00    0.00          0.00
03-03-28 07:42  clifmv          0     14    0.00    0.00          0.00
03-03-27 08:46  clifmv          0      1    0.00    0.00          0.00
03-03-27 08:46  knockingsoftly  0      1    0.00
03-03-27 08:22  clifmv          0     25    0.00          0.00          0.00
03-03-26 17:59  clifmv          0     27    0.00          0.00          0.00
03-03-26 17:54  knockingsoftly  0      5    0.00
03-03-26 17:38  clifmv          0     17    0.00          0.00          0.00
03-03-26 16:11  clifmv          0     85    0.00          0.00          0.00
03-03-25 22:42  clifmv          0     15    0.00          0.00          0.00
03-03-25 18:11  clifmv          0     14    0.00          0.00          0.00
03-03-25 16:16  clifmv          0     62    0.00          0.00          0.00
03-03-25 16:13  knockingsoftly  0      3    0.00
03-03-25 16:01  clifmv          0     12    0.00          0.00          0.00
03-03-25 10:47  clifmv          0    240    0.00          0.00          0.00
03-03-25 10:40  callinggently   0      7    0.00
03-03-25 08:39  clifmv          0     96    0.00          0.00          0.00
03-03-25 04:22  clifmv          0     18    0.00          0.00          0.00
03-03-25 04:21  callinggently   0      1    0.00
03-03-24 22:39  callinggently   0     49    0.00          0.00          0.00
03-03-24 22:36  alancapital     0      4    0.00          0.00          0.00
03-03-24 22:22  clifmv          0     14    0.00          0.00          0.00
03-03-24 22:21  callinggently   0      1    0.00
03-03-24 22:20  badbutgood55    0      1    0.00          0.00          0.00
03-03-24 22:18  amanandlife     0      2    0.00          0.00          0.00
03-03-24 22:18  alancapital     0      1    0.00          0.00          0.00
03-03-24 22:16  clifmv          0      2    0.00          0.00          0.00
03-03-24 16:49  clifmv          0    130    0.00          0.00          0.00
03-03-24 14:53  clifmv          0     17    0.00          0.00          0.00
03-03-24 13:43  clifmv          0     46    0.00          0.00          0.00
03-03-24 06:45  clifmv          0    417    0.00          0.00          0.00
03-03-24 06:30  clifmv          0      7    0.00          0.00          0.00
03-03-24 00:43  callinggently   0     15    0.00
03-03-24 00:40  knockingsoftly  0      3    0.00    0.00          0.00
03-03-24 00:28  clifmv          0     13    0.00    0.00          0.00
03-03-23 14:57  clifmv          0     59    0.00          0.00          0.00
03-03-23 12:36  clifmv          0     99    0.00          0.00          0.00
03-03-23 11:27  clifmv          0     24    0.00          0.00          0.00
03-03-22 16:36  clifmv          0     48    0.00          0.00          0.00
03-03-22 10:21  clifmv          0    257    0.00          0.00          0.00
```

```
03-03-22 00:00  <Monthly Fee>                 0        0   23.90                    0.00                23.90
03-03-21 12:31  clifmv             0         120   0.00                    0.00                 0.00
03-03-21 11:59  clifmv             0          32   0.00                    0.00                 0.00
03-03-21 07:53  clifmv             0          95   0.00                    0.00                 0.00
03-03-20 21:44  clifmv             0          30   0.00                    0.00                 0.00
03-03-20 21:44  badbutgood55                  0     1   0.00               0.00                             0.00
03-03-20 21:43  alancapital                   0     1   0.00               0.00                             0.00
03-03-20 21:43  amanandlife                   0     1   0.00               0.00                             0.00
03-03-20 21:42  knockingsoftly                0     1   0.00               0.00                             0.00
03-03-20 21:16  clifmv             0          27   0.00        0.00                       0.00
03-03-20 15:43  clifmv             0           6   0.00        0.00                       0.00
03-03-20 15:09  clifmv             0          24   0.00        0.00                       0.00
03-03-20 13:31  clifmv             0          42   0.00        0.00                       0.00
03-03-20 10:15  clifmv             0          80   0.00        0.00                       0.00
03-03-20 07:11  clifmv             0          46   0.00        0.00                       0.00
03-03-19 12:31  clifmv             0          16   0.00        0.00                       0.00
03-03-19 07:52  clifmv             0          77   0.00        0.00                       0.00
03-03-18 20:20  clifmv             0         218   0.00        0.00                       0.00
03-03-18 07:25  clifmv             0         211   0.00        0.00                       0.00
03-03-17 21:59  clifmv             0           3   0.00        0.00                       0.00
03-03-17 21:18  clifmv             0          26   0.00        0.00                       0.00
03-03-17 21:18  callinggently                 0     1   0.00               0.00                             0.00
03-03-17 21:17  alancapital                   0     1   0.00               0.00                             0.00
03-03-17 21:16  badbutgood55                  0     1   0.00               0.00                             0.00
03-03-17 21:16  amanandlife                   0     1   0.00               0.00                             0.00
03-03-17 18:03  clifmv             1         192   0.00        0.00                       0.00
03-03-17 09:06  clifmv             0           4   0.00        0.00                       0.00
03-03-16 23:39  clifmv             0          90   0.00        0.00                       0.00
03-03-16 23:38  knockingsoftly                0     1   0.00    0.00                                 0.00
03-03-16 23:33  clifmv             0           5   0.00        0.00                       0.00
03-03-15 10:41  clifmv             0          38   0.00        0.00                       0.00
03-03-15 08:31  clifmv             0         113   0.00        0.00                       0.00
03-03-14 10:49  clifmv             0         185   0.00        0.00                       0.00
03-03-14 09:53  <NetMail>                     0     0   0.00    0.00                                 0.00
03-03-13 16:38  clifmv             0          20   0.00        0.00                       0.00
03-03-13 04:31  clifmv             0         194   0.00        0.00                       0.00
03-03-12 21:08  clifmv             0          20   0.00        0.00                       0.00
03-03-12 21:03  knockingsoftly                0     4   0.00    0.00                                 0.00
03-03-12 20:00  clifmv             0          64   0.00        0.00                       0.00
03-03-12 18:41  clifmv             0          34   0.00        0.00                       0.00
03-03-12 18:23  Iraq To Be Free               0    18   0.00    0.00                                 0.00
03-03-12 17:54  clifmv             0          30   0.00        0.00                       0.00
03-03-12 14:21  clifmv             0          16   0.00        0.00                       0.00
03-03-12 11:52  clifmv             0          52   0.00        0.00                       0.00
03-03-12 10:46  clifmv             0          48   0.00        0.00                       0.00
03-03-12 06:55  clifmv             0          64   0.00        0.00                       0.00
03-03-12 03:36  alancapital                   0    14   0.00    0.00                                 0.00
03-03-12 03:35  clifmv             0           1   0.00        0.00                       0.00
03-03-11 19:22  clifmv             0         298   0.00        0.00                       0.00
03-03-11 17:06  clifmv             0          84   0.00        0.00                       0.00
03-03-11 17:05  knockingsoftly                0     1   0.00    0.00                                 0.00
03-03-11 16:49  clifmv             0          17   0.00        0.00                       0.00
03-03-11 13:11  clifmv             0           6   0.00        0.00                       0.00
03-03-11 07:44  clifmv             0         146   0.00        0.00                       0.00
03-03-10 16:50  clifmv             0         130   0.00        0.00                       0.00
03-03-10 15:41  clifmv             0          50   0.00        0.00                       0.00
03-03-09 13:16  clifmv             0         139   0.00        0.00                       0.00
03-03-09 04:57  callinggently                 0     8   0.00    0.00                                 0.00
03-03-09 04:54  clifmv             0           3   0.00        0.00                       0.00
03-03-09 04:32  callinggently                 0    23   0.00    0.00                                 0.00
03-03-09 04:30  amanandlife                   0     2   0.00    0.00                                 0.00
03-03-09 04:26  clifmv             0           4   0.00        0.00                       0.00
03-03-08 19:32  clifmv             0          46   0.00        0.00                       0.00
03-03-08 15:50  clifmv             0         109   0.00        0.00                       0.00
03-03-08 07:51  clifmv             0           1   0.00        0.00                       0.00
03-03-08 07:24  clifmv             0           6   0.00        0.00                       0.00
```

Monday, April 07, 2003        America Online:JenSheridan1                    Page 1

| Date | Time | User | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03-03-08 | 00:21 | clifmv | 0 | 1 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 03-03-08 | | | | | 0.00 | | 0.00 | 0.00 | 0.00 |
| 03-03-07 | 23:14 | clifmv | 1 | 66 | 0.00 | | 0.00 | 0.00 | |
| 03-03-07 | 14:48 | clifmv | 0 | 4 | 0.00 | | 0.00 | 0.00 | |
| 03-03-07 | 13:21 | clifmv | 0 | 12 | 0.00 | | 0.00 | 0.00 | |
| 03-03-07 | 09:12 | clifmv | 0 | 243 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 23:16 | clifmv | 0 | 11 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 23:10 | clifmv | 0 | 4 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 23:02 | clifmv | 0 | 8 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 22:44 | clifmv | 0 | 11 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 22:21 | clifmv | 0 | 2 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 19:30 | clifmv | 0 | 78 | 0.00 | | 0.00 | 0.00 | |
| 03-03-06 | 19:29 | knockingsoftly | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-03-06 | 19:28 | badbutgood55 | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-03-06 | 19:27 | amanandlife | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-03-06 | 19:26 | alancapital | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-03-06 | 19:25 | Iraq To Be Free | 0 | 2 | 0.00 | | 0.00 | | 0.00 |
| 03-03-06 | 17:34 | clifmv | 0 | 111 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 19:39 | clifmv | 0 | 133 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 19:37 | Iraq To Be Free | 0 | 2 | 0.00 | | 0.00 | | 0.00 |
| 03-03-05 | 19:36 | clifmv | 0 | 2 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 19:28 | Iraq To Be Free | 0 | 8 | 0.00 | | 0.00 | | 0.00 |
| 03-03-05 | 19:23 | clifmv | 0 | 5 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 16:22 | clifmv | 0 | 27 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 13:47 | clifmv | 0 | 155 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 11:19 | clifmv | 0 | 77 | 0.00 | | 0.00 | 0.00 | |
| 03-03-05 | 07:31 | clifmv | 0 | 208 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 22:54 | clifmv | 0 | 36 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 20:22 | clifmv | 0 | 128 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 20:05 | clifmv | 0 | 15 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 20:02 | callinggently | 0 | 3 | 0.00 | | 0.00 | | 0.00 |
| 03-03-04 | 20:02 | alancapital | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-03-04 | 19:39 | clifmv | 0 | 23 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 19:15 | badbutgood55 | 0 | 24 | 0.00 | | 0.00 | | 0.00 |
| 03-03-04 | 19:12 | amanandlife | 0 | 3 | 0.00 | | 0.00 | | 0.00 |
| 03-03-04 | 19:11 | knockingsoftly | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-03-04 | 18:13 | clifmv | 0 | 59 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 14:55 | clifmv | 0 | 42 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 13:20 | clifmv | 0 | 46 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 13:10 | clifmv | 0 | 7 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 10:32 | clifmv | 0 | 112 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 09:13 | clifmv | 0 | 63 | 0.00 | | 0.00 | 0.00 | |
| 03-03-04 | 08:12 | clifmv | 0 | 61 | 0.00 | | 0.00 | 0.00 | |
| 03-03-03 | 23:58 | clifmv | 0 | 1 | 0.00 | | 0.00 | 0.00 | |
| 03-03-03 | 23:50 | alancapital | 0 | 8 | 0.00 | | 0.00 | | 0.00 |
| 03-03-03 | 23:42 | clifmv | 0 | 9 | 0.00 | | 0.00 | 0.00 | |
| 03-03-03 | 16:34 | clifmv | 0 | 46 | 0.00 | | 0.00 | 0.00 | |
| 03-03-03 | 08:18 | clifmv | 0 | 91 | 0.00 | | 0.00 | 0.00 | |
| 03-03-02 | 23:45 | clifmv | 0 | 83 | 0.00 | | 0.00 | 0.00 | |
| 03-03-02 | 11:04 | clifmv | 0 | 140 | 0.00 | | 0.00 | 0.00 | |
| 03-03-02 | 01:31 | clifmv | 0 | 30 | 0.00 | | 0.00 | 0.00 | |
| 03-03-01 | 23:47 | clifmv | 0 | 68 | 0.00 | | 0.00 | 0.00 | |
| 03-03-01 | 09:30 | clifmv | 0 | 205 | 0.00 | | 0.00 | 0.00 | |
| 03-02-27 | 22:40 | clifmv | 0 | 3 | 0.00 | | 0.00 | 0.00 | |
| 03-02-27 | 22:39 | amanandlife | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-02-27 | 21:06 | clifmv | 0 | 94 | 0.00 | | 0.00 | 0.00 | |
| 03-02-27 | 21:05 | callinggently | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-02-27 | 21:04 | badbutgood55 | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-02-27 | 21:02 | amanandlife | 0 | 2 | 0.00 | | 0.00 | | 0.00 |
| 03-02-27 | 21:02 | alancapital | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-02-27 | 21:01 | knockingsoftly | 0 | 1 | 0.00 | | 0.00 | | 0.00 |
| 03-02-27 | 20:48 | clifmv | 0 | 13 | 0.00 | | 0.00 | 0.00 | |
| 03-02-27 | 18:57 | clifmv | 0 | 22 | 0.00 | | 0.00 | 0.00 | |
| 03-02-27 | 16:59 | clifmv | 0 | 34 | 0.00 | | 0.00 | 0.00 | |
| 03-02-27 | 08:09 | clifmv | 0 | 9 | 0.00 | | 0.00 | 0.00 | |
| 03-02-26 | 22:49 | clifmv | 0 | 26 | 0.00 | | 0.00 | 0.00 | |

```
03-02-26 21:17  clifmv           0     21   0.00          0.00       0.00
03-02-26 21:06  clifmv           0     21   0.00          0.00       0.00
03-02-26 09:40  clifmv           0     55   0.00          0.00       0.00
03-02-26 08:09  clifmv           0     37   0.00          0.00       0.00
03-02-25 23:19  clifmv           0      1   0.00          0.00       0.00
03-02-25 23:17  callinggently    0      2   0.00          0.00       0.00
03-02-25 23:16  knockingsoftly   0      1   0.00          0.00       0.00
03-02-25 23:04  clifmv           1     12   0.00          0.00       0.00
03-02-25 22:28  clifmv           0     10   0.00          0.00       0.00
03-02-25 10:00  clifmv           0    117   0.00          0.00       0.00
03-02-25 06:09  clifmv           0    220   0.00          0.00       0.00
03-02-25 00:02  clifmv           0      4   0.00          0.00       0.00
03-02-24 15:56  clifmv           0    283   0.00          0.00       0.00
03-02-24 13:22  clifmv           0     28   0.00          0.00       0.00
03-02-24 12:56  clifmv           0     21   0.00          0.00       0.00
03-02-24 08:16  clifmv           0     38   0.00          0.00       0.00
03-02-24 07:29  clifmv           0     13   0.00          0.00       0.00
03-02-23 21:53  clifmv           0     43   0.00          0.00       0.00
03-02-23 14:03  clifmv           0    123   0.00          0.00       0.00
03-02-23 13:42  clifmv           0     18   0.00          0.00       0.00
03-02-23 13:41  callinggently    0      1   0.00          0.00       0.00
03-02-23 01:01  callinggently    0      2   0.00          0.00       0.00
03-02-23 01:00  knockingsoftly   0      1   0.00          0.00       0.00
03-02-23 00:45  clifmv           0     16   0.00          0.00       0.00
03-02-22 12:57  clifmv           0     36   0.00          0.00       0.00
03-02-22 09:18  clifmv           0     47   0.00          0.00       0.00
```

Monday, April 07, 2003     America Online:JenSheridan1          Page 3

TOTAL P.07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN,  :
    Plaintiff,  :
  :
V.  :
  :  CIVIL ACTION
  :  NO. 3:03 CV1048 (PCD)
AMERICA ONLINE, INC, ET AL,  :
    Defendants,  :  DECEMBER 30, 2003

**NOTICE OF FILING DEFENDANTS' OBJECTION
TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The defendants, the Town of Fairfield, Detective William Young, and Detective David Bensey, hereby give notice that a copy of the defendants' Objection to Plaintiff's Motion for Partial Summary Judgment has been forwarded to all counsel of record on this 30th day of December, 2003.

        **THE DEFENDANTS, The Town of Fairfield,
        Detective William Young and
        Detective David Bensey**

        BY_____
        Mark A. Perkins
        Maher and Murtha, LLC
        528 Clinton Avenue - P.O. Box 901
        Bridgeport, CT  06601-0901
        Phone (203) 367-2700
        Fed Bar #CT-22419

This is to certify that a copy of the foregoing was sent on this 30th day of December, 2003 to:

Daniel J. Klau, Esq.
H. James Pickerstein, Esq.
Calvin K. Wood, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
New Haven, CT  06507

Samir Jain, Esq.
C. Colin Rushing, Esq.
2445 M Street, N.W.
Washington, DC  20037

Robert Y. Altschiler, Esq.
590 Madison Avenue
New York, NY  10022

BY_____
　　　Mark A. Perkins

2