FILED

FEB 25  3 55 PM '04

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>       PLAINTIFF, | :<br>:<br>: |
| V. | : CASE NO. 3:03-CV-1048(PCD) |
| | : |
| AMERICA ONLINE, INC., TOWN OF<br>FAIRFIELD, WILLIAM YOUNG, AND<br>DAVID BENSEY, | :<br>:<br>: |
|        DEFENDANTS, | : FEBRUARY 24, 2004 |

## NOTICE OF APPEAL

The defendants, William Young and David Bensey, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

Judge Dorsey's February 4, 2004, ruling on the Plaintiff's Motion for Partial Summary Judgment, in which he grants the plaintiff's motion as to the undersigned defendants.

The Judgment in this action was entered on February 5, 2004.

1

THE DEFENDANTS, William Young and David Bensey

BY _____
THOMAS M. MURTHA
MAHER AND MURTHA, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT 06601-0901
Phone (203) 367-2700
Fed Bar # CT-05522

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent on this 24th day of February 2004 to:

Daniel J. Klau, Esq.
H. James Pickerstein, Esq.
Calvin K. Woo, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

David R. Schaefer, Esq.
Rowena A. Moffett, Esq.
Brenner, Saltzman & Wallman, LLP
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06511-1746

Samir Jain, Esq.
C. Colin Rushing, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037-1420

Robert Y. Altschiler, Esq.
191 Post Road West
Westport, CT 06880

Paul E. Pollock, Esq.
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street, Suite 820
P.O. Box 1978
Bridgeport, CT 06604

BY _____
THOMAS M. MURTHA