UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 4  3 29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>Plaintiff,<br><br>v.<br><br>AMERICA ONLINE, INC., THE TOWN OF FAIRFIELD, DETECTIVE WILLIAM YOUNG AND DETECTIVE DAVID BENSEY (Individually and in their official capacities as police officers for the Town of Fairfield),<br><br>Defendants. | )<br>)<br>)<br>)   Civil Action No. 3:03CV1048 (PCD)<br>)<br>)<br>)<br>)<br>)<br>)   MARCH 4, 2004<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, plaintiff Clifton S. Freedman ("Mr. Freedman") respectfully moves this Court for an order compelling defendant William Young and the duly designated representative of the Town of Fairfield Police Department to attend depositions which, by mutual agreement of the parties, have been noticed for March 4, 2004.

As set forth more fully in the accompanying memorandum of law, counsel for defendant Young and the designated representative unilaterally cancelled their depositions, without any adjournment dates, based upon the filing of a notice of appeal from an interlocutory order, *viz.*, this Court's grant of partial summary judgment to the plaintiff on his claim under the Electronic Communications Privacy Act. The cancellation of the depositions, particularly in light of a March 31, 2004 discovery cut-off date, is without legal justification.

/32442/2/57590v1
03/03/04-SPT/

Respectfully submitted,
PLAINTIFF:

**CLIFTON S. FREEDMAN**

By _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
(860) 522-5175
(860) 522-2796 fax

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY 10022
(212) 541-2422

/32442/2/57590v1
03/03/04-SPT/

**Attorneys for Defendants:**
Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

_____
Calvin K. Woo