United States District Court
District of Connecticut
FILED AT    NEW HAVEN
3/5/2004
Kevin F. Rowe, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>    Plaintiff, | : |
| v. | :    CIVIL ACTION<br>:    NO. 3:03 CV1048 (PCD) |
| AMERICA ONLINE, INC, ET AL<br>    Defendants, | :<br>:    March 5, 2004 |

### CERTIFICATE OF NO TRANSCRIPT

Appellants, William Young and David Bensey, hereby state that no transcript will be ordered with regard to the appeal of Judge Dorsey's February 4, 2004, ruling on the plaintiff's Motion for Partial Summary Judgment.

Respectfully,
The Appellants/Defendants

BY: _____
THOMAS M. MURTHA
MAHER & MURTHA, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT. 06601
Phone No. 203-367-2700
Fax No. 203-335-0589
Federal ID No. CT05522

## CERTIFICATION

A copy hereof has been sent, first-class mail, postage pre-paid, on this date, to all counsel and pro se parties of record:

Daniel Klau, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302

Calvin Woo, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302

BY: _____
THOMAS M. MURTHA