United States District Court
District of Connecticut
FILED AT    NEW HAVEN

3/5 2004

Kevin F. Rowe, Clerk

By_____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN, :
    Plaintiff, :
    :
v. : CIVIL ACTION
    : NO. 3:03 CV1048 (PCD)
AMERICA ONLINE, INC, ET AL :
    Defendants, : March 5, 2004

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
| --- | --- | --- | --- |
| 6/12/2003 | 1 | Complaint | 1 |
| 1/23/2004 | 40 | Motion | 2 |
| 1/23/2004 | 41 | Statement | 3 |
| 1/23/2004 | 42 | Memorandum | 4 |
| 1/23/2004 | 43 | Reply to Objection | 5 |
| 2/04/2004 | 45 | Ruling | 6 |
| 2/25/2004 | 46 | Notice of Appeal | 7 |

Respectfully,
The Appellants/Defendants

BY:_____
THOMAS M. MURTHA
MAHER & MURTHA, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT. 06601
Phone No. 203-367-2700
Fax No. 203-335-0589
Federal ID No. CT05522

## CERTIFICATION

A copy hereof has been sent, first-class mail, postage pre-paid, on this date, to all counsel and pro se parties of record:

Daniel Klau, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Calvin Woo, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

BY:_____
THOMAS M. MURTHA