# DISTRICT OF CONNECTICUT - Select Office
# NOTICE OF APPEAL COVER MEMO

**DATE:** February 26, 2004         **TO:** Intake Clerk

**FROM:** Joanne Pesta 203-773-2140

FILED
MAR 10   1 31 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Freedman v American Online Inc, et al

**DOCKET NO.:** 3:03-cv-1048(PCD)

**NOTICE OF APPEAL:** filed: February 25, 2004

**APPEAL FROM:**   final judgment: __

interlocutory: X

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**   Paid ✓   Due ____   N/A ____

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:**   Timely ✓   Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____   Denied ____

**COA:**   Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _____   DATE: 3-3-04
DEPUTY CLERK, USCA

USCA No. _____.