United States District Court
District of Connecticut
FILED AT NEW HAVEN

3/15/2004

Kevin F. Rowe, Clerk

By: Deputy Clerk

nhct

FILED
MAR 25  1 55 '04
U.S. DISTRICT COURT
N. CONN.

UNITED STATES COURT OF APPEALS
FILED
MAR 12 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN,
  Plaintiff,

v.

AMERICA ONLINE, INC, ET AL
  Defendants,

CIVIL ACTION
NO. 3:03 CV1048 (PCD)

March 5, 2004

## INDEX TO THE RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 6/12/2003 | 1 | Complaint | 1 |
| 1/23/2004 | 40 | Motion | 2 |
| 1/23/2004 | 41 | Statement | 3 |
| 1/23/2004 | 42 | Memorandum | 4 |
| 1/23/2004 | 43 | Reply to Objection | 5 |
| 2/04/2004 | 45 | Ruling | 6 |
| 2/25/2004 | 46 | Notice of Appeal | 7 |

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD.
DATE: 3/16/04  sc
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

04-1088

Respectfully,<br>
The Appellants/Defendants<br><br>
BY: _____<br>
THOMAS M. MURTHA<br>
MAHER & MURTHA, LLC<br>
528 Clinton Avenue - P.O. Box 901<br>
Bridgeport, CT. 06601<br>
Phone No. 203-367-2700<br>
Fax No. 203-335-0589<br>
Federal ID No. CT05522

## CERTIFICATION

A copy hereof has been sent, first-class mail, postage pre-paid, on this date, to all counsel and pro se parties of record:

Daniel Klau, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Calvin Woo, Esq.
Pepe & Hazard, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

BY: _____
THOMAS M. MURTHA

I hereby certify that the foregoing is a true copy of the original document on file.   Date: 3/9/04

KEVIN F. ROWE
Clerk

By _____
Deputy Clerk