UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 3:03 CV1048(PCD) |
| AMERICA ONLINE, INC, ET AL | : |
| Defendants, | : March 25, 2004 |

## JOINT MOTION TO EXTEND
## SCHEDULING ORDER COMPLIANCE DATES

Pursuant to Local Civil Rule 9(b), for the following good cause shown, and by the agreement of the parties, the undersigned defendants and plaintiff hereby request an enlargement of time of six weeks to complete pre-trial discovery, file dispositive motions and prepare the joint trial memorandum. The current scheduling order requires all discovery to be completed by March 31, 2004, dispositive motions, if any, to be filed on or before May 1, 2004, and a joint trial memorandum order to be filed by June 1, 2004.

The parties jointly seek this additional time for several reasons. First, during depositions on Friday, March 12, 2004, of defendant William Young and two other members of the Fairfield Police Department, information was disclosed reflecting the

likely knowledge of the Chief of Police, Joseph Sambrook, and Captain Paul Dyer, with respect to this dispute. The plaintiff has noticed the depositions of these individuals, but scheduling conflicts will not allow them to proceed until later in April.

Second, the defendants have concluded that they need to depose America Online, which is no longer a party to this case. Specifically, the defendants seek to depose a representative of America Online's legal department in Virginia. Counsel for the defendants is currently coordinating that deposition with plaintiff's counsel, and counsel for America Online.

Third, the defendant received plaintiff's compliance with written discovery on March 17, 2004, and has scheduled his deposition for March 30, 2004. In his written discovery, plaintiff identified a number of individuals that the defendants intend to depose. It is not possible to complete those additional depositions by the current discovery deadline.

Fourth, plaintiff's subpoenaed a non-party witness – Sandra Mulligan – who has objected to a live deposition on medical grounds. The parties have agreed that she may be deposed on written questions. Her counsel, however, is not available to defend that deposition until next month.

Based upon the foregoing, the parties submit that good cause exists to modify the scheduling order as follows:

1. Discovery to be completed by May 15, 2004;

2. Dispositive Motions to be filed by or before June 15, 2004;

3. A joint trial memorandum to be filed by July 15, 2004, or thirty days after the court rules on any pending dispositive motions.

Accordingly the parties jointly move this Court to grant the instant Motion for an Enlargement of Time.

| THE PLAINTIFF<br>CLIFTON FREEDMAN, | THE DEFENDANTS<br>WILLIAM YOUNG AND<br>DAVID BENSEY, |
|---|---|
| BY: *[signature]*<br>CALVIN K. WOO, ESQ.<br>PEPE & HAZARD LLP<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103-4302<br>Ph. 860-522-5175<br>Fax 860-522-2796<br>Fed ID No. CT 24951 | BY: *[signature]*<br>MARK A. PERKINS, ESQ.<br>MAHER AND MURTHA, LLC<br>528 Clinton Avenue<br>P.O. Box 901<br>Bridgeport, CT 06605<br>Ph. 203-367-2700<br>Fax 203-335-0589<br>Fed ID No. CT 22419 |

## CERTIFICATION

A copy hereof has been sent, first-class mail, postage pre-paid, on this date, to all counsel and pro se parties of record:

Robert Y. Altchiler, Esq.
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY  10022

BY: _____
MARK A. PERKINS