**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CLIFTON S. FREEDMAN

   -vs-                                         Civil No. 3:03 cv 1048 (PCD)

AMERICA ONLINE, ET AL

ORDER ON MOTION TO EXTEND SCHEDULING ORDER

The parties' joint motion to extend scheduling order (Document #54) is hereby GRANTED as follows:

Discovery shall be completed by 5/15/04. Dispositive motions shall be filed compliant with the Court's Supplemental Order on or before 6/15/04. Joint Trial Memorandum shall be filey by 7/15/04.

SO ORDERED.

Dated at New Haven, Connecticut, April 2, 2004.

                     /s/ _____
                            Peter C. Dorsey, Senior
                            United States District Judge