**MANDATE**

FILED
Apr 28  2 49 PM '04

Nhct
03-CV-1048
Dorsey

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | : |
| PLAINTIFF-APPELLEE, | : |
| | : |
| v. | :   DOCKET NO. : 04-1088CV |
| | : |
| WILLIAM YOUNG, DETECTIVE, | : |
| I/O AND DAVID BENSEY, | : |
| DETECTIVE, I/O, | : |
| | : |
| DEFENDANTS-APPELLANTS, | : |
| | : |
| AMERICA ONLINE INC. AND | : |
| TOWN OF FAIRFIELD, | : |
| DEFENDANTS. | :   APRIL 7, 2004 |

### STIPULATION OF WITHDRAWAL OF APPEAL

The parties hereby stipulate and agree that the defendants/appellants, William Young and David Bensey, withdraw their appeal from the District Court's (Dorsey, J.) February 4, 2004, ruling and order granting partial summary judgment in favor of the plaintiff. The parties agree that the withdrawal is without prejudice to the defendants filing a new appeal after a final order is entered and the claims in the case are fully adjudicated.

WHEREFORE, the parties respectfully request this Court approve the stipulation of withdrawal.

A TRUE COPY
Roseann B. MacKechnie, CLERK
*[signature]*
DEPUTY CLERK

CERTIFIED: 4/21/04

| THE PLAINTIFF/APPELLEE | THE DEFENDANTS/APPELLANTS |
|---|---|
| BY *(signature)* | BY *(signature)* |
| Daniel J. Klau (CT17957) | Thomas Murtha (CT05522) |
| Pepe & Hazard LLP | Maher and Murtha, LLC |
| Goodwin Square | 528 Clinton Avenue |
| 225 Asylum Street | Bridgeport, CT 06605 |
| Hartford, CT 06103-4302 | Phone: (203) 367-2700 |
| Phone: (860) 522-5175 | Fax: (203) 335-0589 |
| Fax: (860) 522-2796 | tmurtha@maherandmurtha.com |
| dklau@pepehazard.com | |

SO ORDERED:
For The Court

Roseann B. MacKechnie, Clerk of Court
By *(signature)*
Stanley A. Bass, Staff Counsel

April 20, 2004