2004 JUN 15  P 4: 30

DISTRICT C...
NEW HAVEN, CO...

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN,          :
    Plaintiff,          :
                   :
V.          :          **CIVIL ACTION**
                   :          **NO. 3:03 CV1048(PCD)**
AMERICA ONLINE, INC, ET AL          :
    Defendants.          :          **JUNE 15, 2004**

## NOTICE OF FILING OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND/OR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the Defendants on this day served upon all defendants a Motion for Partial Judgment on the Pleadings and/or Partial Summary Judgment.

THE DEFENDANTS:
TOWN OF FAIRFIELD,
DETECTIVE WILLIAM YOUNG,
DETECTIVE DAVID BENSEY

By: _____
Mark A. Perkins (ct22419)
Maher and Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601
Telephone:  (203) 367-2700
Facsimile:   (203) 335-0589

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 15th day of June, 2004 to the following:

Daniel J. Klau, Esq. (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY 10022

Mark A. Perkins