UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| AMERICA ONLINE, INC., THE TOWN OF | ) |
| FAIRFIELD, DETECTIVE WILLIAM YOUNG | ) |
| AND DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities as | ) |
| police officers for the Town of Fairfield), | ) |
| | ) |
| Defendants. | ) SEPTEMBER 14, 2004 |

### PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND TO STRIKE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

On June 15, 2004, the Defendants served upon the Plaintiff a "Motion for Partial Summary Judgment" and filed a notice with the Court reflecting that service. On July 16, 2004, having asked the Defendants for, and received, a one week extension of time to file a response to the motion, the Plaintiff served a memorandum of law in opposition thereto. To date, notwithstanding repeated inquires from the undersigned counsel, the Defendants have failed to file the summary judgment briefs with the Court.[1]

---

[1] On Wednesday, September 8, 2004, the undersigned counsel conferred by telephone with counsel for the Defendants, who stated that the summary judgment briefs had just been mailed to the Court. He also stated that the Defendants did not intend to file a reply brief. When the undersigned counsel asked why the Defendants had taken so long to file the summary judgment briefs with the Court since they were not even filing a reply brief, counsel for the Defendants explained that he did not realize that it was his responsibility to file the "packet" of summary judgment briefs with the Court, pursuant to Judge Dorsey's standing order. On September 13, 2004, the undersigned counsel spoke with the clerk, who stated that she had not received any recent filings in this case. As of September 14, 2004, the PACER system still does not reflect the filing of the parties' summary judgment briefs.

DJK/32442/2/693766v1
09/14/04-HRT/

The Defendants' seemingly deliberate refusal to file the parties' respective summary judgment briefs violates the Court's scheduling order and is causing undue delay in the progress of this matter towards trial. Furthermore, the Plaintiff was required to expend considerable time and resources preparing a memorandum of law in opposition to the Defendants' motion.

In light of the foregoing, the Plaintiff moves the Court: 1) to strike or deny the Defendants' summary judgment motion as untimely; *and* 2) to award the Plaintiff his attorneys fees incurred in preparing the memorandum of law in opposition to the Defendants' motion. At the Court's request, the Plaintiff shall submit an affidavit and/or testimony substantiating his attorneys' fees.

THE PLAINTIFF
CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Phone: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by email and first class mail, postage prepaid, this 14th day of September, 2004 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

*Daniel J. Klau* (signed)

Daniel J. Klau