

FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>    Plaintiff, | :<br>:<br>: |
| V. | :   CIVIL ACTION<br>:   NO. 3:03 CV1048(PCD) |
| AMERICA ONLINE, INC, ET AL<br>    Defendants. | :<br>:   JUNE 15, 2004 |

### MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 9(c), the Defendants, the Town of Fairfield, William Young and David Bensey, move for partial summary judgment as to Counts Four, Five, Six, Seven, Eight, Nine and Eleven of the Complaint. Specifically, the Defendants assert with regard to Count Four that the plaintiff did not have an objectively reasonable expectation of privacy in his subscriber information and the defendants cannot be held to have violated his Fourth Amendment rights. With regard to Count Five and Six of the Complaint, the defendants assert that they are entitled to summary judgment as the plaintiff's First Amendment right to free speech does not preempt the defendants' compelling interest in investigating a potential treat of physical harm to several of its residents. The defendants next move for summary judgment as to the Seventh Count of the Complaint, on the basis that the plaintiff did not have an objectively reasonable expectation of privacy in his subscriber information. The defendants move for summary judgment as to the Eight Count of the Complaint, as the information obtained by the defendants and recorded in the police report was of

legitimate public concern. With regard to the Ninth Count of the Complaint, the defendant asserts it is entitled to summary judgment as there is no evidence to support the plaintiff claim that the Town failed to train its officers evidencing a deliberate indifference to the rights of the residence and visitors to the Town of Fairfield. Finally, the defendants move for summary judgment as to the Eleventh Count of the Complaint on the basis that there is no genuine issue of material of fact in dispute as to the fact that the Town did not have a policy that directed it officers to submit search and seizure warrant applications to internet service providers without first obtaining a judge's signature.

A Local Rule 9(c)(1) Statement of Undisputed facts, a Memorandum of Law in support of this motion, supporting affidavits, and depositions are attached hereto and made a part hereof.

        THE DEFENDANTS:
        TOWN OF FAIRFIELD,
        DETECTIVE WILLIAM YOUNG,
        DETECTIVE DAVID BENSEY

        By: _____
        Mark A. Perkins (ct22419)
        Maher and Murtha, LLC
        528 Clinton Avenue
        P.O. Box 901
        Bridgeport, CT 06601
        Telephone: (203) 367-2700
        Facsimile: (203) 335-0589

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 15th day of June, 2004 to the following:

Daniel J. Klau, Esq. (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY  10022

                                                  Mark A. Perkins