FILED
SEP 17  4 15 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLIFTON S. FREEDMAN,**<br>    Plaintiff, | :<br>:<br>: |
| V. | :   CIVIL ACTION<br>:   NO. 3:03 CV1048(PCD) |
| **AMERICA ONLINE, INC, ET AL**<br>    Defendants. | :<br>:   JUNE 15, 2004 |

### DEFENDANTS' LOCAL RULE 9(c)(1) STATEMENT

In support of the defendants' Motion for Summary Judgment they submit this statement of undisputed facts pursuant to Local Rule 9(c)(1):

1. At all times alleged in the complaint William Young and David Bensey were detectives with the Fairfield Police Department acting within the scope of their employment. (Compl. ¶6,7.)

2. Young and Bensey attended and graduated from the Connecticut Police Academy. (Lyddy Aff. ¶¶ 10, 11.)

3. On or about March 31, 2003, Clifton S. Freedman sent an e-mail to Sandy Mulligan and Dee Dee Brandt using the AOL screen name GoMaryGoAway@AOL.com. (Compl. ¶ 12.)

4. The e-mail read "The End is Near." (Compl. ¶ 12.)

5. The plaintiff sent the e-mail anonymously. (Compl. ¶ 50.)

6. On or about April 1, 2003, Brandt and Mulligan filed a case/incident report with the Fairfield Police Department based upon their receipt of the plaintiff's e-mail. (Compl. ¶ 12.)

7. Brandt and Mulligan claimed they received the aforementioned e-mail and felt it was harassing. (Compl. ¶ 13.) (Young Dep. at p. 28.)

8. Both Brandt and Mulligan requested the police investigate the matter and expressed concern for their personal safety. (Brandt Dep. at p. 44.)

9. Young was assigned to investigate the complaints filed by Brandt and Mulligan. (Young Dep. at p. 21.)

10. On April 1, 2003, Young faxed a search and seizure warrant application to AOL, seeking to obtain the subscriber information for the person using the screen name GoMaryGoAway@AOL.com. (Compl. ¶ 16.)

11. The search and seizure warrant had not been submitted to nor signed by a judge. (Compl. ¶ 17.)

12. On April 7, 2003, AOL provided Young with the plaintiff's subscriber information via fax. (Young Dep. at p. 52.)

13. At no time was the plaintiff arrested. (Young Dep. at pp. 68-71.)

14.    At no time was the plaintiff told he could no communicate with Brandt or Mulligan. (Young Dep. at p. 70.)

>THE DEFENDANTS:
>TOWN OF FAIRFIELD,
>DETECTIVE WILLIAM YOUNG,
>DETECTIVE DAVID BENSEY
>
>BY: *[signature]*
>Mark A. Perkins (ct22419)
>Maher and Murtha, LLC
>528 Clinton Avenue
>P.O. Box 901
>Bridgeport, CT 06601
>Telephone: (203) 367-2700
>Facsimile:  (203) 335-0589