UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| AMERICA ONLINE, INC., THE TOWN OF | ) |
| FAIRFIELD, DETECTIVE WILLIAM YOUNG | ) |
| AND DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities as | ) SEPTEMBER 21, 2004 |
| police officers for the Town of Fairfield), | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND TO STRIKE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiff hereby withdraws his Motion for Attorney's Fees and to Strike Defendants'

Motion for Partial Summary Judgment (Document ID No. 60) dated September 14, 2004.

THE PLAINTIFF
CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Phone: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

/32442/2/62919v1
09/20/04-SPT/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by email and first class mail, postage prepaid, this 21st day of September, 2004 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Calvin K. Woo

/32442/2/62919v1
09/20/04-SPT/