UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| AMERICA ONLINE, INC., THE TOWN OF | ) |
| FAIRFIELD, DETECTIVE WILLIAM YOUNG | ) |
| AND DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities as | ) |
| police officers for the Town of Fairfield), | ) |
| | ) |
| Defendants. | ) November 4, 2004 |

**<u>MOTION FOR STATUS CONFERENCE</u>**

The Plaintiff respectfully moves the Court to schedule a status conference for the purpose of setting a trial date. Pursuant to the Court's modified scheduling order (dated April 2, 2004), summary judgment motions were to be filed no later than June 15, 2004, and a joint trial memorandum was to be filed by July 15, 2004. Presumably, the matter would have been scheduled for trial as soon thereafter as the Court's calendar permitted.

On June 15, 2004, the Defendants filed a *notice* of having served a motion for partial summary judgment on the Plaintiff. The Plaintiff served a memorandum of law in opposition thereto on July 16, 2004. Even though the Defendants chose not to file a reply brief, they did not file their motion and the Plaintiff's memorandum in opposition with the Court until on or about September 17, 2004, thereby delaying by two months the Court's ability to rule on the motion. The Defendants' motion is pending.

Typically, the pendency of a summary judgment motion would delay the submission of a joint trial memorandum and the scheduling of a trial date until the Court had ruled on the motion. However, as the Court will recall, the Plaintiff has already received partial summary judgment on

its claim that the Defendants violated the Electronic Communications Privacy Act ("ECPA"). Thus, regardless of how the Court decides the Defendants' pending summary judgment motion (which does *not* seek reconsideration of the Court's ruling on the Plaintiff's ECPA claim), the Plaintiff will be entitled to a trial on at least the damages portion of his ECPA claim.

Under these circumstances, the Plaintiff requests that, rather than delaying the submission of the joint trial memorandum and scheduling of a trial date until the Court rules on the Defendants' pending motion for partial summary judgment, the Court should direct the parties to submit such a joint trial memorandum and set a date for a pretrial conference at which the Court and the parties can discuss setting a trial date.

THE PLAINTIFF
CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302
Phone:  (860) 522-5175
Fax:  (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
590 Madison Avenue
New York, NY  10022
Phone:  (212) 541-2422

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 4th day of November, 2004 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Daniel J. Klau