UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:03CV1048 (PCD) |
| v. ) | |
| ) | |
| THE TOWN OF FAIRFIELD, ) | |
| DETECTIVE WILLIAM YOUNG AND ) | |
| DETECTIVE DAVID BENSEY ) | |
| (Individually and in their official capacities ) | JULY 28, 2005 |
| as police officers for the Town of Fairfield), ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF SERVICE OF SECTION A
TRIAL PREPARATION ORDER COMPLIANCE**

Pursuant to the Court's Trial Preparation Order dated June 16, 2005, the plaintiff, Clifton S. Freedman, hereby gives Notice that he has served his Section A Trial Preparation Order Compliance upon counsel for all adverse parties by facsimile and by Federal Express this 28th day of July, 2005.

                                              THE PLAINTIFF,
                                              CLIFTON S. FREEDMAN

                          By:_____
                               Daniel J. Klau (ct17957)
                               H. James Pickerstein (ct05094)
                               Calvin K. Woo (ct24951)
                               Pepe & Hazard LLP
                               Goodwin Square
                               225 Asylum Street
                               Hartford, CT  06103-4302
                               Phone:  (860) 522-5175
                               Fax:  (860) 522-2796

dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com


Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via facsimile and Federal Express, postage prepaid, this 28th day of July, 2005 to the following:

Thomas Murtha, Esq.
Mark Perkins, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Calvin K. Woo