**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 AUG 11 A 9: 47
U.S. DISTRICT COURT
NEW HAVEN. CT

| | | |
|---|---|---|
| CLIFTON S. FREEDMAN, | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| VS. | : | 3:03CV1048 (PCD) |
| | : | |
| THE TOWN OF FAIRFIELD, | : | |
| DETECTIVE WILLIAM YOUNG and | : | |
| DETECTIVE DAVID BENSEY | : | |
| (Individually and in their official | : | |
| Capacities as police officers of the Town | : | |
| Of Fairfield, | : | |
|     Defendants | : | AUGUST 10, 2005 |

**APPEARANCE**

Mr. Clerk:

Please enter my Appearance as Attorney for the defendants, THE TOWN OF FAIRFIELD, DETECTIVE WILLIAM YOUNG and DETECTIVE DAVID BENSEY, in the above-captioned case.

Dated at Bridgeport, Connecticut on this 10th day of August 2005.

Respectfully Submitted,
THE DEFENDANTS

BY *[signature]*
Walter A. Shalvoy (ct25132)
Maher and Murtha, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT    06601
Phone (203)367-2700
Fax: (203) 335-0589

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was sent via facsimile and DHL overnight mail, postage prepaid, this 10th of August 2005 to:

Calvin K. Woo  
Pepe & Hazard LLP  
Goodwin Square  
225 Asylum Street  
Hartford, CT  06103-4302

BY _____  
           Walter A. Shalvoy, Jr.