UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 11  A 9: 47
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV1048 (PCD) |
| v. ) | |
| ) | |
| THE TOWN OF FAIRFIELD, ) | |
| DETECTIVE WILLIAM YOUNG AND ) | |
| DETECTIVE DAVID BENSEY ) | |
| (Individually and in their official capacities ) | AUGUST 10, 2005 |
| as police officers for the Town of Fairfield, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF SERVICE OF SECTION B TRIAL PREPARATION ORDER COMPLIANCE

Pursuant to the Court's Trial Preparation Order dated June 16, 2005, the Defendants, The Town of Fairfield, Detective William Young and Detective David Bensey, hereby give Notice that they have served their Section B Trial Preparation Order Compliance upon counsel for all adverse parties by facsimile and by DHL this 10th day of August 2005.

THE DEFENDANTS

By: _____
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via facsimile and DHL overnight, postage prepaid, on this 10th day of August, 2005 to the following:

Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

_____
Walter A. Shalvoy, Jr.