UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

**AMENDED SEPTEMBER 8, 2005**

9:00 A.M.

<u>NOTICE TO COUNSEL</u>

Jury selection will commence at 9:00 A.M. on **SEPTEMBER 8, 2005** in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

### CASE NO. 3:05 cr 156 USA vs. Adalberto Arteaga-Rodriguez

COUNSEL OF RECORD:

| | |
|---|---|
| Nora R. Dannehy, AUSA<br>Anastasia M. Enos, AUSA | U.S. Attorney's Office, 450 Main St., Rm. 328,<br>Hartford, CT 06103   860-947-1101 |
| Paul F. Thomas, AFPD | Federal Public Defender's Office,<br>2 Whitney Ave., Suite 300, New Havne, CT 06510<br>203-498-4200 |

### CASE NO. 3:03 cv 165 Leigh Bolick vs. Alea Group Holdings, Ltd., et als

COUNSEL OF RECORD:

| | |
|---|---|
| Barbara E. Gardner, Esq. | 843 Main St., Suite 1-4, Manchester, CT 06040<br>860-643-5543 |
| Saundra M. Yaklin, Esq. | Reed & Smith, LLP, 599 Lexington Ave., 28th Fl.,<br>New York, NY 10022    212-521-5421 |

### CASE NO. 3:03 cv 805 Jeffrey Earle Daniels, Sr. Vs. Estree, Inc.

COUNSEL OF RECORD:

| | |
|---|---|
| Thomas W. Bucci, Esq. | Willinger, Willinger & Bucci, 855 Main St., 5th Fl.,<br>Bridgeport, CT 06604      203-366-3939 |
| Michael K. Stanton, Jr., Esq.<br>Stephen P. Fogerty, Esq. | Halloran & Sage, 315 Post Rd. West,<br>Westport, CT 06880       203-227-2855 |

### CASE NO. 3:03 cv 1048 Clifton S. Freedman vs. American Online, Inc., et als

COUNSEL OF RECORD:

| | |
|---|---|
| Calvin Kin-Meng Woo, Esq. | Pepe & Hazard, 30 Jelliff Lane,<br>Southport, CT 06890-1436   203-319-4029 |
| Daniel J. Klau, Esq. | Pepe & Hazard, Goodwin Square, 225 Asylum St.,<br>Hartford, CT 06103-4302     860-522-5175 |
| C. Colin Rushing, Esq.<br>Samir Jain, Esq. | Wilmer, Cutler & Pickering, 2445 M St., NW,<br>Washington, DC 20037-1420    202-663-6000 |

| | |
|---|---|
| Rowena Amanda Moffett, Esq. | Brenner, Saltzman & Wallman, P.O. Box 1746, 271 Whitney Ave., New Haven, CT 06511-1746 203-772-2600 |
| Mark A. Perkins, Esq.<br>Thomas M. Murtha, Esq. | Maher & Murtha, 528 Clinton Ave., P.O. Box 901 Bridgeport, CT 06601    203-367-2700 |

### CASE NO.  3:03 cv 1152   B., et al vs. Litchfield Board of Education, et als

COUNSEL OF RECORD:

| | |
|---|---|
| Rachel M. Baird, Esq. | Stonegate Professional Bldg., 379 Prospect St., Torrington, CT 06790-5239   860-626-9991 |
| Brian W. Smith, Esq.<br>Marsha Belman Moses, Esq. | Berchem, Moses & Devlin, P.C., 75 Broad St., Milford, CT 06460    203-882-4155 |

### CASE NO.   3:04 cv 192   Paul Norton vs. Irene Michonski, et al

COUNSEL OF RECORD:

| | |
|---|---|
| Edward M. Rosenthal, Esq.<br>Thomas P. Willcutts, Esq. | Willcutts & Assoc., 21 Oak St., Suite 602, Hartford, CT 06106-8002    860-524-6800 |
| Andrew M. Dewey, Esq.<br>Claudia A. Baio, Esq.<br>Michele C. Camerota, Esq. | Baio & Associates, 15 Elm St., Rocky Hill, CT 06067 860-571-8853 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK