UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TOWN OF FAIRFIELD, DETECTIVE )<br>WILLIAM YOUNG AND DETECTIVE DAVID )<br>BENSEY (Individually and in their official )<br>capacities as police officers for the Town of )<br>Fairfield), )<br>)<br>Defendants. ) | Civil Action No.:<br>3:03CV1048 (PCD)<br><br><br>SEPTEMBER 2, 2005 |

## MOTION TO COMPEL AND FOR SANCTIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37, plaintiff Clifton S. Freedman respectfully moves this Court for an Order: 1) compelling the Defendants to disclose a copy of the Town of Fairfield's insurance policy in accordance with their Rule 26(a)(1) initial disclosure obligations; 2) awarding the Plaintiff the reasonable expenses incurred in making this Motion, including attorney's fees.

As part of its *initial disclosure* obligations pursuant to Rule 26(a)(1), a party must provide "any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment." Despite repeated requests, they have failed to disclose a copy of this agreement to the plaintiff. See Exhibit A annexed hereto (Affidavit of Attorney Calvin K. Woo).

**ORAL ARGUMENT IS NOT REQUESTED**

CKW/32442/2/71322v2
09/02/05-SPT/

Jury selection is to commence on September 8, 2005. Before trial begins, the Plaintiff is entitled to know the nature of the insurance coverage provided, including any exclusions or limitations. There is simply no excuse for the Defendants' failure to produce a copy of the policy. Therefore, the Plaintiff requests that the Court order the Defendants' to produce the policy immediately.

The Plaintiff also seeks an award, pursuant to Rule 37(a)(4)(A), of expenses and attorneys' fees incurred in resolving this issue.

## CONCLUSION

For all of the foregoing reasons, the Plaintiff's Motion to Compel should be be granted.

THE PLAINTIFF,

CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Phone: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

CKW/32442/2/71322v2
09/02/05-SPT/

## **ORDER**

The foregoing motion having been duly presented to this Court, it is hereby ORDERED, GRANTED/DENIED.

THE COURT,

_____
Judge/Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via facsimile and first class mail, postage prepaid, this 2nd day of September, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

Calvin K. Woo

4

CKW/32442/2/71322v2
09/02/05-SPT/

# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No.:<br>v. ) 3:03CV1048 (PCD)<br>)<br>THE TOWN OF FAIRFIELD, DETECTIVE )<br>WILLIAM YOUNG AND DETECTIVE DAVID )<br>BENSEY (Individually and in their official )<br>capacities as police officers for the Town of ) SEPTEMBER 2, 2005<br>Fairfield), )<br>)<br>Defendants. ) | |

### AFFIDAVIT OF ATTORNEY CALVIN K. WOO
### IN SUPPORT OF MOTION TO COMPEL AND
### FOR SANCTIONS PURSUANT TO LOCAL RULE 37(a)(2)

STATE OF CONNECTICUT   :
                       :  ss: Southport, Connecticut
COUNTY OF FAIRFIELD    :

I, Calvin K. Woo, being duly sworn, states:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I am an attorney with the law firm of Pepe & Hazard LLP; attorneys for plaintiff Clifton S. Freedman. As such, I have knowledge of the facts of this matter.

3. I am submitting this affidavit in support of the plaintiff's Motion to Compel and for Sanctions ("Motion"), dated September 2, 2005, to certify that plaintiff's counsel has conferred with defendants' counsel in a good faith effort to resolve the discovery issue set forth in plaintiff's Motion. Specifically, these plaintiffs' counsel's efforts include the following:

CKW/32442/2/71345v1
09/02/05-SPT/

a. Plaintiff's counsel has conferred with defendant's counsel by telephone numerous times within the past several weeks to request a copy of the defendants' insurance agreement ("Agreement"). Defendant's counsel agreed to provide a copy of the Agreement, but failed to do so.

b. On August 26, 2005, plaintiff's counsel sent a letter to defendants' counsel requesting that a copy of the Agreement be provided by August 31, 2005. See Exhibit 1 annexed hereto.

c. On September 1, 2005, after receiving no response from defendants' counsel, plaintiff's counsel left a voicemail message with defendant's counsel again requesting a copy of the agreement. Defendants' counsel then left a voicemail message in response stating that the defendants still have not provided a copy to counsel for disclosure.

4. Based upon the foregoing, I do not believe that further efforts to resolve these matters with defendants' counsel will be productive and intervention from this Court is necessary.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2005.

_____
Calvin K. Woo

# Exhibit 1

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

---

30 JELLIFF LANE
SOUTHPORT, CONNECTICUT 06890-1436
203.319.4000  FACSIMILE: 203.259.0251

CALVIN K. WOO
Attorney At Law
‡Also Admitted in NY
Direct Dial: 203.319.4029
cwoo@pepehazard.com

August 26, 2005

*Via Facsimile (203) 335-0589*

Walter A. Shalvoy, Jr., Esq.
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605

Re:  Freedman v. Town of Fairfield et al.

Dear Walter:

This correspondence is in furtherance of our telephone conference earlier today. As you are aware, we have been requesting a copy of the Town's insurance policy. Specifically, Dan Klau from our office has been requesting a copy from Thomas Murtha from your office for the past several weeks.

As you are aware, Rule 26(a)(1)(D) of the Federal Rules of Civil Procedure requires that this policy be provided to us for our inspection and copying as an initial disclosure. Please be advised that if we do not receive a copy of this policy by the end of business of Wednesday, August 31st, we will be compelled to seek judicial relief.

Very truly yours,

Calvin K. Woo

CKW:kw

CKW/32442/2/71155v1
08/26/05-SPT/

BOSTON       HARTFORD       FAIRFIELD COUNTY

www.pepehazard.com