UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 SEP 13 P 1:44

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| Plaintiff, | ) Civil Action No. 3:03CV1048 (PCD) |
| v. | ) |
| THE TOWN OF FAIRFIELD, DETECTIVE WILLIAM YOUNG AND DETECTIVE DAVID BENSEY (Individually and in their official capacities as police officers for the Town of Fairfield,) | ) SEPTEMBER 9, 2005 |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO SET A DATE CERTAIN FOR TRIAL

Pursuant to Federal Rules of Civil Procedure, Rule 7 § (b), the Defendants in the above-captioned matter hereby respectfully request an Extension of Time to Set a Date Certain for Trial. One of the causes of action alleged by the Plaintiff involves a question of law regarding expectation of privacy under the Connecticut State Constitution. On or about August 9, 2005, the Honorable Peter C. Dorsey certified the following question to the Connecticut Supreme Court:

"Would society consider reasonable an individual's expectation of privacy in internet subscriber information and, thus, subject to the protection against unreasonable searches and seizures under article first, § 7 of the constitution of Connecticut?"

Exposing this issue to trial prejudices the Defendants, as the Plaintiff may obtain an award from the jury on this issue against the Defendants when in fact there is no legal basis for such an award. We respectfully request the evidentiary proceedings be postponed until this question is either answered or rejected by the Connecticut Supreme Court.

This is the Defendants' first request for an Extension of Time in setting a date certain for trial. Jury selection has been completed and presentation of evidence is scheduled to commence on September 22, 2005 at 10:00 am. Plaintiff's counsel does not consent to any extension of time.

                THE DEFENDANTS

By: _____
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been sent via facsimile and regular mail, postage prepaid, on this 9th day of September, 2005 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

Walter A. Shalvoy, Jr.