UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Sept. 26, 2005
Kevin F. Rowe, Clerk
By: L. A. Villano
Deputy Clerk

CLIFTON S. FREEDMAN

VS.  CIVIL 3:03 cv 1048 (PCD)

AOL, INC., ET ALS

## PLAINTIFFS' EXHIBITS

**EXHIBIT NO.**

| No. | | Date | Description |
|---|---|---|---|
| 3 | Full | 9/23/05 | Anybodybutjohn.com |
| 4 | Full | 9/23/05 | Runmaryrun.com |
| 5 | Full | 9/23/05 | "the end is near" email of 3/31/03 from gomarygoaway@aol.com to samdym@optonline.net |
| 6 | Full | 9/23/05 | "the end is near" email 3/31/03 from gomarygoaway@aol.com to ddbrandt |
| 7 | Full | 9/23/05 | FPD Case/Incident Report 4/1/03 |
| 8 | Full | 9/23/05 | Fax from FPD to AOL 4/1/03 |
| 9 | Full | 9/23/05 | Fax from AOL FPD 4/7/03 |
| 18 | Full | 9/23/05 | Affidavit of Detective Young 12/26/03 |
| 19 | Full | 9/23/05 | FPD Procedure re obtaining info from AOL |
| 20 | Full | 9/23/05 | AOL Privacy Policy |
| 21 | Full | 9/23/05 | Affidavit of Christopher Lyddy 6/15/04 |
| 22 | Full | 9/26/05 | Supplemental Offense Report dated 4/29/03 |