AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Ct

Clifton S. Freedman Pltf's ~~EXHIBIT AND~~ WITNESS LIST

V.

AOL, Inc., et als

CASE NUMBER: 03cv1048 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | D. Klau / C. Woo | T. Murtha |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/23/05 + 9/26/05 | Sherman / Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/23/05 | | | Clifton S. Freedman, Fairfield, Ct |
| ✓ | | 9/23/05 | | | Joseph Sambrook, Fairfield, Ct |
| ✓ | | 9/23/05 | | | Christopher Lyddy, Monroe, Ct |
| ✓ | | 9/23/05 | | | William Young, Fairfield, Ct |
| ✓ | | 9/23/05 | | | David Bensey, Westport, Ct |
| ✓ | | 9/26/05 | | | Paul Dyer, Fairfield, Ct |
| ✓ | | 9/26/05 | | | Eugene Palazzolo, Fairfield, Ct |
| | | | | | (by way of transcript deposition) |
| ✓ | | 9/26/05 | | | Glendine Brandt, Southport, Ct |
| ✓ | | 9/26/05 | | | Arlene Bunt, Fairfield, Ct |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Sept. 26, 2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.