AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF ___CT___

United States District Court.
District of Connecticut
FILED AT    NEW HAVEN

Sept 26 2005

Kevin F. Rowe, Clerk
By P.A. Villano

Clifton Freedman
v.
AOL, Inc., et al

Defs EXHIBIT ~~AND WITNESS LIST~~

CASE NUMBER: 03CV1048 (PCD)

| PRESIDING JUDGE Peter C. Dorsey | PLAINTIFF'S ATTORNEY D. Klau   C. Woo | DEFENDANT'S ATTORNEY T. Murtha |
| TRIAL DATE(S) 9/23/05 + 9/26/05 | COURT REPORTER Sherman / Falcone | COURTROOM DEPUTY P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/26/05 | ✓ | ✓ | Copy of Harrassment Statute |
| | B | 9/26/05 | ✓ | ✓ | email dated 3/31/03 |
| | C | 9/26/05 | ✓ | ✓ | email dated 3/31/03 |
| | D | 9/26/05 | ✓ | ✓ | Harassment Statement form 4/1/03 |
| | E | 9/26/05 | ✓ | ✓ | "        "        " 4/1/03 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages