AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __CT__

Clifton S. Freedman
v.
AOL, Inc., et als

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03CV1048 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | D. Klau / C. Woo | T. Murtha |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 9/23/05 & 9/26/05 | Sherman / Falcone | P. Villano |

| Court PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/26/05 | | | Court's Instruction to the Jury |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Sept 26, 2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages