# United States District Court

DISTRICT OF __CT__

Clifton S. Freedman
v.
AOL, Inc., et als

Defts ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 03CV1048 (PCD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Peter C. Dorsey | D. Klau / C. Woo | T. Murtha |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/23/05 + 9/26/05 | Sherman / Falcone | P. Villano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 9/26/05 |  |  | David Bensey, Westport, CT |
|  | ✓ | 9/26/05 |  |  | William Young, Fairfield, CT |

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

Sept. 26, 2005
Kevin F. Rowe, Clerk
By P. A. Villano
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages