UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

Sept 26, 2005
Kevin F. Rowe, Clerk

By P. A. Villano
Deputy Clerk

Clifton S. FREEDMAN,
      Plaintiff,

-vs-

AMERICA ONLINE, INC.,
TOWN of FAIRFIELD,
William YOUNG, and
David BENSEY,
      Defendants.

Civil No. 3:03cv1048 (PCD)

## VERDICT FORM

A. Liability

A1.  Do you find that Plaintiff has proved by a preponderance of the evidence that Defendant(s) violated the rights guaranteed to him by the First Amendment to the United States Constitution? If yes, do you find that any violation resulted from the conduct of:

    William Young                  ____Yes    _X_No
    David Bensey                   ____Yes    _X_No

A2.  Do you find that Plaintiff has proved by a preponderance of the evidence that Defendant(s) violated the rights guaranteed to him by the Article First, Section Four of the Connecticut Constitution? If yes, do you find that any violation resulted from the conduct of:

    William Young                  ____Yes    _X_No
    David Bensey                   ____Yes    _X_No

A3.  Do you find that Plaintiff has proved by a preponderance of the evidence that Defendant(s) invaded his privacy? If yes, do you find that any invasion of Plaintiff's privacy resulted from the conduct of:

    William Young                  ____Yes    _X_No
    David Bensey                   ____Yes    _X_No

*If Interrogatories A1-A3 were answered as to any Defendant in the affirmative, please answer A4 and A5, and then complete parts B1-B3b.*

A4. Do you find that Plaintiff has established by a preponderance of the evidence that the conduct of any Defendant was officially sanctioned or ordered by the Town of Fairfield?

           ____Yes     ____No

A5. Do you find that Plaintiff has established by a preponderance of the evidence that the Town of Fairfield's failure to supervise defendants resulted in the deprivation of Plaintiff's rights?

           ____Yes     ____No

B. Damages

*Without any limitation by reason of your answers to Interrogatories A1-A5, please answer the following questions that pertain to damages.*

B1. What amount of compensatory damages has Plaintiff proved were proximately caused by the acts of any Defendant?

    $_____

B2. If you find that Plaintiff has not proved entitlement to compensatory damages or has not proven a reasonably ascertainable amount of compensatory damages, what amount of nominal damages do you award as to the claims you have found proved but did not find a proven amount of compensatory damages?

    $_____

B3a. For each part of Interrogatories A1-A5 you have answered "yes," do you find that any Defendant's conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| Town of Fairfield | ____Yes | ____No |
| William Young | ____Yes | ____No |
| David Bensey | ____Yes | ____No |

B3b.  For each Defendant you have answered "yes" in Interrogatory B3a, what amount of punitive damages do you award as to each Defendant?

    Town of Fairfield $_____
    William Young  $_____
    David Bensey  $_____

**Your deliberations are complete.  Please have the jury foreperson fill in, sign, and date this verdict form.**

                     _____ Foreperson

                       9/26/05
                         Date

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT     NEW HAVEN*
*Sept 26, 2005*
*Kevin F. Rowe, Clerk*
*By P. A. Villano*
*Deputy Clerk*

Clifton S. FREEDMAN,
    Plaintiff,

-vs-                        Civil No. 3:03cv1048 (PCD)

AMERICA ONLINE, INC.,
TOWN of FAIRFIELD,
William YOUNG, and
David BENSEY,
    Defendants.

## VERDICT FORM

### A. Liability

A1.    Do you find that Plaintiff has proved by a preponderance of the evidence that Defendant(s) violated the rights guaranteed to him by the First Amendment to the United States Constitution? If yes, do you find that any violation resulted from the conduct of:

| | Yes | No |
|---|---|---|
| William Young | ___ | _X_ |
| David Bensey | ___ | _X_ |

A2.    Do you find that Plaintiff has proved by a preponderance of the evidence that Defendant(s) violated the rights guaranteed to him by the Article First, Section Four of the Connecticut Constitution? If yes, do you find that any violation resulted from the conduct of:

| | Yes | No |
|---|---|---|
| William Young | ___ | _X_ |
| David Bensey | ___ | _X_ |

A3.    Do you find that Plaintiff has proved by a preponderance of the evidence that Defendant(s) invaded his privacy? If yes, do you find that any invasion of Plaintiff's privacy resulted from the conduct of:

| | Yes | No |
|---|---|---|
| William Young | ___ | _X_ |
| David Bensey | ___ | _X_ |

*If Interrogatories A1-A3 were answered as to any Defendant in the affirmative, please answer A4 and A5, and then complete parts B1-B3b.*

A4.  Do you find that Plaintiff has established by a preponderance of the evidence that the conduct of any Defendant was officially sanctioned or ordered by the Town of Fairfield?

   _____Yes   _____No

A5.  Do you find that Plaintiff has established by a preponderance of the evidence that the Town of Fairfield's failure to supervise defendants resulted in the deprivation of Plaintiff's rights?

   _____Yes   _____No

B. Damages

*Without any limitation by reason of your answers to Interrogatories A1-A5, please answer the following questions that pertain to damages.*

B1.  What amount of compensatory damages has Plaintiff proved were proximately caused by the acts of any Defendant?

   $ 0

B2.  If you find that Plaintiff has not proved entitlement to compensatory damages or has not proven a reasonably ascertainable amount of compensatory damages, what amount of nominal damages do you award as to the claims you have found proved but did not find a proven amount of compensatory damages?

   $ 1

B3a.  For each part of Interrogatories A1-A5 you have answered "yes," do you find that any Defendant's conduct which violated Plaintiff's rights was done willfully, recklessly, maliciously, or oppressively?

| | | |
|---|---|---|
| Town of Fairfield | _____Yes | __X__No |
| William Young | _____Yes | __X__No |
| David Bensey | _____Yes | __X__No |

2

B3b. For each Defendant you have answered "yes" in Interrogatory B3a, what amount of punitive damages do you award as to each Defendant?

    Town of Fairfield    $ 0

    William Young     $ 0

    David Bensey      $ 0

**Your deliberations are complete. Please have the jury foreperson fill in, sign, and date this verdict form.**

_____
Foreperson

9/26/05
Date

3