# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN

      v.                                    Civil No.  3:03 cv 1048 (PCD)

AMERICA ONLINE, INC., THE TOWN OF
FAIRFIELD, DETECTIVE WILLIAM YOUNG
AND DETECTIVE DAVID BENSEY (INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES AS POLICE
OFFICERS FOR THE TOWN OF FAIRFIELD

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On September 26, 2005, after deliberation, the jury returned a verdict for the defendants, Town of Fairfield, Detective William Young and Detective David Bensey and determined nominal damages in the amount of $1.00 should be awarded to the plaintiff.  As a result of the jury's verdict, the Court entered a  verdict for the defendants and directed that judgment enter for the defendants.  On December 5, 2003, a Ruling entered dismiss the complaint as to the defendant America Online, Inc.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants and  the case is closed.

   Dated at New Haven, Connecticut, this 28th day of September, 2005.

                                  KEVIN F. ROWE, Clerk
                                  By

                                  /s/

                                  Patricia A. Villano
                                  Deputy Clerk

EOD: _____