# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 3:03CV1048 (PCD) |
| ) | |
| THE TOWN OF FAIRFIELD, DETECTIVE ) | |
| WILLIAM YOUNG AND DETECTIVE DAVID ) | |
| BENSEY (Individually and in their official ) | |
| capacities as police officers for the Town of ) | OCTOBER 12, 2005 |
| Fairfield), ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO SET ASIDE VERDICT AND FOR NEW TRIAL

Pursuant to Federal Rule of Civil Procedure Rule 59(a), plaintiff Clifton S. Freedman respectfully moves this Court to set aside the jury's September 26, 2005 verdict and grant him a new trial.[1]  The reasons in support of this motion are set forth in the accompanying memorandum of law.

---

[1] In the alternative, the plaintiff has also filed a motion, pursuant to Rule 59(e), to amend the judgment.  Mr. Freedman's proposed amendments and the reasons in support are set forth in his "Motion for Amendment of Judgment" and accompanying memorandum of law, which he has filed jointly with this motion for a new trial.

**ORAL ARGUMENT IS NOT REQUESTED**

CKW/32442/2/72253v1
10/12/05-SPT/

                    THE PLAINTIFF,
                    CLIFTON S. FREEDMAN


By:_____
   Daniel J. Klau (ct17957)
   H. James Pickerstein (ct05094)
   Calvin K. Woo (ct24951)
   Pepe & Hazard LLP
   Goodwin Square
   225 Asylum Street
   Hartford, CT  06103-4302
   Phone:  (860) 522-5175
   Fax:  (860) 522-2796
   dklau@pepehazard.com
   hpickerstein@pepehazard.com
   cwoo@pepehazard.com


Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 12th day of October, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Calvin K. Woo

CKW/32442/2/72253v1
10/12/05-SPT/