## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 3:03CV1048 (PCD) |
| ) | |
| THE TOWN OF FAIRFIELD, DETECTIVE ) | |
| WILLIAM YOUNG AND DETECTIVE DAVID ) | |
| BENSEY (Individually and in their official ) | |
| capacities as police officers for the Town of ) | OCTOBER 12, 2005 |
| Fairfield), ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO AMEND THE JUDGMENT

Pursuant to Federal Rule of Civil Procedure Rule 59(e), the Plaintiff, Clifton S. Freedman, moves this Court for an Order amending its September 28, 2005 judgment ("Judgment"). This motion is conditional upon the Court's denial of the Plaintiff's Motion to Set Aside Verdict and for New Trial.

In its current form, the Judgment fails to reflect that the Plaintiff prevailed on Count One of the Complaint, which asserts a claim under the Electronic Communication Privacy Act. The Judgment should be amended to reflect that the Plaintiff prevailed thereon against the individual Defendants, Young and Bensey. Furthermore, pursuant to Connecticut General Statutes § 7-465, the Defendant Town of Fairfield is vicariously liable for Young and Bensey's violation of the ECPA. Accordingly, the Judgment should be amended to reflect judgment in favor of the Plaintiff on Count Ten of the Complaint.

**ORAL ARGUMENT IS NOT REQUESTED**

CKW/32442/2/72265v1
10/12/05-SPT/

In addition, the Plaintiff is entitled to minimum statutory damages of $1,000.00 under the ECPA. Accordingly, the Judgment should be amended to reflect such damages.

A memorandum of law in support accompanies this motion.

>THE PLAINTIFF,
>CLIFTON S. FREEDMAN
>
>By:_____
>  Daniel J. Klau (ct17957)
>  H. James Pickerstein (ct05094)
>  Calvin K. Woo (ct24951)
>  Pepe & Hazard LLP
>  Goodwin Square
>  225 Asylum Street
>  Hartford, CT  06103-4302
>  Phone:  (860) 522-5175
>  Fax:  (860) 522-2796
>  dklau@pepehazard.com
>  hpickerstein@pepehazard.com
>  cwoo@pepehazard.com
>
>  Robert Y. Altchiler (ct24247)
>  The Law Offices of Robert Y. Altchiler
>  191 Post Road West
>  Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 12th day of October, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Calvin K. Woo