UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 3:03CV1048 (PCD) |
| ) | |
| THE TOWN OF FAIRFIELD, DETECTIVE ) | |
| WILLIAM YOUNG AND DETECTIVE DAVID ) | |
| BENSEY (Individually and in their official ) | |
| capacities as police officers for the Town of ) | OCTOBER 12, 2005 |
| Fairfield), ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES**

Plaintiff Clifton S. Freedman respectfully moves for an extension of time to file his motion for attorneys' fees under 18 U.S.C. § 2707 of the Electronic Communications Privacy Act ("ECPA"). Federal Rule of Civil Procedure 54(d)(2) provides that a motion for attorneys' fees shall be filed no later than 14 days after the entry of judgment, which in this case entered on September 28, 2005 (the "Judgment").

As a preliminary matter, the Judgment in its current form only enters judgment for the Defendants and, thus, does not permit the Plaintiff to seek attorneys' fees at all. The Judgment, however, is erroneous in that it failed to enter judgment in favor of the Plaintiff on his ECPA claim (Count One in his Complaint), as to which the Court granted the Plaintiff summary judgment in February 2004. The Plaintiff has filed a motion to amend the Judgment to reflect that he prevailed on the ECPA claim. *The Plaintiff believes that filing a motion for attorneys' fees before the current Judgment is amended would be improper and premature.*
**ORAL ARGUMENT IS NOT REQUESTED**

However, if that is not the case, the Plaintiff moves the Court to grant him fourteen (14) days from the date of the Amended Judgment to file his motion for attorneys' fees. *See* Fed. R. Civ. P. 54(d)(2).

The second reason for this motion is that the Plaintiff has filed a motion to set aside the verdict and for a new trial ("Motion for New Trial"). If the Court grants that motion, any motion for attorneys' fees filed prior to the new trial would be moot. The requested fee amount would be changed by a new trial and the Plaintiff would be required to file another motion for attorneys' fees.

Accordingly, the Plaintiff moves for an Order extending the time within which he may file a motion for attorneys' fees *to the later of*: 1) 14 days after the date that this Court issues its notice of decision on his Motion for New Trial; or 2) 14 days after the date of the judgment is amended.

The Defendants do not consent to this Motion.

        THE PLAINTIFF,
        CLIFTON S. FREEDMAN

By:_____
    Daniel J. Klau (ct17957)
    H. James Pickerstein (ct05094)
    Calvin K. Woo (ct24951)
    Pepe & Hazard LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT  06103-4302
    Phone: (860) 522-5175
    Fax: (860) 522-2796
    dklau@pepehazard.com
    hpickerstein@pepehazard.com
    cwoo@pepehazard.com

                                                       Robert Y. Altchiler (ct24247)  
                                                       The Law Offices of Robert Y. Altchiler  
                                                       191 Post Road West  
                                                       Westport, CT 06880

CKW/32442/2/72363v1  
10/12/05-SPT/

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 12th day of October, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

                   _____
                   Calvin K. Woo

CKW/32442/2/72363v1
10/12/05-SPT/