UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| THE TOWN OF FAIRFIELD, | ) |
| DETECTIVE WILLIAM YOUNG AND | ) |
| DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities | ) OCTOBER 21, 2005 |
| as police officers for the Town of Fairfield,) | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES

The Defendants The Town of Fairfield, Detective William Young, and Detective David Bensey, (Individually and in their official capacity as police officers for the Town of Fairfield), hereby object to the Plaintiffs Motion for Extension of Time for which to file a Motion for Attorneys' Fees. Federal Rules of Civil Procedure 54(d)(2)(B) clearly states, "Unless otherwise provided by statute or order of the court, the motion must be filed no later than 14 days after entry of judgment;" Judgment in the instant case was entered on September 28, 2005. The plaintiff at this time is not entitled to attorneys' fees, as the jury entered judgment in favor of the defendants on all counts. Courts have held that the denial of attorneys' fees is well within the discretion of the court. "On the other hand, we have held that the denial of attorneys' fees was not an abuse of discretion where the plaintiff recovered only nominal damages and received no other meaningful relief." McCardle v. Haddad, 131 F.3d 43, (2nd Cir. 11/21/1997). The jury in the above captioned matter clearly awarded

nominal damages to the plaintiff, and that award only came at the insistence of Judge Dorsey based upon a previous ruling granting Summary Judgment for the plaintiff. Even if the Electronic Communications Privacy Act contains a minimum fine in excess of the one dollar awarded by the jury, it was the clear and unequivocal intent of the jurors in this case to return a verdict in favor of the defendants.

WHEREFORE, the defendants respectfully request that the Motion for Extension of Time to File Motion for Attorneys' Fees be denied.

THE DEFENDANTS

By: *Walter A. S.*
Walter A. Shalvoy, Jr. (c25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first-class mail, postage prepaid on this 21st day of October 2005 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

Walter A. Shalvoy, Jr.