UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| THE TOWN OF FAIRFIELD, | ) |
| DETECTIVE WILLIAM YOUNG AND | ) |
| DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities | ) OCTOBER 21, 2005 |
| as police officers for the Town of Fairfield,) | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
## TO SET ASIDE VERDICT AND FOR NEW TRIAL

The Defendants, Town of Fairfield, Detective William Young and Detective David Bensey, hereby file their Opposition to Plaintiff, Clifton S. Freedman's, Motion to Set Aside Verdict and For New Trial dated October 12, 2005. In support thereof, the Defendants file the accompanying Memorandum of Law.

THE DEFENDANTS

By: _____
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been sent via first-class mail, postage prepaid on this 21st day of October 2005 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

*/s/ Walter A. Shalvoy, Jr.*
Walter A. Shalvoy, Jr.