UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE TOWN OF FAIRFIELD, )<br>DETECTIVE WILLIAM YOUNG AND )<br>DETECTIVE DAVID BENSEY )<br>(Individually and in their official capacities )<br>as police officers for the Town of Fairfield, )<br>)<br>Defendants. ) | Civil Action No. 3:03CV1048 (PCD)<br><br><br><br><br><br><br>NOVEMBER 3, 2005 |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO AMEND JUDGMENT

Pursuant to Federal Rule of Civil Procedure Rule 59(e), the Defendants, the Town of Fairfield, Detective William Young and Detective David Bensey, (Individually and in their official capacities as police officers for the Town of Fairfield), hereby object to the Plaintiff's Motion to Amend Judgment in the above-captioned matter.

Contrary to the position adopted by the Plaintiff, the Judgment entered by the jury in the case at bar accurately reflects the proper disposition of the case. In a supplemental jury charge, the Honorable Peter C. Dorsey instructed the jurors that in fact the Plaintiff had prevailed in an earlier adjudication, and specifically directed the jurors to re-convene in order to determine the amount of the plaintiff's damages. Judge Dorsey informed the jurors that they had the option of awarding nominal damages, in the amount of one dollar, or any other amount they believed was warranted given the testimony before them. Upon their return, the jurors awarded nominal damages to the Plaintiff in the amount of one dollar. Additionally, the jurors

failed to attach any liability on the remaining counts of the Complaint as to any and all Defendants. Accordingly, the Judgment should remain as entered by the jury.

A Memorandum of Law in support accompanies this Motion.

THE DEFENDANTS

By: _____
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been faxed on this 3rd day of November, 2005 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

_____
Walter A. Shalvoy, Jr.