UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Clifton S. FREEDMAN, | : | |
|     Plaintiff, | : | |
| | : | |
|     -vs- | : | Civil No. 3:03cv1048  (PCD) |
| | : | |
| AMERICA ONLINE, INC., | : | |
|     et al. | : | |
|     Defendants. | : | |

**RULING ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES**

As the Ruling on Plaintiff's Motion to Amend the Judgment removes any bar to Plaintiff's moving for an award of attorney fees, without passing judgment on Plaintiff's entitlement thereto nor any amount thereof, Plaintiff's time for filing any request therefor is hereby extended to November 18, 2005.

SO ORDERED.

Dated at New Haven, Connecticut, November  7 , 2005.

/s/
Peter C. Dorsey
United States District Judge