## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN

     v.                                                      Civil No.  3:03 cv 1048 (PCD)

AMERICA ONLINE, INC., THE TOWN OF
FAIRFIELD, DETECTIVE WILLIAM YOUNG
AND DETECTIVE DAVID BENSEY (INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES AS POLICE
OFFICERS FOR THE TOWN OF FAIRFIELD

## **AMENDED JUDGMENT**

The judgment entered in this case on September 28, 2005, is hereby amended as follows.  This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge.  On September 26, 2005, the jury returned a verdict for the defendants, Town of Fairfield, Detective William Young and Detective David Bensey and determined nominal damages in the amount of $1.00 should be awarded to the plaintiff.  As a result of the jury's verdict, the Court entered a verdict for the defendants and directed that judgment enter for the defendants.  On December 5, 2003, a Ruling entered dismissing the complaint as to the defendant America Online, Inc. On October 12, 2005, the plaintiff filed a Motion to Amend Judgment, requesting that the judgment be modified to read that judgment shall be amended to state the finding of liability of Defendants William Young and David Bensey as to Count One and Defendant Town of Fairfield as to Count Ten, in the single total amount of $1,000.00.   On November 4, 2005, the court granted the plaintiff's motion.

EOD: _____

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff in the amount of $1,000.00.

Dated at New Haven, Connecticut, this 8th day of November, 2005.

          KEVIN F. ROWE, Clerk
          By
            /s/

          Patricia A. Villano
          Deputy Clerk