# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLIFTON S. FREEDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:03CV1048 (PCD) |
| v. | ) | |
| | ) | |
| THE TOWN OF FAIRFIELD, | ) | |
| DETECTIVE WILLIAM YOUNG AND | ) | |
| DETECTIVE DAVID BENSEY | ) | |
| (Individually and in their official capacities | ) | NOVEMBER 18, 2005 |
| as police officers for the Town of Fairfield), | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEY'S FEES

The Plaintiff, Clifton S. Freedman, hereby gives notice that he has served his Motion

for Attorney's Fees pursuant to Fed. P. Civ. P. 54(d)(2) on the Defendants on November 18,

2005.

THE PLAINTIFF,
CLIFTON S. FREEDMAN


By:_____
　　Daniel J. Klau (ct17957)
　　H. James Pickerstein (ct05094)
　　Calvin K. Woo (ct24951)
　　Pepe & Hazard LLP
　　Goodwin Square
　　225 Asylum Street
　　Hartford, CT  06103-4302
　　Phone:  (860) 522-5175
　　Fax:  (860) 522-2796
　　dklau@pepehazard.com
　　hpickerstein@pepehazard.com
　　cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage

prepaid, this 18th day of November, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601


                                                             _____
                                                                Calvin K. Woo