UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>        Plaintiff, | :<br>:<br>: |
| vs. | : Civil Action No.<br>: 3:03cv1048 (PCD) |
| THE TOWN OF FAIRFIELD,<br>DETECTIVE WILLIAM YOUNG and<br>DETECTIVE DAVID BENSEY<br>(Individually and in their official capacities<br>as police officers for the Town of Fairfield)<br>        Defendants. | :<br>:<br>:<br>:<br>:<br>: NOVEMBER 23, 2005 |

## **DEFENDANT'S MOTION TO RECONSIDER AMENDED JUDGMENT**

Pursuant to Federal Rules of Civil Procedure, Rule 59 et seq., the defendants hereby respectfully request the Court reconsider the amended judgment in the above captioned matter. Judgment entered in this case on September 28, 2005 after a trial by jury before the Honorable Peter C. Dorsey, Senior United States District Judge. On September 26, 2005, the jury returned a verdict for the defendants, Town of Fairfield, Detective William Young and Detective David Bensey and determined nominal damages in the amount of $1.00 awarded to the plaintiff. On October 12, 2005, the plaintiff filed a Motion to Amend Judgment, requesting that the judgment be amended to state the finding of liability of Defendants William Young and David Bensey as to Count One and Defendant Town of Fairfield as to Count Ten, in the single amount of $1,000.00. The Court granted the plaintiff's motion on November 4, 2005, and filed the Amended Judgment on November 8, 2005. The Defendants respectfully request the reconsideration of the Amended Judgment, as the plaintiff is

not a person "entitled to recover" under the Electronic Communications Privacy Act, 18 U.S.C. § 2707. The Defendants attach a Memorandum of Law in support of this Motion.

             THE DEFENDANTS

           BY _/s/ Walter A. S._____
             WALTER A. SHALVOY, JR.
             MAHER & MURTHA, LLC
             528 Clinton Avenue
             P.O. Box 901
             Bridgeport, CT  06606
             (203) 367-2700
             (203) 335-0589 FAX
             Fed. Bar No. ct25132

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, via U.S. Mail, postage prepaid, this 23rd day of November, 2005, to:

Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

_____
WALTER A. SHALVOY, JR.