UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 3:03 CV1048 (PCD) |
| | ) |
| THE TOWN OF FAIRFIELD, DETECTIVE | ) |
| WILLIAM YOUNG AND DETECTIVE DAVID | ) |
| BENSEY (Individually and in their official | ) |
| capacities as police officers for the Town of | ) |
| Fairfield) | ) |
| | ) |
| Defendants. | ) |
| | ) DECEMBER 6, 2005 |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above named case, Clifton S. Freedman, hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment entered in this action on November 9, 2005.

THE PLAINTIFF,
CLIFTON S. FREEDMAN

By: _____
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Phone: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

DJK/32442/2/748801v2
11/18/05-HRT/

                                        Robert Y. Altchiler (ct24247)  
                                        The Law Offices of Robert Y. Altchiler  
                                        191 Post Road West  
                                        Westport, CT 06880

DJK/32442/2/748801v2  
11/18/05-HRT/

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN

    v.                                       Civil No. 3:03 cv 1048 (PCD)

AMERICA ONLINE, INC., THE TOWN OF
FAIRFIELD, DETECTIVE WILLIAM YOUNG
AND DETECTIVE DAVID BENSEY (INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES AS POLICE
OFFICERS FOR THE TOWN OF FAIRFIELD

**AMENDED JUDGMENT**

      The judgment entered in this case on September 28, 2005, is hereby amended as follows. This matter came on for trial before a jury and the Honorable Peter C. Dorsey, Senior United States District Judge. On September 26, 2005, the jury returned a verdict for the defendants, Town of Fairfield, Detective William Young and Detective David Bensey and determined nominal damages in the amount of $1.00 should be awarded to the plaintiff. As a result of the jury's verdict, the Court entered a verdict for the defendants and directed that judgment enter for the defendants. On December 5, 2003, a Ruling entered dismissing the complaint as to the defendant America Online, Inc. On October 12, 2005, the plaintiff filed a Motion to Amend Judgment, requesting that the judgment be modified to read that judgment shall be amended to state the finding of liability of Defendants William Young and David Bensey as to Count One and Defendant Town of Fairfield as to Count Ten, in the single total amount of $1,000.00. On November 4, 2005, the court granted the plaintiff's motion.

EOD: _____

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff in the amount of $1,000.00.

Dated at New Haven, Connecticut, this 8th day of November, 2005.

        KEVIN F. ROWE, Clerk
        By
            /s/

        Patricia A. Villano
        Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 6th day of December 2005 to the following:

Thomas Murtha, Esq.
Walter A. Shalvoy, Jr., Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

Daniel J. Klau