UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV1048 (PCD) |
| v. ) | |
| ) | |
| THE TOWN OF FAIRFIELD, ) | **NOTICE OF APPEAL** |
| DETECTIVE WILLIAM YOUNG AND ) | |
| DETECTIVE DAVID BENSEY ) | |
| (Individually and in their official capacities ) | DECEMBER 7, 2005 |
| as police officers for the Town of Fairfield, ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that The Town of Fairfield, Detective William Young and Detective David Bensey (Individually and in their official capacities as police officers for the Town of Fairfield), Defendants, in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Amended Judgment finding liability of the Defendants William Young and David Bensey as to Count One and Defendant Town of Fairfield as to Count Ten, in the single amount of $1,000.00 entered in this action on the 8th day of November, 2005.

THE DEFENDANTS

By: _____
Walter A. Shalvoy, Jr. (ct23132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been faxed on this 7th day of November, 2005 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

Walter A. Shalvoy, Jr.