UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
|     Plaintiff, | ) Civil Action No. 3:03CV1048 (PCD) |
| v. | ) |
| THE TOWN OF FAIRFIELD, DETECTIVE WILLIAM YOUNG AND DETECTIVE DAVID BENSEY (Individually and in their official capacities as police officers for the Town of Fairfield,) | ) December 9, 2005 |
|     Defendants. | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Federal Rules of Civil Procedure, Rule 7 § (b), the Defendants in the above-captioned matter hereby respectfully request a thirty (30) day Extension of Time within which to File an Objection to Plaintiff's Motion For Attorney's Fees filed on November 22, 2005.

This is the Defendants' first request for an Extension of Time to object to Plaintiff's Motion for Attorney's Fees. Defendant has been unable to obtain the Plaintiff's position regarding this Motion.

THE DEFENDANTS

By: /s/ Walter A. Shalvoy, Jr.
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, on this 9th day of December, 2005 to the following counsel and pro se parties or record as follows:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

Walter A. Shalvoy, Jr.