UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV1048 (PCD) |
| v. ) | |
| ) | |
| THE TOWN OF FAIRFIELD, ) | |
| DETECTIVE WILLIAM YOUNG AND ) | |
| DETECTIVE DAVID BENSEY ) | |
| (Individually and in their official capacities ) | DECEMBER 21, 2005 |
| as police officers for the Town of Fairfield, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION FOR RECONSIDERATION**

The Defendants in the above-captioned matter hereby aver that the Plaintiff's Memorandum in Opposition remains inaccurate as to the facts. The Plaintiff claims in his Motion in Opposition that the Court lacks jurisdiction as the Defendants' Motion for Reconsideration was not filed within the parameters set out in Federal Rules of Civil Procedure §59(e). In fact, the Defendants' Motion for Reconsideration was filed with the Court on November 23, 2005, and was delivered in hand by counsel to the Court. All of the proper procedures were adhered to, with a courtesy copy also delivered in hand to the Honorable Peter C. Dorsey. Due to the Thanksgiving holiday, the Motion for Reconsideration was not posted electronically until November 28, 2005. For the reasons mentioned above, as the filing of the Defendants' Motion for Reconsideration was in fact within the 10-day time limit, the Court does in fact have jurisdiction. Having jurisdiction, and for the reasons contained in the Defendants' Memorandum of Law in Support of the Motion For Reconsideration, the Defendants

respectfully request that the Court should grant the Defendants' Motion as a matter of law.

                              THE DEFENDANTS

By: *[signature]*
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT  06605
(203) 367-2700

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been mailed on this 21st day of December, 2005 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

                                              Walter A. Shalvoy, Jr.