**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

2006 MAR 27  P 2: 32

Date:                   2/1/06
Docket Number:          05-6625-cv (L); 05-6659-cv (XAP)
Short Title:            Freedman v. America Online Inc.
DC Docket Number:       03-cv-1048 PCD
DC:                     DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:               Honorable Peter Dorsey

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 1st day of February two thousand and six

Clifton S. Freedman,

    Plaintiff-Appellant-Cross-Appellee,

               v.

Town of Fairfield, William Young, Detective, I/O, David Bensey, Detective I/O

    Defendant-Appellee-Cross-Appellant.

America Online, Inc.,

    Defendant,

### ORDER

    A motion or motions of the type specified by Rule 4(a)4, of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, the above numbered and entitled appeal is hereby stayed to await final disposition of said motion(s).

    Movant below is hereby directed to inform this Court, in writing, as to the status of each such motion, at thirty_day interval from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

    Parties are advised that appellate review of the lower court's disposition regarding any such motion requires a timely filed amended notice of appeal.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _Joshua S. Pineiro_
DEPUTY CLERK

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _Joshua S. Pineiro_
Josh Pineiro
Deputy Clerk

CERTIFIED: 2/1/06