## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) · Civil Action No. 3:03CV1048 (PCD) |
| v. | ) |
| | ) |
| THE TOWN OF FAIRFIELD, | ) |
| DETECTIVE WILLIAM YOUNG AND | ) |
| DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities | )   SEPTEMBER 20, 2006 |
| as police officers for the Town of Fairfield), | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S RENEWED MOTION FOR ATTORNEY'S FEES

The Plaintiff, Clifton S. Freedman, respectfully renews his motion, pursuant to Fed. R.

Civ. P. 54(d)(2), for an award of attorney's fees in the amount of $ 250,045.08 based on this

Court's Amended Judgment dated November 8, 2005, which did not become final until

September 19, 2006, when the Court denied the Defendants' motion for reconsideration of that

judgment.[1]  The statutory authority for an award of fees in this case is 18 U.S.C § 2707(b) and

(c).

---

[1] The Plaintiff originally served his motion on the Defendants on November 18, 2005 and
simultaneously filed a notice of service of the motion with the Court.  *See* Docket entry # 117.
Pursuant to this Court's standing order requiring a moving party to serve a motion on the
opposing party and then file the complete "package" of briefs with the Court only after an
opposition brief has been filed, the Plaintiff did not file the motion on November 18, 2005. (A
copy of the motion is attached hereto as Exhibit A.)  However, instead of providing the
original and a copy of their opposition memorandum to the undersigned counsel so that he
could file the complete package with the Court, the Defendants instead filed their opposition
brief directly.  See Docket entry # 127.  Thus, the Court's docket reflects the filing of a notice
of service of a motion for attorney's fees, followed by a memorandum in opposition to the
motion for attorney's fees, but not that motion itself.
**ORAL ARGUMENT REQUESTED**

DJK/32442/2/786608v1
09/20/06-HRT/

In support of this Motion, the Plaintiff submits the accompanying memorandum of

law.[2]

                    THE PLAINTIFF,

                    CLIFTON S. FREEDMAN

By: _____

                    Daniel J. Klau (ct17957)
                    H. James Pickerstein (ct05094)
                    Calvin K. Woo (ct24951)
                    Pepe & Hazard LLP
                    Goodwin Square
                    225 Asylum Street
                    Hartford, CT  06103-4302
                    Phone:  (860) 522-5175
                    Fax:  (860) 522-2796
                    dklau@pepehazard.com
                    hpickerstein@pepehazard.com
                    cwoo@pepehazard.com


                    Robert Y. Altchiler (ct24247)
                    The Law Offices of Robert Y. Altchiler
                    191 Post Road West
                    Westport, CT 06880

---

The Defendants subsequently filed a timely motion for reconsideration of the Court's Amended Judgment.  Although the Plaintiff originally objected to the motion as untimely (as well as on its merits), it became clear during an extended telephonic conference with the Second Circuit's clerk's office that the motion was timely and, therefore, that the Plaintiff's appeal from the Amended Judgment was premature.  The appeal will be reinstated in light of the Court's ruling on the Defendants' motion for reconsideration.  The filing of the motion for reconsideration rendered the motion for attorneys' fees premature.  Thus, the Plaintiff now timely renews his motion for attorneys' fees.

[2] This motion and memorandum of law is identical in all substantive respects to the motion and memorandum served on the Defendants on November 18, 2005.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage

prepaid, this 20th day of September, 2006 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601


_____
Calvin K. Woo