# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:03CV1048 (PCD) |
| v. ) | |
| ) | |
| THE TOWN OF FAIRFIELD, ) | |
| DETECTIVE WILLIAM YOUNG AND ) | |
| DETECTIVE DAVID BENSEY ) | |
| (Individually and in their official capacities ) | NOVEMBER 18, 2005 |
| as police officers for the Town of Fairfield), ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 54(d)(2), the Plaintiff, Clifton S. Freedman, respectfully moves this Court for an award of attorneys' fees in the amount of $ 250,045.08 based on this Court's Amended Judgment dated November 8, 2005. The statutory authority for an award of fees in this case is 18 U.S.C § 2707(b) and (c).

In support of this Motion, the Plaintiff submits the accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**

CKW/32442/2/73005v1
11/18/05-SPT/

THE PLAINTIFF,
CLIFTON S. FREEDMAN

By: /s/ *signature*
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Phone: (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com


Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
191 Post Road West
Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this /8 day of November, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT  06601

_____
Daniel J. Klau