# Exhibit A (Part 1)

Clifton S. Freedman
10 Wynnewood Drive
Fairfield, CT  06825


CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 5/01/03 | CKW | .3 | 55.50 | Conference with J. Pickerstein re: potential causes of action against AOL and Fairfield Police Department |
| 5/02/03 | CKW | 3.0 | 555.00 | Legal research and legal analysis on civil causes of action against Fairfield Police Department and ISP |
| 5/06/03 | CKW | 1.1 | 203.50 | Review of client documents |
| 5/06/03 | CKW | 1.2 | 222.00 | Legal research and analysis of caselaw on civil causes of action for client |
| 5/06/03 | CKW | .9 | 166.50 | Conference with J. Pickerstein and D. Klau re: civil causes of action for client |
| 5/06/03 | DJK | .6 | 165.00 | Telephone conference with J. Pickerstein regarding ECPA case |
| 5/07/03 | CKW | 1.2 | 222.00 | Legal analysis of caselaw on cause of action against AOL |
| 5/07/03 | CKW | .2 | 37.00 | Preparation of memorandum on relevant caselaw |
| 5/08/03 | CKW | .3 | 55.50 | Legal analysis of potential causes of action for client against AOL |
| 5/13/03 | DJK | 1.5 | 412.50 | Analysis of ECPA claim |
| 5/16/03 | CKW | .9 | 166.50 | Legal analysis re: causes of action for complaint |
| 5/20/03 | CKW | .6 | 111.00 | Legal research re: 42 USC 1983 cause of action against private citizens |
| 5/20/03 | CKW | .9 | 166.50 | Preparation of memorandum on 42 USC 1983 cause of action against private citizens |
| 5/20/03 | DJK | .7 | 192.50 | Research privacy claims |
| 5/22/03 | DJK | 1.2 | 330.00 | Review client documents |
| 5/26/03 | CKW | 1.2 | 222.00 | Legal analysis of caselaw on Section 1983 cause of action for private indictment |
| 5/26/03 | CKW | .7 | 129.50 | Preparation of complaint |
| 5/27/03 | HJP | 3.0 | 1,125.00 | Meeting with client re: case. |
| 5/27/03 | CKW | 3.6 | 666.00 | Meeting with D. Klau, client, and Attorney Altchiler; conference with D. Klau re: legal strategy for preparation of complaint |
| 5/27/03 | CKW | .2 | 37.00 | Preparation of correspondence to client |
| 5/27/03 | CKW | .5 | 92.50 | Legal analysis of documents for complaint |
| 5/27/03 | CKW | .4 | 74.00 | Preparation of memorandum re: potential issues |
| 5/27/03 | CKW | .7 | 129.50 | Preparation of complaint |

Clifton S. Freedman

CLIENT NUMBER:     32442
MATTER NUMBER:         2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 5/27/03 | DJK | 7.5 | 2,062.50 | Meeting with client to discuss facts of case and litigation strategy; meeting with C. Woo to discuss drafting of complaint |
| 5/28/03 | CKW | 3.1 | 573.50 | Legal research and analysis of notice of claim requirement |
| 5/28/03 | CKW | .5 | 92.50 | Meeting with client |
| 5/28/03 | CKW | .5 | 92.50 | Legal analysis of documents from client |
| 5/28/03 | CKW | .2 | 37.00 | Conference with J. Pickerstein re: notice of claim requirement |
| 5/28/03 | CKW | .3 | 55.50 | Conference with J. Pickerstein and D. Klau re: notice of claim requirement |
| 5/28/03 | CKW | .5 | 92.50 | Preparation of notice of claim |
| 5/28/03 | CKW | 1.4 | 259.00 | Preparation of complaint |
| 5/28/03 | DJK | 1.2 | 330.00 | Research legal issues regarding 1983 claim against municipality and state civil rights claim |
| 5/29/03 | CKW | .4 | 74.00 | Preparation of notice of claim |
| 5/29/03 | CKW | .2 | 37.00 | Telephone conference with client re: notice of claim |
| 5/29/03 | CKW | .3 | 55.50 | Preparation of correspondence to client re: notice of claim |
| 5/29/03 | CKW | .4 | 74.00 | Preparation of complaint |
| 5/29/03 | DJK | 2.0 | 550.00 | Research legal issue regarding 4th amendment claim |
| 5/30/03 | CKW | 2.6 | 481.00 | Preparation of complaint |
| 5/31/03 | DJK | 1.2 | 330.00 | Revise draft complaint |
| 6/01/03 | CKW | 2.3 | 425.50 | Preparation of complaint |
| 6/02/03 | CKW | .3 | 55.50 | Review of Connecticut Post article |
| 6/02/03 | CKW | 1.8 | 333.00 | Legal research re: causes of action |
| 6/02/03 | CKW | .4 | 74.00 | Legal analysis of D. Klau's proposed revisions to complaint |
| 6/02/03 | CKW | 3.0 | 555.00 | Preparation of complaint |
| 6/03/03 | CKW | .3 | 55.50 | Conference with D. Klau re: state causes of action for complaint |
| 6/03/03 | CKW | .2 | 37.00 | Legal analysis of state causes of action for complaint |
| 6/03/03 | DJK | .2 | 55.00 | Telephone conference with C. Woo regarding complaint |
| 6/04/03 | CKW | 2.2 | 407.00 | Revisions to complaint |
| 6/04/03 | CKW | .4 | 74.00 | Conference with D. Klau re: legal analysis of complaint |
| 6/04/03 | DJK | .9 | 247.50 | Revise complaint |
| 6/04/03 | DJK | 1.0 | 275.00 | Revise complaint; review complaint with C. Woo |
| 6/05/03 | CKW | .2 | 37.00 | Telephone conference with client |

Clifton S. Freedman

CLIENT NUMBER:     32442
MATTER NUMBER:         2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

```
6/05/03 CKW    .4     74.00 Legal analysis and research on issues of Article
                            2 UCC causes of action
6/05/03 CKW    .4     74.00 Revisions to complaint
6/05/03 DJK    .8    220.00 Continue to revise complaint
6/06/03 HJP   2.0    750.00 Review and revise complaint
6/06/03 CKW    .7    129.50 Legal research and analysis of false light and
                            intrusion upon seclusion causes of action
6/06/03 CKW   1.6    296.00 Revisions to complaint
6/06/03 CKW    .7    129.50 Legal analysis of issue on additional causes of
                            action against Town of Fairfield
6/09/03 CKW    .3     55.50 Conference with D. Klau re: additional cause of
                            action for complaint
6/09/03 CKW   1.2    222.00 Revisions to complaint
6/09/03 CKW    .4     74.00 Read articles on lawsuit in Fairfield Minuteman
6/09/03 DJK    .4    110.00 Freedman: review and revised complaint
6/10/03 CKW    .5     92.50 Revisions to complaint
6/10/03 CKW    .3     55.50 Conference with D. Klau re: complaint
6/10/03 CKW    .2     37.00 Preparation of correspondence to client
6/10/03 DJK   2.0    550.00 Freedman: Revise complaint
6/10/03 DJK   1.4    385.00 Telephone conference with C. Freedman regarding
                            revision to complaint; continuing to revise
                            complaint
6/11/03 CKW    .6    111.00 Conference with D. Klau re: complaint
6/11/03 CKW    .4     74.00 Legal analysis of complaint

6/11/03 CKW    .3     55.50 Telephone conference with client and D. Klau
6/11/03 DJK   2.9    797.50 Continue to revise complaint
6/12/03 DJK    .9    247.50 Telephone conference with C. Freedman regarding
                            complaint and selection of Judge Dorsey;
                            telephone conference with J. Pickerstein
                            regarding same
6/13/03 CKW    .3     55.50 Read articles on case in Fairfield Citizen
6/13/03 DJK    .4    110.00 Telephone conference with C. Freedman regarding
                            filing of complaint
6/16/03 CKW    .2     37.00 Conference with J. Pickerstein
6/16/03 CKW    .2     37.00 Receipt and review of RTC press release
6/17/03 CKW    .2     37.00 Receipt and review of correspondence from client
6/17/03 CKW    .3     55.50 Legal strategy re: amending complaint
6/17/03 CKW    .3     55.50 Review of Mirylees web site for exhibits for
                            amending complaint
6/18/03 CKW    .3     55.50 Review of Connecticut Post article on case
6/18/03 CKW    .2     37.00 Receipt and review of correspondence from client
```

3

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 6/26/03 | DJK | .8 | 220.00 | Conference with C. Freedman regarding impact of withdrawal from Board of Education on case |
| 7/03/03 | CKW | .5 | 92.50 | Preparation of initial disclosures |
| 7/09/03 | CKW | .3 | 55.50 | Conference with D. Klau re: legal strategy |
| 7/09/03 | CKW | .3 | 55.50 | Legal analysis of standing order |
| 7/09/03 | CKW | .3 | 55.50 | Legal strategy re: preparation of initial disclosures |
| 7/09/03 | CKW | .3 | 55.50 | Review of Fairfield Minuteman article on case |
| 7/10/03 | CKW | .2 | 37.00 | Conference with D. Klau re: appearance for town and detectives |
| 7/15/03 | CKW | .2 | 37.00 | Review of notices of appearance for defendant Town of Fairfield and defendant detectives |
| 7/28/03 | CKW | .6 | 111.00 | Receipt and review of correspondence from client re: candidacy for Board of Education |
| 8/05/03 | CKW | .4 | 74.00 | Receipt and review of correspondence from client re: recent articles |
| 8/14/03 | CKW | .3 | 55.50 | Conference with D. Klau re: scheduling for initial conference with opposing counsels |
| 8/14/03 | DJK | .3 | 82.50 | Telephone conference with C. Woo |
| 8/18/03 | CKW | .3 | 55.50 | Telephone conferences with counsel for Town of Fairfield and detectives re: Rule 26(f) conference |
| 8/18/03 | CKW | .2 | 37.00 | Telephone conference with local counsel for AOL re: Rule 26(f) conference |
| 8/18/03 | CKW | .4 | 74.00 | Conferences with D. Klau re: Rule 26(f) conference, probable default against Town of Fairfield and detectives |
| 8/18/03 | CKW | .6 | 111.00 | Preparation of correspondence to counsel for Town of Fairfield and detectives re: default and status of responsive pleadings |
| 8/20/03 | CKW | .3 | 55.50 | Conference with J. Pickerstein re: litigation status |
| 8/21/03 | CKW | .3 | 55.50 | Preparation of memorandum re: Rule 26(f) conference |
| 8/25/03 | CKW | .3 | 55.50 | Conference with D. Klau re: motion for default |
| 8/28/03 | CKW | .2 | 37.00 | Telephone conference with counsel for AOL re: 26(f) conference |
| 9/04/03 | CKW | .2 | 37.00 | Telephone conference with counsel for AOL re: 26(f) conference |
| 9/09/03 | CKW | .3 | 55.50 | Telephone conference with counsel for AOL re: 26(f) conference |

Clifton S. Freedman

CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 9/09/03 | CKW | .2 | 37.00 | Telephone conference with counsel for Fairfield re: 26(f) conference |
| 9/10/03 | CKW | .2 | 37.00 | Telephone conference with counsel for Fairfield re: 26(f) conference |
| 9/10/03 | CKW | .2 | 37.00 | Telephone conference with counsel for AOL re: 26(f) conference |
| 9/10/03 | CKW | .3 | 55.50 | Preparation of correspondence re: 26(f) conference |
| 9/11/03 | CKW | .2 | 37.00 | Receipt and review of correspondence from client re: 26(f) conference |
| 9/11/03 | CKW | .3 | 55.50 | Conference with J. Pickerstein re: motion to dismiss and 26(f) conference |
| 9/12/03 | CKW | .2 | 37.00 | Preparation of correspondence to counsel for AOL re: 26(f) conference |
| 9/15/03 | CKW | 1.7 | 314.50 | Preparation of proposed discovery order |
| 9/16/03 | CKW | .7 | 129.50 | Conference with D. Klau re: legal strategy for 26(f) conference |
| 9/16/03 | CKW | 1.1 | 203.50 | Participation at 26(f) telephone conference |
| 9/16/03 | CKW | .3 | 55.50 | Conference with D. Klau re: legal strategy |
| 9/16/03 | DJK | 2.0 | 550.00 | Prepare for and participate in Rule 26(f) conference |
| 9/19/03 | CKW | .4 | 74.00 | Preparation of 26(f) report |
| 9/21/03 | CKW | 1.0 | 185.00 | Preparation of 26(f) report |
| 9/22/03 | CKW | 2.7 | 499.50 | Preparation of 26(f) report |
| 9/22/03 | CKW | .3 | 55.50 | Review of defendant Town of Fairfield's answer |
| 9/22/03 | CKW | .2 | 37.00 | Conference with D. Klau re: defendant Town of Fairfield's answer |
| 9/22/03 | DJK | .5 | 137.50 | Prepare Rule 26(f) report |
| 9/23/03 | CKW | .3 | 55.50 | Preparation of 26(f) report |
| 9/23/03 | DJK | .5 | 137.50 | Telephone conference with C. Woo and review draft of 26(f) report |
| 9/24/03 | CKW | .7 | 129.50 | Analysis of 26(f) report with defendant Town's counsel's revisions |
| 9/24/03 | CKW | .5 | 92.50 | Legal research re: qualified immunity defense |
| 9/24/03 | CKW | .4 | 74.00 | Preparation of memorandum re: legal issues regarding defendant town's revisions to 26(f) report |
| 9/24/03 | CKW | .3 | 55.50 | Preparation of correspondence to defendant town's counsel re: 26(f) report |
| 9/25/03 | CKW | .3 | 55.50 | Receipt and review of correspondence from defendant Town's attorneys re: 26(f) report and potential depositions |
| 9/25/03 | CKW | .3 | 55.50 | Conference with D. Klau re: 26(f) report |

5

Clifton S. Freedman

CLIENT NUMBER: 32442
MATTER NUMBER: 2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

```
 9/29/03 CKW    .3      55.50 Receipt and review of correspondence from client
                              re: additional potential depositions

10/03/03 CKW    .4      74.00 Conference with D. Klau re: 26(f) report and
                              motion for extension of time
10/03/03 CKW    .5      92.50 Preparation of 26(f) report
10/07/03 CKW   3.0     555.00 Preparation of 26 (f) report; Conference with D.
                              Klau re: report 26 (f) initial disclosures;
                              Preparation of correspondence to defendants'
                              counsel re: 26 (f) report; Preparation of Initial
                              Disclosures
10/08/03 CKW   2.8     518.00 Preparation of Initial Disclosures
10/10/03 CKW   1.7     314.50 Preparation of Initial Disclosures; Preparation
                              of Initial Disclosures
10/16/03 CKW   1.9     351.50 Receipt and review of correspondence from
                              defendant Town's attorneys re: 26 (f) report;
                              Conference with d. Klau re: legal strategy;
                              Conference call with defendant's Town attorney
                              re: 26 (f) report; Preparation of 26 (f) report;
                              Preparation of correspondence to defendant AOL's
                              counsel re: 26 (f) report
10/16/03 DJK    .5     137.50 Attend to Rule 26(f) report
10/21/03 DJK   2.2     605.00 Draft Summary Judgment brief
10/22/03 DJK   6.1   1,677.50 Draft Motion for Summary Judgment
10/24/03 DJK   3.1     852.50 Draft brief regarding summary judgment motion
11/03/03 CKW    .5      92.50 Review of initial disclosures.
11/04/03 DJK   1.4     385.00 Draft summary judgment motion
11/05/03 DJK    .4     110.00 Draft summary judgment motion
11/06/03 CKW    .7     129.50 Conference with Dan Klau re: additional arguments
                              for summary judgment motion; Legal research re:
                              same.
11/06/03 DJK    .6     165.00 Edit summary judgment motion
11/06/03 DJK   1.4     385.00 Continue to edit summary judgment motion
11/17/03 DJK   1.0     275.00 Edit motion for summary judgment
11/18/03 DJK   1.4     385.00 Finish editing Motion for Summary Judgment
11/18/03 DJK    .7     192.50 Finish editing of Local Rule 9(c) statement
 1/05/04 CKW   3.3     643.50 Legal analysis of defendant Town of Fairfield's
                              Objection to Summary Judgment Motion; conference
                              with D. Klau re: legal strategy for Reply Brief;
                              legal research and preparation of memorandum for
                              Reply Brief
 1/05/04 DJK   1.3     396.50 Telephone conference with C. Freedman
```

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 1/06/04 | CKW | 1.5 | 292.50 | Legal analysis of Congressional Records for Reply Brief; preparation of memorandum re: same |
| 1/06/04 | DJK | 2.0 | 610.00 | Draft reply brief for Summary Judgment motion |
| 1/07/04 | CKW | .3 | 58.50 | Legal research re: Reply Brief for Summary Judgment Motion |
| 1/13/04 | CKW | .3 | 58.50 | Legal strategy re: Reply Brief |
| 1/15/04 | CKW | .2 | 39.00 | Receipt of court order for Pre-Trial Conference |
| 1/15/04 | DJK | 2.5 | 762.50 | Continue to draft reply brief regarding Motion for Summary Judgment |
| 1/16/04 | HJP | 1.5 | 607.50 | Review motion for summary judgment |
| 1/16/04 | DJK | 1.5 | 457.50 | Continue to draft reply brief in support of Motion for Summary Judgment |
| 1/16/04 | DJK | 2.3 | 701.50 | Continue to draft reply brief regarding Motion for Summary Judgment |
| 1/19/04 | CKW | 1.6 | 312.00 | Legal analysis of Reply Brief for Summary Judgment Motion (.50); legal strategy re: subpoena and noticing depositions (.40) |
| 1/19/04 | DJK | 2.0 | 610.00 | Continue to draft reply brief regarding Motion for Summary Judgment |
| 1/19/04 | DJK | 1.5 | 457.50 | Draft ex parte memo for settlement conference with Judge Dorsey |
| 1/19/04 | DJK | .4 | 122.00 | Telephone conference with C. Freedman regarding settlement strategy |
| 1/20/04 | CKW | .8 | 156.00 | Conference with D. Klau re: discussions on potential settlement arrangement and affidavit for client; preparation of Affidavit |
| 1/21/04 | HJP | 1.5 | 607.50 | Meeting with client and Mr. Klau |
| 1/21/04 | CKW | .4 | 78.00 | Preparation of deposition notices |
| 1/21/04 | DJK | 5.5 | 1,677.50 | Travel to and from Southport; Attendance at meeting with C. Freedman to discuss status for settlement conference |
| 1/22/04 | CKW | 2.8 | 546.00 | Conference with D. Klau re: legal strategy for depositions; preparation of notices for deposition and subpoenas duces tecum |
| 1/22/04 | DJK | 3.0 | 915.00 | Draft reply brief for Summary Judgment; Draft ex parte memo for status conference of 1/29/04 |
| 1/23/04 | CKW | 1.0 | 195.00 | Preparation of Subpoena and Deposition Notices |
| 1/23/04 | DJK | 1.5 | 457.50 | Review and file reply brief |
| 1/27/04 | CKW | .4 | 78.00 | Conference call with court re: settlement; conference continued with D. Klau re: legal strategy for subpoenas duces tecum |

Clifton S. Freedman

CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 1/27/04 | DJK | 1.0 | 305.00 | Telephone conference with C. Freedman regarding status conference; Review Summary Judgment motion in preparation for status conference |
| 1/29/04 | HJP | 3.0 | 1,215.00 | Meeting with client; Attend settlement conference in New Haven re: same |
| 1/29/04 | CKW | .3 | 58.50 | Review of Ex Parte Memorandum |
| 1/29/04 | DJK | 4.0 | 1,220.00 | Prepare for status conference with Judge Dorsey; Travel to and from New Haven to attend same |
| 1/30/04 | CKW | .5 | 97.50 | Read Connecticut Post Editorial; conference with D. Klau re: same; conference call with client re: same |
| 1/30/04 | DJK | 1.0 | 305.00 | Telephone conference with C. Freedman regarding editorial in Connecticut Post; Conference with C. Woo regarding deposition schedule |
| 2/02/04 | CKW | .4 | 78.00 | Receipt of correspondence from R. Altchiler re: Post Article; legal strategy re: same |
| 2/02/04 | DJK | 4.3 | 1,311.50 | Draft questions for deposition of Mulligan, Brandt, Young and Bersey |
| 2/02/04 | DJK | 1.0 | 305.00 | Continue to draft questions for deposition; Telephone conversation with M. Perkins re: dates for deposition |
| 2/04/04 | CKW | .5 | 97.50 | Preparation of Deposition Notices for Town of Fairfield Defendant |
| 2/05/04 | DJK | 1.6 | 488.00 | Review letter from A. Neigher regarding discovery; Draft letter in response to A. Neigher letter; Research law regarding filing of false complaint with police department |
| 2/05/04 | DJK | .2 | 61.00 | Revise and send letter to A. Neigher |
| 2/06/04 | CKW | .9 | 175.50 | Review of correspondence to Attorney A. Neigher; review of Court Decision on Summary Judgment; conference with D. Klau re: legal strategy for damages and depositions |
| 2/09/04 | DJK | .5 | 152.50 | Draft letter to A. Neigher regarding depositions |
| 2/10/04 | DJK | .2 | 61.00 | Telephone conference with A. Neigher regarding scope of depositions |
| 2/11/04 | CKW | .7 | 136.50 | Receipt of correspondence from Connecticut Law Tribune on case (.20); receipt and review of correspondence from client (.50) |
| 2/11/04 | DJK | .8 | 244.00 | Telephone conference with A. Neigher regarding deposition of S. Mulligan; Conference with C. Freedman regarding deposition questions of police officers |
| 2/12/04 | CKW | .4 | 78.00 | Receipt and review of recent article on case; legal strategy re: damages |

8

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 2/16/04 | CKW | .2 | 39.00 | Conference call with defedant Detectives counsel re: deposition of Det. Bensey |
| 2/16/04 | DJK | 4.2 | 1,281.00 | Draft questions for deposition of Detective Bensey |
| 2/17/04 | CKW | 5.8 | 1,131.00 | Preparation for Deposition of Det. Bensey; attendance at Deposition of Det. Bensey; conference with D. Klau and client re: legal strategy |
| 2/17/04 | DJK | 6.0 | 1,830.00 | Travel to Southport for deposition of Detective Bensey; Depose Bensey (2 hrs); Conference with C. Freedman and C. Woo regarding deposition and upcoming depo of Detective Young (1 hr); Travel to Hartford |
| 2/17/04 | KP | .3 | 30.00 | Research Town of Fairfield elected officials |
| 2/18/04 | CKW | .4 | 78.00 | Conference with J. Pickerstein re: Det. Bensey deposition; conference call with defendant Town's counsel re: upcoming deposition |
| 2/19/04 | CKW | .4 | 78.00 | Conference call with defendant Town's counsel re: upcoming depositions |
| 2/20/04 | KP | .5 | 50.00 | Research re: police commission; Pick up copies of the Fairfield Town Charter at Town Hall |
| 2/26/04 | CKW | .7 | 136.50 | Preparation of Notice of Deposition for Bensey and Police Department; preparation of correspondence to Town's counsel re: same |
| 2/27/04 | CKW | .3 | 58.50 | Preparation of re:-Notice of Deposition |
| 2/29/04 | CKW | .6 | 117.00 | Prepare for deposition of Town of Fairfield representative |
| 3/01/04 | DJK | .5 | 152.50 | Review documents from C. Freedman for production to defendants |
| 3/02/04 | CKW | 2.5 | 487.50 | Legal strategy for upcoming deposition; conference with D. Klau re: same (.70); review of AOL Policy and Procedures; preparation of AOL subpoenas (1.80) |
| 3/02/04 | DJK | 7.0 | 2,135.00 | Prepare questions and review documents for deposition of Detective Young; Research AOL policies and guidelines regarding law enforcement hotline |
| 3/02/04 | DJK | 1.0 | 305.00 | Telephone conference with C. Freedman regarding responses to interrogatories and document requests |
| 3/03/04 | CKW | .3 | 58.50 | Preparation of Notice of Deposition of Lt. Chris Liddy |

Clifton S. Freedman

CLIENT NUMBER:     32442
MATTER NUMBER:         2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 3/03/04 | CKW | 7.9 | 1,540.50 | Preparation for Depositions re: review of documents; preparation of deposition outlines; conference calls with M. Perkins re: depositions; preparation of Motion to Compel; conference with counsel re: same; conference with D. Klau re: same; preparation of Deposition Notices; preparation of Memorandum re: issues on Attorney Saxl's comments; waiver of attorney/client privilege |
| 3/03/04 | DJK | 5.1 | 1,555.50 | Telephone conference with M. Perkins regarding depositions of Young and representative of the police department; Draft Motion to Compel depositions of Young and representative of the police department; Telephone conference with Judge Dorsey's clerk regarding Motion to Compel; Draft letter to M. Perkins regarding Motion to Compel; Draft deposition questions for Sandra Mulligan |
| 3/04/04 | CKW | 1.7 | 331.50 | Review of Town of Fairfield Charter (.50); preparation of deposition questions for Mulligan; conference with D. Klau re: same (1.20) |
| 3/04/04 | DJK | 5.2 | 1,586.00 | Prepare written questions for Rule 31 deposition of S. Mulligan; Telephone conference with M. Perkins regarding rescheduling of depositions of Young & Liddy |
| 3/05/04 | CKW | .4 | 78.00 | Preparation of Mulligan deposition questions |
| 3/07/04 | CKW | 1.6 | 312.00 | Legal analysis of Detective Bensey transcript; preparation of deposition questions for Sgt. Pallazo |
| 3/08/04 | CKW | .6 | 117.00 | Preparation of Exhibits for Depositions of Brandt and Mirylees; conference with D. Klau re: same |
| 3/08/04 | DJK | 1.0 | 305.00 | Draft deposition questions for Dee Dee Brandt and M. Carol-Miryles |
| 3/08/04 | MJB | .2 | 14.00 | Production of documents. |
| 3/09/04 | CKW | 7.6 | 1,482.00 | Preparation for and attendance at depositions of Mulligan and Brandt; conferences with client and D. Klau re: legal strategy |
| 3/09/04 | DJK | 6.5 | 1,982.50 | Travel to/from Southport; Prepare for and take depositions of Mary Carol-Mirylees and Dee Dee Brandt |
| 3/10/04 | CKW | .5 | 97.50 | Preparation of deposition for defendants and correspondence to defendant's counsel re: same |

Clifton S. Freedman

CLIENT NUMBER:     32442
MATTER NUMBER:         2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 3/11/04 | CKW | 3.2 | 624.00 | Conference with D. Klau re: legal strategy for deposition (.30); preparation for deposition of Lt. Liddy and Sgt. Palazzo (2.90) |
| 3/11/04 | DJK | 1.0 | 305.00 | Prepare for depositions of Young and Liddy |
| 3/11/04 | MJB | .3 | 21.00 | Production of documents. |
| 3/12/04 | CKW | 9.0 | 1,755.00 | Preparation for and attendance at depositions of Det. Young, Sgt. Pallazolo and Lt. Liddy; preparation of Discovery responses; conference with D. Klau and client re: legal strategy |
| 3/12/04 | DJK | 11.0 | 3,355.00 | Travel to and from Southport; Take depositions of Lt. Liddy, Detective Young and Sargeant Palazollo; Review document production with C. Freedman |
| 3/15/04 | DJK | 1.3 | 396.50 | Review document production to defendants |
| 3/15/04 | DJK | 1.3 | 396.50 | Telephone conference with C. Freedman regarding responses to interrogatories and discovery requests |
| 3/16/04 | DJK | 1.5 | 457.50 | Telephone conference with C. Freedman; Review discovery requests; Prepare deposition questions for Mulligan |
| 3/17/04 | CKW | .4 | 78.00 | Preparation of deposition notices fro Sambrook and Dyre |
| 3/19/04 | DJK | .5 | 152.50 | Review joint motion to extend discovery deadline |
| 3/25/04 | CKW | .6 | 117.00 | Meeting with counsel for defendant Town; review of Joint Motion; receipt of correspondence from defendant Town's counsel re: deposition |
| 3/30/04 | CKW | .4 | 78.00 | Conference with D. Klau re: legal strategy for deposition |
| 3/30/04 | DJK | .3 | 91.50 | Telephone conference with C. Woo regarding depositions |
| 3/31/04 | CKW | .4 | 78.00 | Preparation of re:-notice of deposition for Dyre and Sambrodi |
| 4/06/04 | CKW | .7 | 136.50 | Receipt and review of document from Police Department; conference with D. Klau re: same (.40); preparation of Exhibits for depositions of Sambrook and Dyer |
| 4/07/04 | DJK | 6.5 | 1,982.50 | Travel to and from Southport; Prepare for depositions of Chief Sambrook and Captain Dyer; Depose Sambrook and Dyer |

11

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 4/08/04 | CKW | 2.0 | 390.00 | Organization of deposition exhibits; review of court order on Joint Motion; Pleadings for filing (.60); receipt and review of deposition transcripts; conference with D. Klau re: Sambrook and Dyer depositions; legal strategy (1.40) |
| 4/12/04 | DJK | 1.0 | 305.00 | Mulligan - revise questions for deposition of J. Mulligan |
| 4/15/04 | CKW | .3 | 58.50 | Review of recent article on case |
| 5/03/04 | CKW | 2.7 | 526.50 | Conference with D. Klau; Preparation of documents and questions for deposition preparation of client |
| 5/04/04 | CKW | 7.1 | 1,384.50 | Preparation of client for deposition; conference with D. Klau & J. Pickerstein re: legal strategy |
| 5/04/04 | DJK | 9.0 | 2,745.00 | Travel to/from Southport office; Prepare C. Freedman for his deposition on 5/5 |
| 5/05/04 | CKW | 8.4 | 1,638.00 | Attendance at client deposition; conference with D. Klau, client and J. Pickerstein re: legal strategy |
| 5/05/04 | DJK | 8.0 | 2,440.00 | Travel to/from Bridgeport; Attend deposition of Cliff Freedman |
| 5/07/04 | MJB | 1.0 | 70.00 | Preparation of subfiles and indices regarding C. Freedmans' deposition exhibits. |
| 5/18/04 | CKW | 6.2 | 1,209.00 | Preparation for and attendance at client deposition; conference with D. Klau and client re: legal strategy; conference call with defendant AOL's counsel re: Answer and Opposition to Summary Judgment; preparation of correspondence to client re: Offer of Judgment and Settlement |
| 5/18/04 | DJK | 8.0 | 2,440.00 | Travel to and from Bridgeport; Attend deposition of C. Freedman; Meeting with C. Freedman and C. Woo regarding trial strategy; Legal research regarding recovery of attorney's fees under ECPA and 42 U.S.C. at 1988 |
| 6/09/04 | CKW | .6 | 117.00 | Conference call with client re: e-mail from D. Brandt; conference with D. Klau re: same |
| 6/10/04 | CKW | .4 | 78.00 | Preparation of correspondence to client re: Brandt email, deposition transcript |
| 6/11/04 | CKW | 1.9 | 370.50 | Conference call with M. Perkins re: deposition errata sheets, dispositive motions; conference with D. Klau re: same; Preparation of correspondence to client re: same; Preparation of |

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | correspondence to M. Perkins re: erratz sheets (1.90); conference call with local counsel re: re-filing of SJM; Preparation of correspondence re: same (.70) |
| 7/01/04 | CKW | 1.4 | 273.00 | Legal analysis of Town's Summary Judgment Motion; Preparation of Opposition |
| 7/01/04 | DJK | 4.0 | 1,220.00 | Research legal issues regarding First and Fourth Amendment claims in Town's Motion for Summary Judgment |
| 7/02/04 | CKW | .9 | 175.50 | Conference with D. Klau re: legal strategy re: opposition to Summary Judgment; review of Town's exhibits to memorandum |
| 7/02/04 | DJK | 6.0 | 1,830.00 | Draft brief in opposition to Motion for Summary Judgment |
| 7/03/04 | CKW | 5.6 | 1,092.00 | Preparation of Opposition to Summary Judgment Motion from defendant Town |
| 7/04/04 | CKW | .4 | 78.00 | Legal strategy re: Opposition to Summary Judgment |
| 7/05/04 | CKW | 4.5 | 877.50 | Preparation of Opposition to Summary Judgment Motion |
| 7/06/04 | DJK | 7.0 | 2,135.00 | Draft brief in opposition to Summary Judgment motion |
| 7/07/04 | CKW | .6 | 117.00 | Conference with D. Klau re: legal strategy for opposition to Summary Judgment |
| 7/07/04 | CKW | 3.6 | 702.00 | Preparation of Opposition to Summary Judgment Motion |
| 7/07/04 | DJK | .6 | 183.00 | Research law regarding qualified immunity |
| 7/08/04 | CKW | 3.7 | 721.50 | Preparation of Opposition to Summary Judgment Motion; conference with D. Klau re: same; review of proposed Discovery Plan; Preparation of correspondence to local counsel re: same |
| 7/08/04 | DJK | 7.0 | 2,135.00 | Continue to revise brief in opposition to Motion for Summary Judgment |
| 7/10/04 | DJK | 5.5 | 1,677.50 | Draft brief in Opposition to Motion for Summary Judgment |
| 7/11/04 | DJK | 3.3 | 1,006.50 | Draft brief in Opposition to Motion for Summary Judgment |
| 7/12/04 | CKW | 2.1 | 409.50 | Preparation of Opposition to Summary Judgment; legal research re: same; conference with D. Klau re: same |
| 7/12/04 | DJK | 3.0 | 915.00 | Continue to revise brief in opposition to Town's Motion for Summary Judgment |
| 7/13/04 | CKW | 2.2 | 429.00 | Preparation of Opposition to Summary Judgment; conference with D. Klau re: same |

13

Clifton S. Freedman

CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 7/13/04 | DJK | 3.5 | 1,067.50 | Revise brief regarding Motion for Summary Judgment |
| 7/13/04 | MJB | 3.6 | 252.00 | Review and prepare documents as exhibits to the Plaintiff's Opposition to Defendants Motion for Partial Summary Judgment. |
| 7/14/04 | CKW | 8.2 | 1,599.00 | Preparation of Opposition to SJM; conference with D. Klau re: same |
| 7/14/04 | DJK | 6.0 | 1,830.00 | Continue to revise brief in opposition to Motion for Summary Judgment |
| 7/14/04 | MJB | 2.0 | 140.00 | Review and revise prepared exhibits to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment. |
| 7/14/04 | KP | .5 | 50.00 | Cite check brief |
| 7/15/04 | CKW | 4.6 | 897.00 | Preparation of opposition to summary judgment; conference with D. Klau re: same |
| 7/15/04 | MJB | 2.0 | 140.00 | Review and revise exhibits to Opposition to Motion for Partial Summary Judgment. |
| 7/16/04 | DJK | 4.7 | 1,433.50 | Continue to revise summary judgment opposition brief |
| 7/16/04 | MJB | 3.0 | 210.00 | Production of documents re: exhibits to Plaintiff's Opposition to Defendants Motion for Partial Summary Judgment. |
| 7/19/04 | CKW | .3 | 58.50 | Preparation of correspondence to T. Murtha re: opposition |
| 7/19/04 | MJB | 2.5 | 175.00 | Scan exhibits of Opposition to Defendant's Motion to Defendant's Motion for Partial Summary Judgment, burn to a CD to be sent to the court. |
| 7/20/04 | CKW | .4 | 78.00 | Conference with D. Klau re: legal strategy re: settlement; left voicemail to T. Murtha re: opposition |
| 7/23/04 | CKW | .4 | 78.00 | Conference call with client re: Sandy Mulligan deposition; Conference with D. Klau re: same |
| 8/02/04 | CKW | .8 | 156.00 | Conference with D. Klau re: legal strategy for Sandy Mulligan deposition AOL litigation for consideration (.3); Preparation of deposition notice for Sandy Mulligan (.5) |
| 8/03/04 | CKW | .6 | 117.00 | Preparation of deposition notice and questions for Sandy Mulligan; Legal strategy re: same |
| 8/05/04 | CKW | .5 | 97.50 | Conference with D. Klau re: legal strategy |
| 8/09/04 | CKW | .7 | 136.50 | Conference with D. Klau re: Deposition Notice for S. Mulligan; Preparation of exhibits for same |
| 8/10/04 | CKW | .2 | 39.00 | Conference with D. Klau re: defendant Town's Reply Brief |

14

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 8/12/04 | DJK | .3 | 91.50 | Telephone conference with C. Wood regarding Mulligan deposition |
| 8/13/04 | CKW | .7 | 136.50 | Preparation of Exhibits for Mulligan deposition; Review of defendant AOL's discovery demands. |
| 8/16/04 | CKW | .8 | 156.00 | Review of court orders; Conference with Daniel Klau and H. James Pickerstein re: same. |
| 8/18/04 | CKW | .2 | 39.00 | Conference with Daniel Klau re: Sandy Mulligan deposition. |
| 9/08/04 | CKW | 1.5 | 292.50 | Conference with Daniel Klau re: discovery responses; Preparation of correspondence to client re: same; Preparation of same; Receipt of correspondence from client re: same. |
| 9/09/04 | MJB | 2.4 | 168.00 | Conference with C. Woo re: production of documents; Bates labeled documents; Production of documents. |
| 9/14/04 | CKW | .3 | 58.50 | Review of Motion Against Town re: SJM. |
| 9/15/04 | CKW | .3 | 58.50 | Conference with Daniel Klau re: filing of opposition to summary judgment; Conference with Thomas Murtha re: same; Preparation of discovery requests and notice of deposition; Conference with Daniel Klau re: same. |
| 9/15/04 | DJK | .8 | 244.00 | Telephone conference with J. Tynen regarding Motion for Attorney's fees; DRaft letter to Judge Droney regarding same |
| 9/17/04 | CKW | .2 | 39.00 | Conference call with Court clerk re: summary judgment filing. |
| 9/20/04 | CKW | .9 | 175.50 | Conference call with Daniel Klau re: withdrawal of motion on fees; Preparation of same. |
| 9/22/04 | CKW | .2 | 39.00 | Review of correspondence from D. Barger re: Request for Admissions and Interrogatories. |
| 9/23/04 | CKW | .5 | 97.50 | Preparation of correspondence to client re: discovery. |
| 9/24/04 | CKW | .7 | 136.50 | Review of subpoena compliance by town; Conference with Daniel Klau re: same; Preparation of correspondence to D. Bruns re: same. |
| 9/28/04 | CKW | .8 | 156.00 | Receipt of correspondence from defendant's counsel and from Court re: filing of opposition; Conference call with Thomas Murtha re: same; Conference with Daniel Klau re: same; Conference call with Court re: same. |
| 9/30/04 | CKW | .2 | 39.00 | Review of Connecticut Post for recent article on case |

Clifton S. Freedman

CLIENT NUMBER:       32442
MATTER NUMBER:           2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/09/04 | CKW | .2 | 39.00 | Legal strategy re: response to request to admit and supplemental interrogatory. |
| 10/11/04 | CKW | 1.3 | 253.50 | Conference with D. Klau re: legal strategy for responses to Requests to Admit and Supplementary Interrogatory; Preparation of same. |
| 10/12/04 | CKW | .6 | 117.00 | Preparation of request to admit and interrogatory. |
| 10/13/04 | DJK | 1.0 | 305.00 | Telephone conference with Samir Jain regarding settlement and discovery |
| 10/14/04 | CKW | 1.4 | 273.00 | Conference with D. Klau re: responses to request to admit and interrogatory and legal strategy; Conference call with client re: same; Preparation of correspondence to local counsel re: same. |
| 10/14/04 | MJB | .7 | 49.00 | Draft letter and second invoice re: production of documents; Review and revise re: the same; Correspondence to S. Marci; Conference with C. Woo; Conference with S. Marci. |
| 10/15/04 | CKW | 2.5 | 487.50 | Conference with client re: interrogatories and requests to admit; revisions to same; Preparation of correspondence to local counsel re: same; Preparation of correspondence to client re: same. |
| 10/26/04 | DJK | .8 | 244.00 | Telephone conference with S. Jain regarding pretrial stipulation of facts |
| 11/03/04 | CKW | .2 | 39.00 | Conference with Daniel Klau re: legal strategy re: status conference. |
| 11/03/04 | DJK | 1.0 | 305.00 | Draft lines of inquiry regarding witnesses |
| 11/23/04 | CKW | .3 | 58.50 | Conference call with client re: status of town action. |
| 12/13/04 | CKW | .6 | 117.00 | Conference call with client re: claims of civil rights violations; Conference with H. James Pickerstein re: same. |
| 1/03/05 | CKW | .3 | 64.50 | Conference with D. Klau re: trial and litigation status. |
| 1/04/05 | DJK | 2.0 | 630.00 | Review deposition transcripts of W. Messer and begin to prepare lines of inquiry for trial |
| 1/05/05 | CKW | .7 | 150.50 | Organization of deposition exhibits. |
| 1/05/05 | MJB | .8 | 60.00 | Review and revise the exhibits to the depositions. |
| 1/12/05 | CKW | .3 | 64.50 | Conference with D. Klau re: trial strategy. |
| 1/12/05 | DJK | 1.9 | 598.50 | Prepare cross exam of witnesses |

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 1/13/05 | DJK | .8 | 252.00 | Read deposition transcripts and note relevant sections for use during cross examination of witnesses |
| 2/11/05 | CKW | .4 | 86.00 | Conference with D. Klau re: status of summary judgment; Conference call with Court re: same. |
| 2/15/05 | DJK | 1.0 | 315.00 | Draft lines of inquiry of direct and cross-claim |
| 2/17/05 | CKW | .5 | 107.50 | Review of article re: Sgt. Ward; Conference with D. Klau re: same and legal strategy. |
| 3/09/05 | CKW | .3 | 64.50 | Conference with H. James Pickerstein and D. Klau re: additional claims for plaintiff. |
| 3/11/05 | DJK | .2 | 63.00 | Telephone conference with A. Neigher regarding tolling agreement |
| 5/18/05 | CKW | .3 | 64.50 | Conference with D. Klau re: legal strategy |
| 5/19/05 | CKW | .2 | 43.00 | Voicemail message to Court Clerk re: status of Summery Judgment Motion |
| 5/27/05 | CKW | .3 | 64.50 | Receipt of voicemail from Court Clerk re: summary judgment motion; Preparation of memo re: same |
| 6/17/05 | CKW | .8 | 172.00 | Receipt and review of Court Order re: scheduling for trial and pretrial filings; Conference with D. Klau re: legal strategy for trial |
| 6/28/05 | CKW | .3 | 64.50 | Conference with D. Klau re: scheduling order deadlines |
| 7/11/05 | CKW | .9 | 193.50 | Legal strategy for and preparation of Section A of Trial Preparation Order |
| 7/12/05 | CKW | 2.7 | 580.50 | Preparation of Section A for Trial Preparation Order |
| 7/13/05 | CKW | 1.5 | 322.50 | Preparation of Section A for Trial Preparation Order compliance; Conference with D. Klau re: same |
| 7/13/05 | DJK | 1.0 | 315.00 | Meeting with C. Woo to discuss pre-trial report |
| 7/14/05 | CKW | .9 | 193.50 | Preparation of Section A for Trial Preparation Order compliance |
| 7/14/05 | KP | 1.5 | 187.50 | Research re: newspaper articles; Prepare spreadsheet re: same |
| 7/15/05 | CKW | 2.6 | 559.00 | Preparation of Section A for Trial Preparation Order |
| 7/18/05 | CKW | 2.9 | 623.50 | Conference with D. Klau re: Section A of Trial Preparation Order; Preparation of same |
| 7/19/05 | CKW | 5.5 | 1,182.50 | Review of Court Order re: jury selection; Preparation of Section A Trial Preparation Order Compliance; Legal research for same; Conference with K. Phillips re: preparation of exhibits; Conference with D. Klau re: trial strategy |

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 7/19/05 | DJK | .3 | 94.50 | Telephone conference with C. Friedman and C. Woo regarding jury selection schedule |
| 7/19/05 | KP | .3 | 37.50 | Conference re: new assignment |
| 7/20/05 | KP | 2.5 | 312.50 | Trial preparation - chronological binder |
| 7/21/05 | CKW | 3.8 | 817.00 | Preparation of Section A Trial Preparation Order Compliance |
| 7/21/05 | KP | 2.0 | 250.00 | Trial preparation - chronological binder |
| 7/22/05 | CKW | .9 | 193.50 | Preparation of exhibits for Section A Trial Preparation Order Compliance |
| 7/22/05 | KP | 6.0 | 750.00 | Trial preparation - chronological binder |
| 7/25/05 | CKW | .7 | 150.50 | Conference with D. Klau re: trial strategy; Preparation of Exhibits |
| 7/25/05 | KP | 6.5 | 812.50 | Prepare chronology binder |
| 7/27/05 | CKW | 8.8 | 1,892.00 | Preparation of Section A Trial Preparation Compliance and Notice of Compliance; Conference with D. Klau re: Section A Compliance |
| 7/27/05 | DJK | 2.5 | 787.50 | Continue to draft trial management order; Conference with C. Woo regarding same |
| 7/27/05 | KP | 2.0 | 250.00 | Prepare exhibits for trial |
| 7/28/05 | CKW | 6.0 | 1,290.00 | Preparation of Section A Compliance and correspondence to defendants' counsel re: same; Conference with D. Klau re: same |
| 7/28/05 | DJK | 4.5 | 1,417.50 | Legal research regarding punitive damages against municipality |
| 7/28/05 | KP | 2.0 | 250.00 | Prepare exhibits for pretrial |
| 8/02/05 | CKW | .2 | 43.00 | Review of Court Notice re: Notice of Filing Section A Compliance |
| 8/03/05 | CKW | .3 | 64.50 | Legal strategy for trial |
| 8/04/05 | CKW | .3 | 64.50 | Preparation of correspondence to client re: Section A Compliance |
| 8/04/05 | DJK | .2 | 63.00 | Telephone conference with C. Freedman |
| 8/08/05 | CKW | 3.4 | 731.00 | Conferences with D. Klau re: trial preparation; Preparation of memo re: same |
| 8/08/05 | DJK | 1.5 | 472.50 | Meeting with C. Woo to discuss trial preparation; response to pretrial order |
| 8/09/05 | CKW | .5 | 107.50 | Preparation of Memo re: trial preparation |
| 8/10/05 | CKW | 3.4 | 731.00 | Legal analysis of Court Decision re: Summary Judgment; Conference with H. James Pickerstein and D. Klau re: same; Review of Appearance and Section B Compliance from defendants' counsel; Conference call with D. Klau re: same; Conference with client re: same and trial preparation; |

Clifton S. Freedman

CLIENT NUMBER:     32442
MATTER NUMBER:         2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

|          |     |     |          |                                                                                                                                                                                                                                                                                           |
|----------|-----|-----|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |     |          | Conference with K. Phillips re: preparation of trial exhibits                                                                                                                                                                                                                             |
| 8/10/05  | DJK | 2.8 | 882.00   | Read decision denying motion for summary judgment; legal analysis of same; Review Defendant's Pre-Trial Disclosure                                                                                                                                                                        |
| 8/11/05  | CKW | 2.4 | 516.00   | Review of correspondence form client re: witness Dr. Greenberg; Review of articles re: same; Conference with D. Klau re: legal strategy for trial and preparation of Section C Compliance; Review of Exhibits and Defendants' Section B for same; Review of pleadings for certification to Supreme Court |
| 8/11/05  | DJK | 3.2 | 1,008.00 | Draft requests to charge; Legal research re: damages for invasion of privacy and civil rights violation; Conference with C. Woo re selection of pleadings and briefs for accompanying notice of certification to Supreme Court; Telephone conference with W. Shalousky re: notice of certificate of question |
| 8/11/05  | KP  | 1.0 | 125.00   | Revise exhibit binder                                                                                                                                                                                                                                                                     |
| 8/12/05  | CKW | .8  | 172.00   | Organization of Trial Exhibits; Review of Court Order re: Requests to Certify; Review of Court Notices re: service of Section B and Appearance                                                                                                                                            |
| 8/12/05  | DJK | 2.0 | 630.00   | Draft Trial Order Section C Response; Conference with C. Woo re: trial strategy                                                                                                                                                                                                           |
| 8/16/05  | CKW | 3.8 | 817.00   | Review of article re: status of litigation; Conference with D. Klau re: Section C Compliance and trial strategy; Preparation of correspondence to client re: witnesses; Preparation of Section C Compliance                                                                               |
| 8/16/05  | KP  | .1  | 12.50    | Telephone conference re: exhibits                                                                                                                                                                                                                                                         |
| 8/17/05  | CKW | 2.9 | 623.50   | Preparation of Section C Compliance; Legal research re: same; Legal research re: admissibility of evidence                                                                                                                                                                                |
| 8/17/05  | KP  | 2.0 | 250.00   | Revise Exhibit binder                                                                                                                                                                                                                                                                     |
| 8/18/05  | CKW | 5.3 | 1,139.50 | Legal research re: damages; Preparation of Section C Compliance; Conference call with W. Shalvoy re: pleadings for certification to the Supreme Court; Conference with D. Klau re: same; Review of article re: litigation status; Conference call with Deputy Clerk re: pleadings for Supreme Court; Conference call with client |

19