# Exhibit A (Part 2)

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | re: witness and trial strategy; Conference with D. Klau re: same; Voicemail messages to witnesses re: meetings |
| 8/18/05 | DJK | 1.0 | 315.00 | Telephone conference with C. Freedman re: preparation of witnesses; Telephone conference with C. Woo re: same |
| 8/18/05 | KP | 3.0 | 375.00 | Revise Exhibit binder |
| 8/19/05 | CKW | 3.2 | 688.00 | Preparation of Section C Compliance |
| 8/21/05 | CKW | .6 | 129.00 | Preparation of section C Compliance |
| 8/22/05 | CKW | 5.0 | 1,075.00 | Preparation for meeting with witnesses; Preparation of Section C Compliance; Conference with D. Klau re: same and evidentiary issues for trial; Conference call with witnesses re: upcoming meetings; Legal research re: evidentiary trial issues; Conferences with H. James Pickerstein re: legal strategy, damages, and witnesses |
| 8/22/05 | DJK | 3.0 | 945.00 | Draft Jury Instructions; Research Law re: damages under Section 1983; Review draft of Section C of Trial Report |
| 8/23/05 | CKW | 10.0 | 2,150.00 | Legal analysis of case law re: evidentiary issues for trial; Preparation of Section C Compliance; Conference with D. Klau re: same and trial strategy; Preparation for meeting with Damages Witnesses |
| 8/23/05 | DJK | 4.5 | 1,417.50 | Conference with C. Woo to review Section C of Trial Report; Continue to draft jury instructions and verdict form; Telephone conference with W. Shalvoy re: admissability of exhibits |
| 8/24/05 | CKW | 7.7 | 1,655.50 | Preparation for and attendance at meeting with Arlene Bunt; Preparation of Section C Compliance; Preparation for and attendance at meeting with Jamie Millington; Conferences with D. Klau re: Section C Compliance and legal strategy |
| 8/24/05 | DJK | 4.0 | 1,260.00 | Telephone conference with C. Woo re: interviews of J. Millington and A. Bunt; Draft proposal jury voir dire questions; Draft jury instructions; Draft verdict form; Conference with C. Woo re: Section C of Trial Report |
| 8/25/05 | CKW | 7.1 | 1,526.50 | Preparation for and attendance at meeting with S. Briks; Preparation of Section C Compliance; |

20

Clifton S. Freedman

CLIENT NUMBER:       32442
MATTER NUMBER:           2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

|  |  |  |  | |
|---|---|---|---|---|
|  |  |  |  | Conference with D. Klau re: same and meeting with S. Briks; Preparation of correspondence to J. Dorsey re: attachments to Section C Compliance; Review of defendants' filings for certification of issue to Supreme Court; Preparation of correspondence to W. Shalvoy re: proposed opening statement |
| 8/25/05 | DJK | 3.5 | 1,102.50 | Continue to review jury information and trial report |
| 8/26/05 | CKW | 5.4 | 1,161.00 | Preparation of Memo re: meeting with A. Bunt; Preparation of correspondence to Court Clerk re: pleadings for Certification of Issue; Preparation of correspondence to P. Levy re: same for amicus brief; Conference call with D. Domeika re: meeting; Conference call with S. Briks re: Insurance Policy; Conference call with W. Shalvoy re: same; Preparation of correspondence to W. Shalvoy re: same; Conference with D. Klau re: trial strategy |
| 8/26/05 | DJK | .5 | 157.50 | Read trial report, Section C of defendants; Telephone conference with C. Woo |
| 8/29/05 | CKW | 5.6 | 1,204.00 | Preparation of Memo re: interview with Arlene Bunt; Review of Defendants' Section C Compliance; Conference with D. Klau re: same; Preparation of Memo re: meeting with J. Millington |
| 8/29/05 | DJK | .4 | 126.00 | Legal analysis with C. Woo of Trial report - section C |
| 8/30/05 | CKW | 4.8 | 1,032.00 | Preparation of Memo re: meeting with J. Millington; Preparation of Memo re: meeting with S. Briks |
| 8/30/05 | KP | 1.2 | 150.00 | Revise exhibit binder |
| 8/31/05 | CKW | 6.3 | 1,354.50 | Preparation for meeting with D. Domeika; Attendance at same; Preparation of Memo re: same; Legal research re: evidentiary issues for trial; Conference with H. James Pickerstein re: trial strategy |
| 9/01/05 | CKW | 2.8 | 602.00 | Legal strategy re: trial witnesses and evidentiary issues; Conference with D. Klau re: trial strategy and Motion to Compel; Conference call with W. Shalvoy re: insurance policy |

21

Clifton S. Freedman

CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 9/02/05 | CKW | 3.0 | 645.00 | Conference with D. Klau re: trial strategy; Review of Court Order re: jury selection; Preparation of Motion to Compel and Affidavit in Support |
| 9/03/05 | CKW | 1.5 | 322.50 | Preparation of direct examination for Police Officers |
| 9/05/05 | CKW | 3.0 | 645.00 | Review of transcripts of Lieutenant Lyddy and Sergeant Palazollo re: preparation of direct examination for trial |
| 9/06/05 | CKW | 2.5 | 537.50 | Preparation for trial; Conference with D. Klau and H. James Pickerstein re: legal strategy for same and status conference for trial |
| 9/07/05 | HJP | 6.5 | 2,730.00 | Attend settlement conference in New Haven with Judge Dorsey |
| 9/07/05 | CKW | 1.0 | 215.00 | Review of Court Order re: Motion to Withdraw; Conference with D. Klau re: status conference and Jury Selection; Preparation for same |
| 9/07/05 | DJK | 7.4 | 2,331.00 | Travel to and from New Haven; Attend settlement conference with Judge Dorsey; Draft Lines of Inquiry for Cliff Freedman |
| 9/07/05 | KP | 5.3 | 662.50 | Attend conference before Judge Droney in New Haven; Travel to and from same |
| 9/08/05 | CKW | 9.5 | 2,042.50 | Review of Court Order re: Motion to Compel; Attendance at Jury Selection; Conference with D. Klau re: trial strategy |
| 9/08/05 | DJK | 8.0 | 2,520.00 | Travel to and from New Haven; Attend jury selection in Freedman case |
| 9/09/05 | CKW | 2.9 | 623.50 | Review of correspondence from client re: D. Domeika deposition; Legal strategy re: same; Conferences with H. James Pickerstein and D. Klau re: legal strategy and legal issues for trial; Legal research re: same |
| 9/09/05 | DJK | 2.6 | 819.00 | Legal research |
| 9/12/05 | CKW | 4.8 | 1,032.00 | Review of Motion for Extension of Time; Legal analysis of case law re: attorney's fees and 4th Amendment issue; Conference with D. Klau re: same |
| 9/13/05 | CKW | 4.6 | 989.00 | Review of transcripts of FPD witnesses for preparation of direct examination of same; Conference call with Court re: settlement conference; Conference with D. Klau re: damages issues; Legal research re: same |

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 9/13/05 | DJK | 5.1 | 1,606.50 | Legal research regarding right of defendant to set off for settlement with AOL |
| 9/14/05 | CKW | 10.0 | 2,150.00 | Preparation for and attendance at Settlement Conference; Conferences with D. Klau, H. James Pickerstein and client re: trial preparation and damages issues; Preparation of direct examination outlines for Detective Bensey and Lieutenant Lyddy; Review of defendants' insurance policy |
| 9/14/05 | DJK | 8.2 | 2,583.00 | Travel to and from New Haven; Attend settlement conference before Judge Dorsey; Draft direct examination of C. Freedman |
| 9/15/05 | CKW | 4.4 | 946.00 | Conferences with D. Klau re: direct examination of police officers; Preparation of outlines for same |
| 9/15/05 | DJK | 5.5 | 1,732.50 | Draft direct examination of William Young; Draft direct examination of Cliff Freedman |
| 9/16/05 | CKW | 6.0 | 1,290.00 | Preparation of Direct Examination Outlines for Sol Briks and Arlene Bunt; Conference with D. Klau re: legal strategy for same, and direct and rebuttal Fairfield Police Department witnesses; Conference calls with S. Briks and A. Bunt re: trial preparation |
| 9/16/05 | DJK | 5.1 | 1,606.50 | Legal research regarding admissibility of pretrial settlement with co-defendant; Draft direct exam questions of C. Freedman and Paul Dyer |
| 9/17/05 | DJK | 7.4 | 2,331.00 | Draft direct examination questions for C. Freedman, Sambrook, Dyer; Review trial exhibits |
| 9/18/05 | CKW | 8.5 | 1,827.50 | Review of Fairfield Police Department and client transcripts for trial; Preparation of outlines for same; Legal research re: same; Preparation of client's direct examination |
| 9/19/05 | CKW | 9.0 | 1,935.00 | Review of transcripts of Mirylees and Brandt; Conferences with D. Klau re: legal strategy for direct examination of Fairfield Police Department and client and trial subpoenas; Preparation of trial subpoenas; Conference call with S. Briks re: meeting for trial preparation; Trial preparation with client; Conference call with R. Saxl re: trial subpoena |
| 9/19/05 | DJK | 6.0 | 1,890.00 | Travel to and from Southport; Prepare C. Freedman for trial testimony |

Clifton S. Freedman

CLIENT NUMBER:      32442
MATTER NUMBER:          2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 9/20/05 | CKW | 13.3 | 2,859.50 | Preparation for and attendance at meeting with Sol Briks re: trial preparation; Preparation of direct examination outlines; Conference call with court re: Exhibits; Conference with D. Klau re: same, trial strategy, and Motion in Limine; Preparation for and attendance at meeting with A. Bunt re: trial preparation; Revisions to direct examination outlines; Preparation of Motion in Limine |
| 9/20/05 | DJK | 9.3 | 2,929.50 | Prepare Sol Briks direct testimony; Travel to and from Southport; Prepare Arlene Bunt for direct testimony; Conference with C. Woo regarding direct examinations of Liddy, Palazzalo, Briks and Brunt |
| 9/21/05 | CKW | 8.7 | 1,870.50 | Conference calls with client re: rescheduling of trial and trial preparation; Legal research re: Motion in Limine; Preparation of same; Conference calls with W. Shalvoy re: trial exhibits; Conference with D. Klau re: same; Preparation of correspondence to W. Shalvoy re: same; Preparation of exhibit lists; Review of Defendants' Supplemental Proposed Exhibits |
| 9/21/05 | DJK | 1.5 | 472.50 | Prepare examination of C. Freedman |
| 9/22/05 | CKW | 10.8 | 2,322.00 | Trial preparation with D. Klau and client; Conference calls with W. Shalvoy re: trial witnesses and exhibits; Preparation of correspondence to same re: same; Preparation for trial |
| 9/22/05 | DJK | 8.0 | 2,520.00 | Travel to and from Southport; Prepare C. Freedman for direct testimony; Conference with C. Woo regarding trial strategy |
| 9/22/05 | KP | 4.0 | 500.00 | Prepare trial exhibit checklist and notebooks |
| 9/23/05 | CKW | 11.0 | 2,365.00 | Preparation for and Attendance at trial |
| 9/23/05 | DJK | 10.0 | 3,150.00 | Travel to and from New Haven; Attend Trial |
| 9/24/05 | DJK | 2.0 | 630.00 | Prepare cross-exam of D. Brandt, M. Carol-Mirylees, S. Mulligan |
| 9/25/05 | CKW | 5.5 | 1,182.50 | Preparation for trial; Conferences with D. Klau re: same; Conference calls with A. Bunt and S. Briks re: testimony for same; Preparation of G. Brandt subpoena |
| 9/26/05 | CKW | 11.4 | 2,451.00 | Preparation for and attendance at trial |
| 9/26/05 | DJK | 11.5 | 3,622.50 | Travel to and from New Haven; Attend Trial |

Clifton S. Freedman

CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 9/27/05 | CKW | 1.5 | 322.50 | Conferences with D. Klau and H. James Pickerstein re: legal strategy for post-trial motions |
| 9/28/05 | CKW | 1.6 | 344.00 | Legal analysis of case law re: attorney's fees claims; Conference with D. Klau re: same |
| 9/29/05 | CKW | .7 | 150.50 | Review of Court Orders re: Verdict Form and Judgment; Review of post judgment motion statutes; Conferences with D. Klau re: timing for same |
| 9/30/05 | DJK | 8.0 | 2,520.00 | Reviewed emails |
| 10/03/05 | CKW | .3 | 64.50 | Conference with D. Klau re: Motion for Directed Verdict and Motion for New Trial |
| 10/06/05 | CKW | 3.8 | 817.00 | Preparation of motion for new trial and to award judgment |
| 10/07/05 | CKW | 7.3 | 1,569.50 | Preparation of Motion to Set Aside Verdict and for New Trial or for Amendment of Judgment; Legal research re: attorneys fees motion |
| 10/10/05 | CKW | 4.9 | 1,053.50 | Conference with D. Klau re: motion for new trial, motion to amend judgment, and motion for attorneys fees; Preparation of same; Legal research for same |
| 10/10/05 | DJK | .4 | 126.00 | Review draft of Motion for New Trial; Conference with C. Woo regarding judicial partiality cases |
| 10/11/05 | CKW | 4.3 | 924.50 | Conferences with D. Klau re: Motion for Extension of Time for Attorneys' Fees; Preparation of same; Legal strategy re: Motion for New Trial; Preparation of same |
| 10/11/05 | DJK | .9 | 283.50 | Legal research regarding prejudicial effect of judge examining witnesses |
| 10/11/05 | DJK | 2.7 | 850.50 | Draft Motion for a New Trial and Motion to Amend Judgment |
| 10/12/05 | CKW | 3.7 | 795.50 | Conference with D. Klau re: Motion for Extension of Time; Preparation of same, Motion for New Trial and to Amend Judgment; Preparation of correspondence to Court re: motions |
| 10/12/05 | DJK | 3.0 | 945.00 | Continue to draft and revise motion for new trial and for amended judgment |
| 10/21/05 | CKW | .2 | 43.00 | Conference with D. Klau re: defendants' objections to post-trial motions |
| 10/24/05 | CKW | 1.0 | 215.00 | Review of correspondence from Supreme Court re: certification of issue to Court; Conference calls with clerk re: same; Review of defendants' Oppositions to Post-Trial Motions; Conference with D. Klau re: same |

Clifton S. Freedman

CLIENT NUMBER:        32442
MATTER NUMBER:            2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/25/05 | CKW | .3 | 64.50 | Review of defendants' Oppositions to Post-Trial Motions |
| 10/26/05 | CKW | .2 | 43.00 | Review of court correspondence re: certification of issue to Supreme Court |
| 10/27/05 | CKW | .5 | 107.50 | Legal research re: Attorneys' Fees with State Constitutional violations |
| 11/02/05 | CKW | .2 | 43.00 | Conference with D. Klau re: status of issue certified to Supreme Court |
| 11/04/05 | CKW | .9 | 193.50 | Review of defendants' opposition to motion to amend judgment; Conference with D. Klau re: same; Conference with W. Shalvoy re: entry fee for Supreme Court; Conference call with Supreme Court Clerk re: same |
| 11/08/05 | CKW | 1.3 | 279.50 | Review of Court Orders re: Post-Trial Motions; Conference with D. Klau re: same; Conference with K. Phillips re: bills for Motion for Attorney's Fees |
| 11/10/05 | CKW | .2 | 43.00 | Review of Amended Judgment |
| 11/11/05 | CKW | .6 | 129.00 | Conference with K. Phillips re: calculation of attorneys fees for motion for same. Legal strategy and preparation Motion for Attorneys Fees |
| 11/13/05 | CKW | .5 | 107.50 | Legal strategy re: Motion for Attorneys Fees |
| 11/14/05 | DJK | 1.9 | 598.50 | Draft attorney fee motion |
| 11/14/05 | CKW | 2.3 | 494.50 | Conference with D. Klau re: Motion for Attorney's Fees; Preparation of same; Legal research for and preparation of Motion for Attorney's Fees and Memorandum in Support |
| 11/15/05 | DJK | 6.7 | 2,110.50 | Legal research regarding Motion for Attorney's fees; Draft Motion for Attorney's fees |
| 11/15/05 | CKW | 8.1 | 1,741.50 | Conferences with K. Phillips re: calculation of fees for Motion for Attorneys' Fees; Preparation of same; Conference with D. Klau re: same; Legal research re: same |
| 11/16/05 | DJK | 8.1 | 2,551.50 | Draft motion for attorney's fees; Legal research regarding attorney's fees under Section 2707 of ECPA and Fair Debt Collection Act |
| 11/16/05 | CKW | 3.3 | 709.50 | Preparation of Motion for Attorney's Fees and Notice of Filing same; Conference with D. Klau and K. re: preparation of same |

PROFESSIONAL SERVICES                                                    243,909.50

26

Clifton S. Freedman

CLIENT NUMBER:     32442
MATTER NUMBER:         2
Pickerstein, H. James

Fairfield

For services through November 16, 2005

SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2003 | Woo, Calvin K. - Associate | 80.5 | 185 | 14,892.50 |
|  | Klau, Daniel K. - Partner | 49.7 | 275 | 13,667.50 |
|  | Pickerstein, H. James - Partner | 5.0 | 375 | 1,875.00 |
| 2004 | Woo, Calvin K. - Associate | 148.2 | 195 | 28,899.00 |
|  | Klau, Daniel K. - Partner | 178.5 | 305 | 54,442.50 |
|  | Pickerstein, H. James - Partner | 6.0 | 405 | 2,430.00 |
|  | Phillips, Kristi - Paralegal | 1.3 | 100 | 130.00 |
|  | Black, Martha J. - Project Assistant | 17.7 | 70 | 1,239.00 |
| 2005 | Woo, Calvin K. - Associate | 302.5 | 215 | 65,037.50 |
|  | Klau, Daniel K. - Partner | 170.1 | 315 | 53,581.50 |
|  | Pickerstein, H. James - Partner | 6.5 | 420 | 2,730.00 |
|  | Phillips, Kristi - Paralegal | 39.4 | 125 | 4,925.00 |
|  | Black, Martha J. - Project Assistant | 0.8 | 75 | 60.00 |
|  | TOTAL FEES | 1,006.2 |  | 243,909.50 |

PEPE & HAZARD LLP
ACCOUNTS RECEIVABLE MANAGER
GOODWIN SQUARE, 225 ASYLUM STREET
HARTFORD, CT 06103-4302
TEL: (860) 522-5175 || TAX ID: 06-1074039