# Exhibit B

| FOR SORT | DATE | EXPENSE | AMOUNT |
|---|---|---|---|
| 1 | 5/13/2003 | Computer Assisted Legal Research | 574.50 |
| 28 | 10/31/2003 | Computer Assisted Legal Research | (1,303.23) |
| 30 | 11/6/2003 | Computer Assisted Legal Research | 151.75 |
| 31 | 11/6/2003 | Computer Assisted Legal Research | 173.31 |
| 33 | 11/17/2003 | Computer Assisted Legal Research | 107.13 |
| 37 | 11/30/2003 | Computer Assisted Legal Research | (77.41) |
| 39 | 12/16/2003 | Computer Assisted Legal Research | 68.75 |
| 44 | 12/31/2003 | Computer Assisted Legal Research | (42.70) |
| 46 | 1/5/2004 | Computer Assisted Legal Research | 356.75 |
| 47 | 1/6/2004 | Computer Assisted Legal Research | 54.00 |
| 49 | 1/9/2004 | Computer Assisted Legal Research | 35.00 |
| 62 | 1/31/2004 | Computer Assisted Legal Research | (279.04) |
| 73 | 2/29/2004 | Computer Assisted Legal Research | (91.45) |
| 116 | 5/21/2004 | Computer Assisted Legal Research | 298.00 |
| 117 | 5/21/2004 | Computer Assisted Legal Research | (155.71) |
| 118 | 5/24/2004 | Computer Assisted Legal Research | 10.50 |
| 119 | 5/24/2004 | Computer Assisted Legal Research | (5.50) |
| 121 | 5/25/2004 | Computer Assisted Legal Research | 40.00 |
| 122 | 5/25/2004 | Computer Assisted Legal Research | 403.00 |
| 123 | 5/25/2004 | Computer Assisted Legal Research | (20.90) |
| 125 | 5/27/2004 | Computer Assisted Legal Research | 191.50 |
| 126 | 5/27/2004 | Computer Assisted Legal Research | (100.06) |
| 127 | 5/28/2004 | Computer Assisted Legal Research | 297.25 |
| 128 | 5/28/2004 | Computer Assisted Legal Research | (155.35) |
| 130 | 6/1/2004 | Computer Assisted Legal Research | |
| 131 | 6/1/2004 | Computer Assisted Legal Research | 310.25 |
| 132 | 6/2/2004 | Computer Assisted Legal Research | (153.96) |
| 133 | 6/2/2004 | Computer Assisted Legal Research | 1,339.00 |
| 134 | 6/3/2004 | Computer Assisted Legal Research | (664.42) |
| 135 | 6/3/2004 | Computer Assisted Legal Research | 88.00 |
| 136 | 6/4/2004 | Computer Assisted Legal Research | (43.66) |
| 137 | 6/4/2004 | Computer Assisted Legal Research | 64.75 |
| 145 | 6/15/2004 | Computer Assisted Legal Research | (32.13) |
| 146 | 6/15/2004 | Computer Assisted Legal Research | 44.25 |
| 147 | 6/15/2004 | Computer Assisted Legal Research | 45.00 |
| 148 | 6/15/2004 | Computer Assisted Legal Research | (22.33) |
| 150 | 6/16/2004 | Computer Assisted Legal Research | (21.95) |
| 151 | 6/16/2004 | Computer Assisted Legal Research | 214.50 |
| 152 | 6/16/2004 | Computer Assisted Legal Research | (106.42) |
| 159 | 6/21/2004 | Computer Assisted Legal Research | 41.66 |
| 160 | 6/21/2004 | Computer Assisted Legal Research | 30.75 |
| 161 | 6/21/2004 | Computer Assisted Legal Research | (15.26) |
| 162 | 6/22/2004 | Computer Assisted Legal Research | 891.23 |
| 163 | 6/22/2004 | Computer Assisted Legal Research | 115.75 |
| 164 | 6/22/2004 | Computer Assisted Legal Research | (57.44) |
| 169 | 7/2/2004 | Computer Assisted Legal Research | 333.70 |
| 170 | 7/8/2004 | Computer Assisted Legal Research | 31.85 |
| 171 | 7/8/2004 | Computer Assisted Legal Research | 21.00 |

| FOR SORT | DATE | EXPENSE | AMOUNT |
|---|---|---|---|
| 172 | 7/12/2004 | Computer Assisted Legal Research | (10.86) |
| 173 | 7/12/2004 | Computer Assisted Legal Research | 349.00 |
| 175 | 7/14/2004 | Computer Assisted Legal Research | (180.44) |
| 176 | 7/14/2004 | Computer Assisted Legal Research | 103.50 |
| 177 | 7/14/2004 | Computer Assisted Legal Research | 7.32 |
| 178 | 7/14/2004 | Computer Assisted Legal Research | 7.32 |
| 180 | 7/16/2004 | Computer Assisted Legal Research | (53.52) |
| 181 | 7/16/2004 | Computer Assisted Legal Research | 229.75 |
| 182 | 7/16/2004 | Computer Assisted Legal Research | 248.55 |
| 214 | 7/27/2005 | Computer Assisted Legal Research | (118.79) |
| 215 | 7/27/2005 | Computer Assisted Legal Research | (207.12) |
| 216 | 7/27/2005 | Computer Assisted Legal Research | 1,857.00 |
| 218 | 7/28/2005 | Computer Assisted Legal Research | (9.94) |
| 219 | 7/28/2005 | Computer Assisted Legal Research | 5.33 |
| 220 | 7/28/2005 | Computer Assisted Legal Research | 11.87 |
| 221 | 7/28/2005 | Computer Assisted Legal Research | (24.42) |
| 224 | 8/2/2005 | Computer Assisted Legal Research | 219.00 |
| 228 | 8/10/2005 | Computer Assisted Legal Research | 0.64 |
| 230 | 8/11/2005 | Computer Assisted Legal Research | 76.00 |
| 234 | 8/17/2005 | Computer Assisted Legal Research | 1.20 |
| 235 | 8/18/2005 | Computer Assisted Legal Research | 6.63 |
| 237 | 8/22/2005 | Computer Assisted Legal Research | 0.48 |
| 238 | 8/22/2005 | Computer Assisted Legal Research | 135.34 |
| 239 | 8/22/2005 | Computer Assisted Legal Research | 328.30 |
| 241 | 8/23/2005 | Computer Assisted Legal Research | 0.39 |
| 251 | 8/29/2005 | Computer Assisted Legal Research | 168.84 |
| | | EXPENSE TOTAL | |
| | | | 6,135.58 |