# Exhibit A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,      ) | |
|      ) | |
|     Plaintiff,      ) | |
|      ) | Civil Action No. 3:03CV1048 (PCD) |
| v.      ) | |
|      ) | |
| THE TOWN OF FAIRFIELD,      ) | |
| DETECTIVE WILLIAM YOUNG AND      ) | |
| DETECTIVE DAVID BENSEY      ) | |
| (Individually and in their official capacities   ) | NOVEMBER 18, 2005 |
| as police officers for the Town of Fairfield, ) | |
|      ) | |
|     Defendants.      ) | |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Fed. R. Civ. P. 54(d)(2), the Plaintiff, Clifton S. Freedman, respectfully moves this Court for an award of attorneys' fees in the amount of $ 250,045.08 based on this Court's Amended Judgment dated November 8, 2005. The statutory authority for an award of fees in this case is 18 U.S.C § 2707(b) and (c).

In support of this Motion, the Plaintiff submits the accompanying memorandum of law.

**ORAL ARGUMENT REQUESTED**

THE PLAINTIFF,
CLIFTON S. FREEDMAN

By: _____
    Daniel J. Klau (ct17957)
    H. James Pickerstein (ct05094)
    Calvin K. Woo (ct24951)
    Pepe & Hazard LLP
    Goodwin Square
    225 Asylum Street
    Hartford, CT  06103-4302
    Phone:  (860) 522-5175
    Fax:  (860) 522-2796
    dklau@pepehazard.com
    hpickerstein@pepehazard.com
    cwoo@pepehazard.com


    Robert Y. Altchiler (ct24247)
    The Law Offices of Robert Y. Altchiler
    191 Post Road West
    Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this ⁄⁄₈ day of November, 2005 to the following:

Thomas Murtha, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Daniel J. Klau

CKW/32442/2/73005v1
11/18/05-SPT/