UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:03CV01048 (PCD) |
| v. | ) |
| | ) |
| THE TOWN OF FAIRFIELD, | ) |
| DETECTIVE WILLIAM YOUNG AND | ) |
| DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities | ) OCTOBER 3, 2006 |
| as police officers for the Town of Fairfield,) | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S RENEWED OBJECTION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to Federal Rules of Civil Procedure 54(d)(2), the Defendants, The Town Fairfield, Detective William Young and Detective David Bensey, respectfully renew their objection to the Plaintiff's Motion for Attorney's Fees. The Plaintiff, in his Renewed Motion for Attorney's Fees, concedes that the Motion for Reconsideration, which was denied on September 19, 2006, was in fact filed in a timely fashion. In support of this Objection, the Defendants submit the accompanying memorandum of law.[1]

THE DEFENDANTS

By: _____
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

---

[1] This Motion and Memorandum of Law is identical in all substantive respects to the Motion and Memorandum served on the Plaintiff on December 23, 2005.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been sent via first-class mail, postage prepaid, on this 3rd day of October 2006 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

_____
Walter A. Shalvoy, Jr.

MAHER AND MURTHA, LLC • ATTORNEYS AND COUNSELORS AT LAW • 528 CLINTON AVENUE • P.O. BOX 901 • BRIDGEPORT, CONNECTICUT 06601 • (203) 367-2700 • JURIS NO. 35304