UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:03CV01048 (PCD) |
| v. | ) |
| | ) |
| THE TOWN OF FAIRFIELD, | ) |
| DETECTIVE WILLIAM YOUNG AND | ) |
| DETECTIVE DAVID BENSEY | ) |
| (Individually and in their official capacities | ) OCTOBER 20, 2006 |
| as police officers for the Town of Fairfield, | ) |
| | ) |
| Defendants. | ) |

## **MOTION FOR ARTICULATION**

Pursuant to Federal Rules of Civil Procedure, Rule 60, the defendants respectfully request an articulation from the Court regarding a portion of the Court denial of their Motion for Reconsideration [Doc. No. 118]. In the Ruling On Motion For Reconsideration, the Court found that the filing of the original Motion was untimely, citing portions of the Plaintiff's Objection on that basis. After discussions with the clerk of the 2nd Circuit Court of Appeals, Plaintiff agreed that even in light of the fact that the Defendant's Motion was date stamped November 28, 2005, that due to several holidays the Motion was, in fact, filed in a timely fashion in accordance with the Federal Rules. Plaintiff proceeded to withdraw his objection specifically as to the filing in a timely fashion. In addition, Defendants offer the attached affidavit in support of the timely filing of the Motion for Reconsideration.

THE DEFENDANTS

By: /s/ Walter A. Shalvoy, Jr.
Walter A. Shalvoy, Jr. (ct25132)
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
(203) 367-2700

MAHER AND MURTHA, LLC • ATTORNEYS AND COUNSELORS AT LAW
528 CLINTON AVENUE • P.O. BOX 901 • BRIDGEPORT, CONNECTICUT 06601 • (203) 367-2700 • JURIS NO. 35304

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first-class mail, postage prepaid on this 20th day of October 2006 to the following:

Daniel J. Klau, Esq.
Pepe & Hazard LLP
Goodwin Square
*225* Asylum Street
Hartford, CT 06103-4302
Fax No: 860-522-2796

_____
Walter A. Shalvoy, Jr.

528 CLINTON AVENUE • MAHER AND MURTHA, LLC • ATTORNEYS AND COUNSELORS AT LAW
P. O. BOX 901 • BRIDGEPORT, CONNECTICUT 06601 • (203) 367-2700 • JURIS NO. 35304

**AFFIDAVIT**

Personally appeared, Walter A. Shalvoy, Jr., who upon being duly sworn, deposes and says:

1. I am over 18 years old;

2. I believe in the obligation of an oath;

3. This affidavit is made with my personal knowledge;

4. I am the attorney for the Defendants in the matter entitled <u>Freedman v. The Town of Fairfield, et al.</u> bearing Docket No. 3:03CV01048 (PCD);

5. After a jury trial before the Honorable Peter C. Dorsey, the jury returned a verdict in favor of the Defendants;

6. On October 12, 2005, the Plaintiff filed a Motion to Amend the Judgment which was granted on November 4, 2005 and judgment entered on November 8, 2005; and

7. On November 23, 2005, the undersigned attorney for the Defendants hand delivered to the Honorable Peter C. Dorsey's law clerk an original Motion for Reconsideration of said ruling and a copy of same to his secretary.

BY: _____
Walter A. Shalvoy, Jr.

State of Connecticut }
                            }   ss:
County of Fairfield  }

      Personally appeared, Walter A. Shalvoy, Jr., signer and sealer of the foregoing and acknowledged the same to be his free act and deed, before me, this 20th day of October, 2006 .

_____
Commissioner of the Superior Court
Notary Public
My commission expires: