UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN,<br>    Plaintiff,<br><br>v.<br><br>THE TOWN OF FAIRFIELD,<br>DETECTIVE WILLIAM YOUNG, AND<br>DETECTIVE DAVID BENSEY<br>(Individually and in their official capacities<br>as police officers for the Town of Fairfield),<br>    Defendants. | :<br>:<br>:<br>:<br>:   Civ. Action No. 3:03CV1048 (PCD)<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER RE DEFENDANTS' MOTION FOR ARTICULATION**

Defendants request an articulation regarding the Court's rejection of the claim for reconsideration. Though the question of jurisdiction may not be answered by parties in view of the representation of counsel paired with the waiver by Plaintiff of a claimed untimely filing, the request for reconsideration will be considered on its merits. As the ruling filed on September 19, 2006 notes, the resistance of Defendants to a statutory award was rejected on the merits. On reconsideration, the finding that Plaintiff is entitled to a minimum award of $1,000.000 notwithstanding the absence of any demonstrated damages will stand. The ruling is not shown to be incorrect, needs no clarification, and will stand.

    SO ORDERED.

                    Dated at New Haven, Connecticut, December 4th, 2006.


                            /s/ _____
                            Peter C. Dorsey
                            United States District Judge

SEPARATE RULING: **MOTION FOR ARTICULATION**