UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE TOWN OF FAIRFIELD, DETECTIVE )<br>WILLIAM YOUNG AND DETECTIVE DAVID )<br>BENSEY (Individually and in their official )<br>capacities as police officers for the Town of )<br>Fairfield) )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>3:03 CV1048 (PCD)<br><br><br><br><br><br><br>DECEMBER 20, 2006 |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above named case, Clifton S. Freedman, hereby appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment entered in this action on November 9, 2005 and from the Ruling and Order on Plaintiff's Motion for Attorney's Fees entered in this action on December 5, 2006.

THE PLAINTIFF,
CLIFTON S. FREEDMAN

By: *[signature]*
Daniel J. Klau (ct17957)
H. James Pickerstein (ct05094)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
(860) 522-5175
(860) 522-2796 (fax)

CKW/32442/2/81305v1
12/20/06-SPT/

dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
3 Sylvan Road South
Westport, CT 06880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 20th day of December, 2006 to the following:

Thomas Murtha, Esq.
Walter A. Shalvoy, Jr., Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

                                                              _____
                                                              Calvin K. Woo