UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Thomas Asreen
ACTING CLERK

Date: 12/29/06

Docket Number: 05-6625-cv
Short Title: Freedman v. America Online Inc.
DC Docket Number: 03-cv-1048
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Peter Dorsey



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of December, two thousand six.

Clifton S. Freedman,

   Plaintiff-Appellant-Cross-Appellee,

           v.

Town of Fairfield, William Young, Detective, I/O, David Bensey, Detective I/O

   Defendant-Appellee-Cross-Appellant.

America Online, Inc.,

   Defendant,

## REINSTATEMENT ORDER

This appeal having been disposed by a so-ordered stipulation withdrawing the appeal without prejudice to reactivation to the court's calendar, and the attorney for the Plaintiff Clifton S Freedman having submitted a timely letter of reinstatement, said appeal is hereby REINSTATED.

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

For the Court,
Thomas Asreen, Acting Clerk

By: Josh Pineiro
Deputy Clerk

CERTIFIED: 12/29/06