UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLIFTON S. FREEDMAN | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 3:03 CV1048 (PCD) |
| | ) |
| THE TOWN OF FAIRFIELD, DETECTIVE WILLIAM YOUNG AND DETECTIVE DAVID BENSEY (Individually and in their official capacities as police officers for the Town of Fairfield) | ) |
| | ) |
| Defendants. | ) |
| | ) JANUARY 30, 2007 |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff in the above named case, Clifton S. Freedman, hereby appeals to the United States Court of Appeals for the Second Circuit from the Ruling and Order on Plaintiff's Motion for Attorney's Fees entered in this action on December 5, 2006.[1]

                              THE PLAINTIFF,
                              CLIFTON S. FREEDMAN

                              By: _____
                              Daniel J. Klau (ct17957)
                              H. James Pickerstein (ct05094)
                              Calvin K. Woo (ct24951)
                              Pepe & Hazard LLP
                              Goodwin Square
                              225 Asylum Street
                              Hartford, CT 06103-4302
                              (860) 522-5175

---

[1] This notice is filed in substitution of the Plaintiff's December 20, 2006 Amended Notice of Appeal.

CKW/32442/2/81973v1
01/30/07-SPT/

(860) 522-2796 (fax)
dklau@pepehazard.com
hpickerstein@pepehazard.com
cwoo@pepehazard.com

Robert Y. Altchiler (ct24247)
The Law Offices of Robert Y. Altchiler
3 Sylvan Road South
Westport, CT 06880

CKW/32442/2/81973v1
01/30/07-SPT/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid, this 30th day of January, 2007 to the following:

Thomas Murtha, Esq.
Walter A. Shalvoy, Jr., Esq.
Maher & Murtha, LLC
528 Clinton Avenue
P.O. Box 901
Bridgeport, CT 06601

Calvin K. Woo

CKW/32442/2/81973v1
01/30/07-SPT/