**MANDATE**

United States District Court
District of Connecticut
FILED AT NEW HAVEN
2 15 20 07
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

Connecticut/New Haven
03-cv-1048
Dorsey

CV

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED NOV 27 2006
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

---

CLIFTON S. FREEDMAN,

    Plaintiff-Appellant,

v.

THE TOWN OF FAIRFIELD, DETECTIVE
WILLIAM YOUNG AND DETECTIVE
DAVID BENSEY (Individually and in their
Official capacities as police officers for the
Town of Fairfield),

    Defendants-Appellees.

DOCKET NO.: 05-6659-cv(XAP)

NOVEMBER 2, 2006

---

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and **without prejudice**, subject to reactivation of the appeal by appellant's counsel by written notice to the Clerk of this Court by January 18, 2007.[1]

If not thus reactivated, the appeal shall be deemed withdrawn with prejudice. (See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under F.R.A.P. 42(b).

---

[1] The parties stipulated to this withdrawal during a preargument conference held on October 11, 2006 before Court Senior Staff Counsel Scardilli.

CKW/32442/2/80272v1
11/02/06-SPT/

CERTIFIED: 2/15/07

Dated: 11/2/06

*[signature]*
Attorney for the Appellant
Calvin K. Woo (ct 24951)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
Phone No.: (203) 319-4000
Fax No.:   (203) 259-0251
cwoo@pepehazard.com

Dated: 11/2/06

*[signature]*
Attorney for the Appellee
Walter A. Shalvoy, Jr. (ct 25132)
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06601
Phone No.: (203) 367-2700
Fax No.:   (203) 335-0589
wshalvoy@maherandmurtha.com

*So ordered*
FOR THE COURT
Thomas Asreen, Acting Clerk
By *[signature]*
Vidya Kurella, Associate Staff Counsel

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by *[signature]*
DEPUTY CLERK

CKW/32442/2/80272v1
11/02/06-SPT/