# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
––––––––––––––––––––––––––––––––––––––––x
CLIFTON S. FREEDMAN                      :
                                         :   3:03-CV-1048(PCD)
v.                                       :
                                         :
AMERICA ONLINE, INC., THE TOWN OF        :
FAIRFIELD, DETECTIVE WILLIAM YOUNG       :
AND DETECTIVE DAVID BENSEY               :   APRIL 13, 2007
(Individually and in their official capacities as :
police officers for the Town of Fairfield)        :
                                         :
––––––––––––––––––––––––––––––––––––––––x
```

## INDEX TO RECORD ON APPEAL

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 06/12/03 | COMPLAINT | 1 |
| 08/25/03 | ANSWER AND SPECIAL DEFENSE | 17 |
| 01/23/04 | MOTION FOR PARTIAL JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT | 40 |
| 01/23/04 | MEMORANDUM IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT | 42 |
| 01/23/04 | REPLY TO OBJECTION | 43 |
| 02/04/04 | RULING | 45 |
| 08/25/05 | SECTION C OF TPO COMPLIANCE | 75 |
| 09/26/05 | JURY VERDICT | 98 |
| 09/28/05 | JUDGMENT | 99 |

| | | |
|---|---|---|
| 10/12/05 | MOTION FOR NEW TRIAL | 102 |
| 10/12/05 | MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL | 103 |
| 10/12/05 | MOTION TO AMEND JUDGMENT | 104 |
| 10/12/05 | MEMORANDUM IN SUPPORT OF MOTION TO ALTER JUDGMENT | 105 |
| 10/12/05 | MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES | 106 |
| 10/21/05 | OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES | 108 |
| 10/21/05 | OPPOSITION TO MOTION FOR NEW TRIAL | 109 |
| 10/21/05 | MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION FOR NEW TRIAL | 110 |
| 11/03/05 | MEMORANDUM IN OPPOSITION TO MOTION TO AMEND JUDGMENT | 111 |
| 11/03/05 | MEMORANDUM IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION TO AMEND JUDGMENT | 112 |
| 11/07/05 | RULING | 113 |
| 11/07/05 | RULING | 114 |
| 11/07/05 | RULING | 115 |
| 11/08/05 | AMENDED JUDGMENT | 116 |
| 11/28/05 | MOTION FOR RECONSIDERATION | 118 |
| 12/07/05 | NOTICE OF APPEAL | 119 |
| 12/20/05 | MEMORANDUM IN OPPOSITION TO MOTION FOR RECONSIDERATION | 125 |

| | | |
|---|---|---|
| 09/19/06 | RULING | 130 |
| 09/21/06 | RENEWED MOTION FOR ATTORNEY'S FEES | 131 |
| 09/21/06 | MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR ATTORNEY'S FEES | 132 |
| 09/22/06 | DOCKET ENTRY CORRECTION | 133 |
| 10/06/06 | RENEWED OBJECTION TO RENEWED MOTION FOR ATTORNEY'S FEES | 134 |
| 10/06/06 | MEMORANDUM IN SUPPORT OF RENEWED OBJECTION | 135 |
| 12/05/06 | RULING | 138 |
| 12/21/06 | AMENDED NOTICE OF APPEAL | 139 |
| 01/31/07 | NOTICE OF APPEAL | 141 |
| 03/15/07 | TRANSCRIPT OF PROCEEDINGS HELD ON 9/23/05 | 143 |
| 03/15/07 | TRANSCRIPT OF PROCEEDINGS HELD ON 9/26/05 | 144 |

Respectfully Submitted,

/s/ Calvin K. Woo
Daniel J. Klau (ct 17057)
Calvin K. Woo (ct24951)
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
(860) 522-5175
(860) 522-2796 fax
dklau@pepehazard.com
cwoo@pepehazard.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by first class mail, postage prepaid, this 13th day of April, 2007 to the following:

Walter A. Shalvoy, Esq.
Maher & Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605

/s/ Calvin K. Woo
Calvin K. Woo (ct24951)